| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Thaddeus J. Culpepper<br>556 S. Fair Oaks Avenue, Ste. 101<br>No. 302<br>Pasadena, CA 91105 | FILED<br>2010 MAR 11  PM 3:32<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY_____ |

ATTORNEYS FOR: PLAINTIFFS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER., et al.,<br><br>Plaintiff(s),<br>v.<br><br>REPUBLIC OF LIBERIA, et al.,<br><br>Defendant(s) | CASE NUMBER<br><br>CV10 1791 RGK (SHx)<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  St. Luke Medical School
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                        **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Dr. Jerroll B.R. Dolphin                                                a shareholder in St. Luke School of Medicine


3/11/10
Date                                                   Sign

                                              Thaddeus J. Culpepper
                                              Attorney of record for or party appearing in pro per

---

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)