# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-1791-RGK(SHx) | Date | March 19, 2010 |
|---|---|---|---|
| Title | ST. LUKE SCHOOL OF MEDICINE ET AL V. REPUBLIC OF LIBERIA | | |

| Present: The Honorable | AUDREY B. COLLINS, CHIEF U.S. DISTRICT JUDGE | |
|---|---|---|
| Daniel Seager | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | No Appearance |

**Proceedings:** (In Chambers) ORDER TO COMPLY WITH LOCAL RULE 3-2

Pursuant to Local Rule 3-2, PLAINTIFF is reminded that all manually filed civil initiating documents shall be e-mailed in PDF format only to the civil intake mailbox for the appropriate Court Division, within twenty-four (24) hours of the date the civil initiating documents are filed.

☒ Plaintiff(s) ☐ Defendant is hereby ordered to submit the electronic form (PDF format only) of all manually filed civil initiating documents as outlined below within twenty-four (24) hours of the date of this order. Failure to do so will result in a hearing before this Court and imposition of sanctions pursuant to Local Rule 83-7(a).

1) Complaint, Notice of Assignment, Civil Cover Sheet;
2) Certification and Notice of Interested Parties.

cc: Judge Klausner

|  | : |
|---|---|
| Initials of Preparer | DS |