## ARTICLE VII

### COMPOSITION OF THE ST. LUKE SCHOOL OF MEDICINE

The following Divisions and Departments shall constitute the instructional program of St. Luke School of Medicine:

a) Academic Affairs (Basic Science and Clinical Science)

b) Administrative Affairs (Management and Control)

c) Financial Affairs (Fund Raising)

d) Research and Development (General/ Community Health)

## ARTICLE VIII

### EXEMPTION FROM TAXATION

All properties acquired by and given or donated to the St. Luke School of Medicine, including contribution, furniture, fixture, building, materials and equipments of all kind, as well as all kinds of books and libraries and real estate purchased by the institution or donated to it, shall be tax exempt at all times.

## ARTICLE IX

### MISCELLANEOUS

SECTION

1. This Charter may be amended by the Legislature of the Republic of Liberia upon application to them by and through the Founder of the St. Luke School of Medicine(SLSM), passed by a two-third vote of the said Board of Trustees during a regular meeting of the Board of Trustees.

2. If any provision of this Charter conflicts with any provision of the Constitution of Liberia then said Charter provision shall be declared null and void and be unenforceable without impairing the validity of the remaining provisions.

3. This Act shall take effect immediately upon publication in hand bills.

Any Law To The Contrary Notwithstanding



Exhibit 32 - Pictures of the SLSOM Gaye Town Campus before Renovation, November 2004






























**Exhibit 33 - Pictures of SLSOM Gaye Town Campus after Renovation, Circa March 2005**




















## Exhibit 34 - Partial Transcript of Ministry of Health Letter to India Consulate General

March 16, 2005

Consul General of the Republic of India

Dear Consulate:

We are in receipt of your letter dated ............ This is our answer to the question posed.

St. Luke Medical College does not exist; however, St. Luke School of Medicine does exist.

St. Luke School of Medicine filed for a temporary permit to operate in 2001. St. Luke School of Medicine was granted a temporary permit to operate a University from the Ministry of Education, National Commission on Higher Education. St Luke School of Medicine also received an enactment from the Liberian legislature to operate a university. The school is also recognized by the World Health Organization.

Presently, St. Luke is recognized by the government of Liberia. Moreover, St. Luke School of Medicine is going through the process of reaccredidation. The National Commission on Higher Education has issued an attestation to the school. St. Luke School of Medicine is now waiting to receive a new permit to operate.

I thank you for your inquiry.

Sincerely yours,

## Exhibit 35 – SLSOM Invitation to the LMB for Inspection of its Campus

March 8, 2005

Horatius Brown, M.D.
Chairman, Liberian Medical Board
Ministry of Health and Social Welfare
Capital Bypass
Monrovia, Liberia

### INSPECTION INVITATION

Dear Dr. Brown,

On behalf of the Board of Trustees and administrators of St. Luke School of Medicine (SLSOM), I invite the Liberian Medical Board to inspect the SLSOM campus in Monrovia for accreditation. This campus is located at Gaytown, Sinkor, Old Road, behind the University of Liberia Professor's Housing Quarters.

SLSOM will limit the number of students on the campus to 50 until the second half of the building, which has four (4) more classrooms, is renovated. At which time, SLSOM will ask the Liberian Medical Board to allow it to increase its enrollment to 100 students. The expected date of completion of the final phase of renovation is in April 2005.

SLSOM will continue to build its modern library and computer facilities. SLSOM has over 500 new volumes of medical and nursing books, CD-ROMS, and software. SLSOM has eight (8) computers, ten (10) new 1500X microscopes, with stains, solvents, solutions, and other equipment. SLSOM's CD-ROM collection includes some 22 approved courses of interactive learning at the university and graduate levels. SLSOM expects to have approximately 700 new volumes of medical and nursing literature by April 2005.

St. Luke School of Medicine wishes to be a working partner in higher education for the advancement of Liberia. It is with great pleasure that the administrators of the School of Medicine of St. Luke School of Medicine invite the Liberian Medical Board to inspect its facilities at its first opportunity to do so.

Detailed arrangements for this inspection can be made with myself at 05-670125, or Ms. Grace Dorbor, B.Sc., R.N., the Nursing Program Manager. Her telephone number is 540318.

This invitation is duly submitted and ratified, signified by the St. Luke School of Medicine insignia, below.

Jerroll B. R. Dolphin, M.D., M.Sc.
President, St. Luke School of Medicine

ST. LUKE
SCHOOL OF
MEDICINE

## Exhibit 36 – SLSOM Curriculum

### SLSOM Online Curriculum

The St. Luke School of Medicine online curriculum began in April 2001 by Dr. Jerroll Dolphin from his own medical school notes. Its creation was a solution to the idea that medical students in both basic science and clinical clerkship may need supplemental instruction in state of the art medicine and science. The first courses online were the 1st Trimester courses: Human Anatomy, Physiology, Histology, Embryology, and Biostatistics. Over the next year and a half, the 2nd, 3rd, and 4th Trimester courses were added. At that time, the end of 2002, St. Luke School of Medicine was the first medical school worldwide with a curriculum completely online.

Many organizations objected to learning medicine online, saying that medicine cannot and should not be be taught online. St. Luke School of Medicine's philosophy supporting the development and use of online medical curriculum is that:

1.      SLSOM's medical students are intelligent and bright;
2.      An online curriculum supplements classroom instruction;
3.      An online curriculum reduces the time and effort of student note taking;
4.      An online curriculum helps the medical student focus on learning in class and increases memory retention;
5.      An online curriculum lesson can be repeated as many times as necessary to assist the medical student's learning;
6.      Online demonstrations, laboratory experiments, and interactive learning increase the medical students' learning efficiency;
7.      Online information is ever increasing and developing as well as being easily assessable;
8.      The need for classroom instruction is reduced;
9.      The number of professors required to teach is reduce;
10.     Laboratory sessions can be more intensive in training when routine fundamental experiments can be performed or simulated online, repeatedly.

Since St. Luke School of Medicine's posted its online curriculum in 2001, many medical schools have developed an online curriculum such as the University of California, University of Utah, Harvard University, Stanford University, Duke University, the University of Glascow, and many others. However, they refer their online curriculum as 'independent study'.

Many states, medical licensing agencies, etc., in many countries have stated that they will not accept or disqualify applications for licensing if doctors have received any training as distance learning or online. Those 'name' medical schools make classroom attendance

"optional" and not a requirement for learning. However, the licensing agencies the other way when it comes to licensing graduates of 'name' medical schools. The trend in modern medical education, however, is not to reduce online instruction, but to increase the number of courses available for online instruction and improve its quality and content.

St. Luke School of Medicine's examinations are also online. In the beginning, the examinations were written in Microsoft Word. They were 'paper' exams. The medical student would take the examination and send it to SLSOM's office for grading. With experience, SLSOM MS Word examinations became 'paperless' and the medical student would return the examinations to SLSOM's Exam Coordinator by e-mail for grading. In 2004, St. Luke School of Medicine started converting all of its examinations to completely online system where each exam is taken online. When the medical student finishes the examination, it is automatically scored, graded and the results are sent to the SLSOM Exam Coordinator. The Exam Coordinator would only enter the score for the examination in the medical student's transcripts.

St. Luke School of Medicine has 104 automated examinations in virtually every course. These standardized exams assure that St. Luke School of Medicine medical students are adequately trained to its standard of learning. SLSOM has an additional 160 other graded quizes, essays, and term projects for its medical students to complete in basic science, many of which are also automatically graded.

As a consequence of SLSOM's instructional and examination methods, no St. Luke School of Medicine medical can be 'black-balled' or mistreated by an instructor regarding grading. Instructors only have the option of changing examination content, with departmental approval and the approval of SLSOM's Educational Coordinator. A SLSOM instructor, generally, only grades essays, and never by himself. Essays require two reviewers for grading. This assures each SLSOM medical student of fair assessments.

A St. Luke School of Medicine transcript for its medical student is only based on the medical students grade, and likewise, honors and graduation are only determined by his academic achievement.

St. Luke School of Medicine only accepts advance students into its Independent Studies Program. To be admitted into the Independent Studies Program, an applicant must have a graduate degree, M.Sc or PhD, in a medically related field or a Bsc and at least 10 years experience as a medical professional.

St. Luke School of Medicine's students entering clinical clerkships have been said to be amongst the 'best trained' medical students at hospitals. Many SLSOM students have letters from their proctors who have stated that they were the "best" medical student they have ever had the opportunity to train.

## Medicine Curriculum - Basic Science

BASIC SCIENCES

The first four trimesters are called the basic sciences; each trimester is approximately 16 weeks. The basic science curriculum provides the scientific basis for medical understanding, diagnosis, and treatment. It emphasizes the principles and mechanisms of health, disease and modes of therapy. As stated by the USMLE, St. Luke's goal as a medical school is to ensure mastery of not only the basic medical sciences undergirding the safe practice of medicine, but to also present the scientific principles required for maintenance through lifelong learning. St. Luke's curriculum for basic science is centered on the Content Description for USMLE Step 1. All Students will provided with our written basic science curriculum, as well as the Instructors. All lectures, examinations, homework, and the final examinations emphasize the requirements of the content descriptions of the USMLE Step 1. The curriculum is revised annually to reflect the latest developments in medical science and to match the requirements for the USMLE Step 1.

Basic science specialists will teach the first two trimesters. Doctors will teach the second two trimesters of basic sciences primary from the Liberia and United States. Some courses will require laboratory work as well as lecture attendance Computer-aided learning is also provided for most subjects.

**Basic Science Courses - Year 1**

TRIMESTER 1 (540 hours)
Human Anatomy (200 hours)
Human Neuroanatomy (80 hours)
Histology & Embryology (80 hours)
Human Physiology (160 hours)
Biostatistics & Medical Writing (40 hours) - PH1
Ethics & Legal Medicine (20 hours)

TRIMESTER 2 (540 hours)
Medical Biochemistry (160 hours)
Medical Genetics (60 hours)
Microbiology and Immunology (100 hours)
Parasitology &Tropical Medicine (80 hours)
Public Health Policy & Practice (40 hours) - PH2
Nutrition (40 hours)
General Pathology (100 hours)

**Basic Science Courses - Year 2**

TRIMESTER 3 (580 hours)
Systemic Pathology 1 (100 hours)
Pharmacology (160 hours)
Behavioral Science (120 hours)
Child/Drug Abuse/Human Sexuality (40 hours)
Occupational and Rehabilitation (40 hours)
Community Medicine (20) - PH3
Molecular Biology (60 hours)

TRIMESTER 4 (640 hours)
Systemic Pathology 2 (160 hours)
Epidemiology & Preventive Medicine (80 hours)
Physical Diagnosis (80 hrs)
Medical Diagnosis (40 hrs)
Intro to Patient Care & Treatment (120 hours)
Intro to Clinical Medicine (80 hours)
USMLE Review (80 hours)

Preparation for the Basic Science Comprehensive Examination as well as the USMLE Part 1, Seminars will be held routinely throughout the Basic Science period at minimal cost to students, if any. All basic science graduates are require to take the USMLE Step I or its equivalent (as defined in each students country of origin), or St. Luke School of Medicine's Comprehensive Basic Science Examination.

Continuation into clerkship (clinical rotations), however is not dependent on passing USMLE Part 1, however, all students must pass the St. Luke Basic Science Comprehensive Examination with a score of 75% or higher. The Basic Science comprehensive examination is a one-day, 400-question examination, given in four parts. Each student is allowed 150 minutes to complete each part.

Students are encouraged to pass their countries licensing examinations before their graduation for many reasons. The examinations may also show a student subjects where more study and learning are needed.

BASIC SCIENCE COURSE DESCRIPTIONS

HUMAN ANATOMY (160 hours) - This course consists of daily lectures and laboratory on human anatomy and function. The students will dissect and identify the bones, muscles, organs, nerves, blood vessels, Connective tissues, and cavities of the human body. This will include a discussions on nomenclature and orientation, anatomic terms,

direction and movement, classification of joints, surface and gross anatomy, blood flow and nervous system control of the head and neck, back, upper extremity, thorax, abdomen, pelvis and lower extremity. Radiographic images will also be studied from x-ray, computerized assisted tomography (CAT), magnetic resonant images (MRI) angiographs, and sonographs.

HUMAN NEUROANATOMY (80 hours) - Human Neuroanatomy will consist of lectures and laboratory of surface and internal neuroanatomy. In this course students will learn about brain structure, neurons, neuroglia membrane potential and nerve impulse (action potential), receptors, nervous system development; detailed neuroanatomy of the brain and spinal cord including the cerebral cortex, medulla, pons, midbrain, and diencephalon, reticular formation cerebellum, peduncles, thalamus, hypothalamus, epithalamus and subthalamus, basal ganglia limbic system, cerebral hemispheres, cerebral cortex, pain and pain-inhibitions pathways; pathways; cranial nerves: the viscera nervous system including parasympathetic and sympathetic division; and support system of the central nervous system including blood supply venous drainage dural sinuses, meninges, ventricles, cerebrospinal fluid, and spinal cord blood circulation. Radiological images will also be studied from x-rays, computerized assisted tomography (CAT), magnetic resonant images (MRI), angiographs, and sonographs.

HISTOLOGY & EMBRYOLOGY (80 hours)  - Consists of two courses conducted simultaneously.  Histology is a lecture and laboratory courses, will cover the detail of cellular structure and function of all the different types of cells in the human body including skin, hair and nails, nervous tissue and eyes, striated and smooth muscle, cardiac muscle, connective tissue, bones, blood vessels, endocrine organs, lungs, gastrointestinal organs, reproductive organs and kidneys.  Embryology will cover embryonic staging, early development including fertilization, implantation, primitive streak, notochord, neural plate, tube and crest, coelon, somites, head and tail folds; placenta and fetal membranes (germ layers, yolk sac and allantois, chorion circulation, multiple pregnancy); cardiovascular system (blood and lymph formation, aortic arches, heart development, fetal blood flow and changes at birth, congenital malformations), nervous system development (early neurulation, alar and basal plates, spinal nerves, brain development), branchial apparatus, coelon, respiratory system, digestive system, urogenital system, bone development, muscles, limbs, integumentary system, and parturition.

HUMAN PHYSIOLOGY (160 hours) - Chemical and physical properties of physiology: cell Chemistry; cell metabolism; homeostasis; neural and endocrine control mechanisms; membrane transport; actions potentials, neural signals; brain function; somatosensory controls; special senses; skeletal, cardiac smooth muscle: somatic and automatic motor

systems; cardiac function; blood and vascular system; cardiovascular regulation; respiratory dynamics; gas exchange and transport; respiratory regulation, renal and function and function, body fluid, electrolyte, and acid-base balance control, gastrointestinal organization, secretion, motility and control, absorption and digestion; endocrine control of metabolism and growth; reproduction, pregnancy, birth and location; introduction to the physiology of the immune system.

MEDICAL BIOCHEMISTRY (120 hours) - Lecture and laboratory studies of proteins, enzymes, lipids, biological membranes and membrane transport, carbohydrate structure, glycolysis, pentose phosphate pathway, glycogen metabolism and gluconeogenesis, citric acid cycle, oxidative phosphorylation, lipid metabolism, amino acid, metabolism, biosynthesis of purine and pyrimidine nucleotide, signal transduction pathways and harmony action, nucleic acid structure, replication, transcription, purine and pyrimidine nucleotides, signal transduction pathways and harmony action, nucleic acid  structure, replication, transcription, protein synthesis, techniques in molecular biology including restriction fragment length polymorphism (RFLP) and polymerase chain reaction (PCR). Also included in the biochemistry curriculum is a clinical review of enzyme deficiencies and their metabolic consequences, vitamin and mineral deficiencies and excesses, and selected drug interactions.

MEDICAL GENETICS (60 hours) - A lecture based course which includes DNA, genes, and chromosomes; restriction fragment length polymorphism (RFLP), polymerase chain answer (PCR) gene mutations; chromosome studies including banding, abnormalities, translocations, deletions and insertions karyotype nomenclature; cell division (mitosis, meiosis): loci, alleles and segregation, dominant and recessive inheritance new mutation, penetrance, and gene expression, gene maps and linkage: chromosome disorders, frequency, down, syndrome, sex chromosome  abnormalities (Klinefelter's XYY males, Turner's syndrome 47-XXX females, cancer chromosome  breakage): single gene disorders including aminoacidopathies, transport disorders, storage  disorders, connective tissue disorders: multifactorial disorders; management of genetic disorders  and genetic counseling,

MICROBIOLOGY AND IMMUNOLOGY (100 HOURS) - Lecture and laboratory including the study of infectious agents, normal flora, biology of infectious agents, bacterial genetics and action, constitutive and inducted defenses of the body, bacteria toxins, infectious agents, grain positive and gram negative bacteria, acid fast bacteria, spirochetes; viruses; fungi; virions: systemic.   The pathophysiology of infectious diseases, immunocompromised patients.   AIDS, congenital and neonatal infections, zoonoses, fever of unknown origin, nosocomial, and iatrogenic infections will also be studied.   Immunology portion will study immunity, the cellular basis of the immune

response, antibodies, humoral immunity cell-mediated immunity, major histocompatibility complexes and transplantation. complement, antigen-antibody reactions, hypersensitivity and allergy, tolerance and autoimmune diseases, tumor immunity, and immunodeficiency.

PARASITOLOGY & TROPICAL MEDICINE (80 hours) - This is a lecture and laboratory course. The parasitology portion of the will consist of the study of an introduction to Parasitology including blood and tissue protozoa, intestinal and vaginal protozoa, intestinal helminths, tissue and blood helminths, ectoparasites (scabies, lice, etc.). Tropical medicine portion will emphasize the presentation, diagnosis treatment and maintenance of tropical diseases. It will also include community and preventive measure that can be used to combat spread of tropical diseases.

GENERAL PATHOLOGY (100 hours) - A lecture and laboratory class studying general pathology including diagnosis autopsies characteristics classification and incidence of disease, disorders of growth, differentiation and morphogenesis, responses to cellular injury, inflammation, healing, metabolic and degenerative disorders, thrombosis, circulatory embolism and infarction, immunology and immunopathology, carcinogenesis, benign and malignant tumors.

BIOSTATISTICS AND MEDICAL WRITING (40 hours) - This course is a lecture to train students in biostatistics and medical writing. Students will learn about probability theory, regression, tables and graphs, descriptive statistics, skewing, probability distributions, sampling, confidence interval hypothesis testing, analysis of variance, correlation chi-square tests, descriptive studies, analytic studies, and intervention studies, etc. Medical writing will include report preparation and history taking.

SYSTEMIC PATHOLOGY 1 (160 hours) - The systemic portion of this course will consist of the study of the pathology and pathophysiology of the cardiovascular system, central and peripheral nervous system, respiratory tract, alimentary system including the mouth, teeth, esophagus, stomach and digestive tract, liver, biliary system and exocrine pancreas.

PHARMACOLOGY (160 hours) - This course is a lecture series which include drug regulations and governmental controls, the principles of pharmacology, drug administration, pharmacokinetics, drug actions, interactions, tolerance dependence and withdrawal; drugs of the peripheral nervous system and special senses; central nervous system drugs; cardiovascular drugs; respiratory drugs; gastrointestinal agents; antibiotics; antifungals; antivirals; antiparasitic drugs; anticancer drugs; anti-inflammatory, autacoids, NSAIDs, and agents for arthritis and gout; and immunomodulating drugs; drugs affecting

the system, sexual affectious drugs, oxytocic drugs and uterine relaxants, anti-migraine drugs, vitamins and minerals, food additives, toxicology, and newly introduced drugs. Contraindications to use of drugs and drug classes will also be discussed.

BEHAVIORAL SCIENCE (120 hours)  - This is a lecture course consisting of the study of psychoanalytic theory, conditioning, child development, gender-related psychology, electroencephalograms and imaging, psychological testing, sleep, sex, psychopathology, genetic influences drug abuse, suicide and homicide, etiology, memory, neuropsychology and behavioral neurology emotions and hypothalamic functioning, behavioral neurochemistry neurotransmitters medical ethics.  The course will also include detailed lectures in psychiatry and psychiatric treatment of the following disorders: infant, childhood and adolescent disorders; delirium, dementia, amnestic and cognitive disorders; mental disorders due to medical conditions; substance-related disorders; schizophrenia and other psychotic disorders; mood disorders; anxiety disorders; somatoform disorders; factitious disorders; dissociative disorders; sexual and gender identity disorders; eating disorders; sleep disorders; impulse control disorders not elsewhere classified; adjustment disorders; and personality disorders.

CHILD & DRUG ABUSE, HUMAN SEXUALITY (40 HOURS) - This is a lecture class that includes the psychology and patterns of child abuse; physicians responsibility in suspected child and elder abuse cases, ethics, pathology signs of child abuse, diagnostic techniques is suspected child abuse cases, physical examination, reporting and counseling.  The drug abuse portion of this class involves a specific and detailed investigation of substance abuse diagnosis and treatment including but not limited to alcohol; cocaine; opiates including morphine and heroin; barbiturates and benzodiazepines; neuroexcitory drugs and stimulants; depressants; anxiolytics; marijuana; LSD; glue; and designer drugs.  The human sexuality portion of win study the development and anatomy of sexual and reproductive organs; endocrine control of sexually, psychosexual responses, sensory innervation of sex organs, the sexual response cycle in men and women, normal sexual practices, abnormal sexual behaviors, and psycho- physiological behaviors recently elucidated.

OCCUPATIONAL AND REHABILITATION MEDICINE (40 hours) - This is a lecture consisting of the study of occupational diseases including the anatomy, physiology and pathology and treatment.    This study includes psychiatric disorders, as well. Rehabilitation portion will study fundamentals of neurologic and physical rehabilitation techniques, and relearning.

NUTRITION (40 hours) - This is a lecture consisting of the study of food and its use; assessment of nutrition status; primary nutrition disorders, obesity, food sensitivity, malnutrition in disease states, nutrition support, nutrition as a cofactor in disease, nutritional factors in health promotion, nutritional factors in disease prevention.

MOLECULAR BIOLOGY (100 hours) - This course bridges the gap between histology, physiology, and biochemistry.   The course teaches students about microcellular mechanisms which include cellular transport and sorting, receptor mediated endocytosis, microtubule dynamics, cell powerhouses, translation of mRNA, membrane architecture, membrane cytochemistry, cilia structure and dynamics, cytoskeletal microfilament structure, nuclear organization, organization of chromosomes, nucleolar structure and function, movement through nuclear pores, epithelial polarity, adhesion molecules. This course will also provide the student with more detailed information on the structure, operation and physiology of organelles and microorganelles.

SYSTEMIC PATHOLOGY 2 (160 hours) - This course is a continuation of the general and introduction to systemic pathology course described above. It consists of lecture and laboratory study of pathology and pathophysiology of the endocrine system, breast, female genital tract, male genital tract, kidneys and urinary tract, lymphoreticular system, blood and bone marrow, skin, osteoarticular and connective tissues.

PHYSICAL DIAGNOSIS (80 hours) - This course is a pre-clinical course of lecture, laboratory, and clinical introduction.  It consists of the study and training in medical recording and confidentiality; interviewing techniques and history-taking; general physical examination, examination of the skin, nails and hair; ear; nose and throat; respiratory system; heart and cardiovascular system; abdomen; female breast and genitalia; male genitalia; bone, joint and muscle and the nervous system including the cranial nerves motor system, cerebellar system, sensory system, and the unconscious patient organ.  This course will include investigation of signs, symptoms and patient presentations, organ orientation, instrument usage and evaluation of current medical arts and sciences. The medical diagnosis portion of the class will train students in diagnostic protocol, procedure, costs, and administration.  It will include blood counts, electrolyte panels, lipid and cholesterol studies, endocrine studies, pap smears, pathologic studies and methods, spinal taps, medical protocol, and physician referrals.

MEDICAL DIAGNOSIS (40 hours) - The medical diagnosis portion of the class will train students in diagnostic protocol, procedure, costs, and administration. It will include blood counts, electrolyte panels, lipid and cholesterol studies, endocrine studies, pap smears, pathological studies and methods, spinal taps, medical protocol, and physician referrals

EPIDEMIOLOGY & PREVENTIVE MEDICINE (80 hours) - This is a lecture course that includes the study of causes of diseases, establishing causality, descriptive studies, incidence and prevalence, age standardization, life expectancy, analytic studies, prospective risk, risk, relative risk, retrospective studies interventional studies, methodological issues, historical and geographical controls, randomized controls, ethical issues. Specific disease epidemiology will be discussed and analyzed such as influenza, cold, yellow fever, polio, food poisoning, etc. The preventive medicine part of the class will include the study of medical preventive (primary-secondary) patterns of mortality and morbidity in developing countries.

INTRO RADIOLOGY (40 hours) - This is a pre-clinical class consisting a lecture, laboratory, and clinical study. It consists of a study of radiological imaging such as X-rays, Computer Aided Tomography. Magnetic resonant imaging, ultrasound including Doppler ultrasound, angiography, cerebral and spinal contrast studies, nuclear imaging studies, ventilation/perfusion studies, etc.

INTRO PATIENT CARE AND TREATMENT (120 hours) - This is a pre-clinical course. The purpose is to prepare the medical student to take responsibility for the care and management of patients It is a series of short courses consisting of hospitality, demeanor, physician responsibility, medical management and protocol, cost-to-patient analysis, ethics, specific training in triage, emergency techniques and protocols, basic *dental hygiene, dental care and referral,* acute cardiac and life support, chest pain protocols, bum management, electrolyte management, blood and plasma transfusions and protocols, drug abuse diagnosis and treatment, obstetrical and gynecological management, neonate management and care, pediatric care immunization, health and well-child care. This course will also include introduction to anesthesiology, surgery, and surgical techniques. Additionally, this course covers the use of intravenous fluids and solutions during emergencies, surgery, and other situations. This course will, additionally, consists of a computerized patient simulator. The medical student will learn blood gas calculations, acid-base analysis and treatment, and EKG interpretation, trauma, and critical life-support for cardiac arrest, arrhythmias, and sudden cardiac death.

INTRO CLINICAL MEDICINE (80 hours) - This is a preclinical course. This course trains medical students to recognize, diagnose and treat common clinical pathologies. The course covers infections, skin diseases, diseases of the joints and bones, respiratory disorders, cardiovascular disorders, renal disease, endocrine, metabolic and nutritional disorders, gastrointestinal disorders, disorders of the liver and pancreas, disorders of the blood and lymph, disorders of muscles and connective tissue, disorders of the eye and nervous system.

All students must pass the Basic Science Comprehensive Examination and the must receive the Basic Science Completion Certificate before moving onto clinical rotations or taking the USMLE Part 1.

## CLINICAL SCIENCES

The last six trimesters, ninety-two (92) weeks consists of sixty (60) weeks of core clerkships (Internal Medicine, Obstetrics and Gynecology, General surgery Pediatrics, Family Medicine, Psychiatry, and Emergency Medicine), twenty (20) weeks of electives, and twelve weeks of mandatory community service.

The purpose of the clinical sciences curriculum is to train the medical student to apply the concepts and principles that are important in health and diseases and that constitute the basis of safe and effective patient care. As stated by the USMLE, St. Luke goal is to provide the medical knowledge and understanding of clinical sciences considered essential for the providing patient care under supervision, including emphasis on health promotion and disease prevention. St. Luke's curriculum for clinical science rotations is cantered around the essentials for medical education required by the Liberia Medical and Dental Council, and the Content Description for USMLE step and the Clinical Skills Assessment Examination given by the Educational Commission for Foreign Medical Graduates.

Clerkships will be available for students for all clinical science students in Liberia. Transfer students will also permitted to do clinical rotations in Liberia. *Clinical rotations will be available in Liberia, the United States, and other countries.*

**Clinical Science Courses - Year 3 (Core Rotations)**

| <u>CORE</u> | <u>Liberia</u><br><u>72 Weeks</u> |
|---|---|
| Internal Medicine | 12 weeks |
| Obstetrics and Gynecology | 08 weeks |
| General Surgery | 12 weeks |
| Pediatrics | 08 weeks |
| Family Medicine / Primary Care / Preventive Medicine | 06 weeks |
| | |
| Psychiatry | 06 weeks |
| Emergency Medicine | 04 weeks |
| Radiology | 04 weeks |
| Community Medicine | 12 weeks |

**ELECTIVES**: 04 weeks minimum                    **20 weeks**

 Any combination of the above rotations with 4 weeks minimum except the last rotation.  Twenty (20) weeks total.

Surgery Subspecialties

General Surgery, Neurosurgery, Orthopedic Surgery, Urology, Ophthalmology, Plastic Surgery, Oncology Surgery, Obstetrics and Gynecology, Pediatric Surgery, Cardiothoracic Surgery, Ear Nose and Throat, Transplant Surgery, Maxilofacial Surgery, etc.

Internal Medicine

Endocrinology, Cardiology, Neurology, Hematology, Oncology, Gastroenterology, Pneumology, Dermatology, Infectious Diseases, Preventive Medicine, Immunology, Epidemiology, etc.

Pediatrics and subspecialties

Pediatrics, neonatology, pediatric surgery, pediatric oncology, etc.

Psychiatry and subspecialties

Family Practice and subspecialties or General Medicine

Emergency Medicine and subspecialties, Critical Care Medicine

Community or Preventive Medicine

Rehabilitation Medicine

Clinical Pathology (including intro to autopsy)

Refugee Medicine

**Weeks Total**                                    **92**

Each student in clerkship will be required to submit a three-page report on a specific medical pathology, epidemiology, signs & symptoms, diagnosis, and treatment, or one interesting case history, each rotation.  The topics will be provided by St. Luke's administration and they will be  based on the contents of the Liberia Medical Licensing Examination (GMLE), the USMLE Step 2 Content Outline, and the USMLE CSA Content Outline. The case history should be discussed with your proctor.  The purpose of these reports is two-fold:

(1)     The reports will help the student in his/her preparation for the Liberia MLE, and the USMLE Step 2 and CSA exams,

(2)     The reports will help provide information that may be used to help other students prepare for the Liberia MLE, USMLE Step 2, and CSA exams.

All reports will be kept at the school office and/or on-line and each will be available for students, staff and administrators of the school for review, if needed.

Clinical Science students will be required to participate in clerkships from six to eight hours daily.  Additionally, there will be lectures, Liberia MLE reviews, and USMLE Part 2 and CSA reviews scheduled weekly where attendance is mandatory.  The lectures are given by specialists in their fields and are to supplement the knowledge and experience they acquire doing their clerkships.  The purpose of the GMLE, USMLE Part 2 and CSA reviews is to prepare each student with the information they need to pass the GMLE, the USMLE Part 2 and CSA examinations.

Exhibit 37 – LMB Press Release, March 2005

LIBERIA MEDICAL BOARD (LMB)
MINISTRY OF HEALTH & SOCIAL WELFARE
MONROVIA, LIBERIA

### PRESS RELEASE

March 29, 2005

LADIES AND GENTLEMEN OF THE PRESS

The Liberia Medical Board, in her meeting of March 15, 2005, deliberated on the issue of "St. Luke Medical School" reportedly operating in Liberia. While it is not our policy to run the affairs of the Board in the press, we feel obliged at this time , to set the record straight on this very crucial issue, for the benefit of the general public. This move is especially imperative since "St. Luke Medical School", in the last few days, provided headlines in the print and electronic media. Accordingly, the Liberia Medical Board is pleased to present the following facts as contained in the records and files of the Board for the information of the general public.

1. During the Board Meeting of February 12, 2005, the secretariat of the Board presented documents of "19 doctors" who reportedly completed their course of study at St. Luke Medical School for the degree of Doctor of Medicine (MD).

2. The documents were presented to the office of the Board for licensure by Dr. Meimei Dukuly, on behalf of St. Luke Medical School , since he was the contact person.

3. The Board was greatly angered by this bold and shameless act which is considered an insult to the integrity and professionalism of the Liberia Medical Board, since in fact:

    a. The Board has no knowledge of a "St. Luke Medical School" operating in Liberia.

    b. The Board can not and does not issue license to any Doctor who

        &#10148; Is not a graduate of a recognized medical school,

        &#10148; Does not present a certificate of internship from the JFK Medical Center,

        &#10148; Does not satisfactorily pass a comprehensive clinical assessment examination, or

        &#10148; who does not present a valid license from the country where he/she was trained, or has practiced medicine.

4. The Board therefore did not admit the applications of the doctors for discussion, but rather warned the representatives of "St. Luke Medical School" to legally and properly apply to operate a medical school in Liberia by meeting all requirements thereto.

5. On March 8, 2005, the Liberia Medical Board received a letter of invitation to the "Campus of St. Luke Medical School" in Gaye Town, Old Road, Congo Town, for assessment for the purpose of granting a

permission to operate a medical School. Three documents were attached to the letter of invitation:

   a. The Article of Incorporation from the Ministry of Foreign Affairs

   b. An Act of Legislature legitimizing the establishment of the School

   c. A letter of Attestation from the Commission on Higher Education, Ministry of Education.

   allowing preparatory activities for the establishment of the School.

6. On Friday, March 18, 2005, three members of the Board visited what was supposed to be the "Campus of the St. Luke Medical School".

Those who visited were:

Assoc. Prof. Horatius Brown, MD, MSc, FWACS
Deputy Chief Medical Officer/JFK MC
Chairman, Liberia Medical Board

Assoc. Prof. Samuel Dopoe, MD, MSc (Specialist in Otorhinolaryngology), Chairman, Department of ENT
Chief Medical Officer of JFK MC & Chairman of the Accreditation Committee of the Board and

Prof. S. Benson Barh, BSc, MD, MPH, FWACP
Deputy Minister/Chief Medical Officer-RL and Secretary, LMB.

The findings of the Board were as follows:

   a. The Board had difficulties in locating the so-called "Campus" due to an uneasy access to a building in obscurity .

   b. The building was a run-down dwelling home under major renovation by a few workers.

c.  The immediate surrounding of the building blends with the yards of dwelling homes in close proximity.

d.  Inside the building for the so-called "St. Luke Medical School", the Board observed that there were:

➤  No Electricity
➤  No Running water
➤  No Library
➤  No Laboratory
➤  No Offices for faculty
➤  No student launch
➤  No class rooms  –
➤  No staff list
➤  . No faculty list
➤  No curriculum /No catalog
➤  No student hand book
➤  No rules governing aspects of the various academic domains.
➤  There was actually nothing in any form, shape or color of a medical school except for a few microscopes packed on one table in the living room, copies of books on the floor in one tight room, and a few arm chairs in the living room with an unpainted hard board inartistically hung up for a black board.

7.  In disgust, the Board returned and convened a regular session at 4:00p.m., on Friday, March 18, 2005.

8.  After a brief discussion of the findings of the requested

visit, the Chairman of the Board was told to reply the letter of invitation.

The Chairman's letter written March 22, 2005, noted that:

•  The Building for the School is still under major renovation.
•  There is no document on the academic and administrative plans of the School.
•  There is no Library, no Laboratory

- The site is not representative of a Medical School Campus.

The Chairman ended his letter by saying, "when these concerns are addressed, the Board shall revisit the site to determine if the school can be granted a permit to start the admission process".

Ladies and Gentlemen, these are the facts. The position of the Board on this issue is:

- There is no Medical School in Liberia called St. Luke Medical School.

- The Board can not and shall not discuss application of any "Doctor" from St. Luke Medical School unless it is accredited.

- Any attempt henceforth to abuse and insult the integrity and professionalism of the Liberia Medical Board will leave the Board with no alternative but to turn perpetrators and their collaborators over to the Justice Ministry for prosecution.

SIGNED:_____
           Prof S. Benson Barh, BSc, MD, MPH, FWACP
           DEPUTY MINISTER/CHIEF MEDICAL OFFICER-RL &
           SECRETARY, LIBERIA MEDICAL BOARD

APPROVED:_____
           Assoc. Prof. Horatius Brown, MD, MSc, FWACS
           Deputy Chief Medical Officer JFK MC and
           CHAIRMAN, LIBERIA MEDICAL BOARD

**Exhibit 38 – Benson Barh's Contract with SLSOM from 2004**