James R. Rogers/SBN 99102
jrogers@jrrlaw.net
Jason Sparta/SBN 228458
jsparta@jrrlaw.net
LAW OFFICES OF JAMES R. ROGERS
125 S. Highway 101, Suite 101
Solana Beach, CA   92075
Telephone:   858-792-9900
Facsimile:    858-792-9509

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES
erroneously sued as
EDUCATION COMMISSION FOR
FOREIGN MEDICAL GRADUATES; and
FOUNDATION FOR ADVANCEMENT OF
INTERNATIONAL MEDICAL EDUCATION
AND RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ST.LUKE SCHOOL OF MEDICINE, et al.<br><br>     Plaintiff(s)<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al.<br><br>     Defendants.<br>_____ | Case No. CV-10-1791RGK (SHx)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION<br>[FRCP Rule 12(b)(2)]<br><br>Date:         June 14, 2010<br>Time:         9:00 a.m.<br>Courtroom:    850 |

TO:  PLAINTIFFS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 14, 2010 at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located in the

1
_____
NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1 | Roybal Federal Building located at 255 East Temple St., Los Angeles, CA 90012,
2 | defendants EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL
3 | GRADUATES erroneously sued as EDUCATION COMMISSION FOR
4 | FOREIGN MEDICAL GRADUATES and FOUNDATION FOR
5 | ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH will
6 | move the court to dismiss the action pursuant to FRCP 12(b)(2) because plaintiffs
7 | do not have an adequate basis for personal jurisdiction over moving defendants, as
8 | plaintiffs lack both the traditional bases for jurisdiction (presence, domicile, or
9 | consent), as well as the "minimum contacts" necessary to establish personal
10 | jurisdiction over moving defendants.

11 | With regard to the requirements of L.R. 7-3, the undersigned counsel was
12 | first assigned to represent moving defendants yesterday, May 11, 2010.  The
13 | undersigned counsel attempted to reach plaintiffs' counsel by phone on May 11,
14 | 2010 and left a message.  Plaintiffs' counsel has not returned the call.  Prior to the
15 | undersigned's involvement, it is undersigned counsel's understanding that
16 | plaintiffs' counsel granted moving defendants an extension of time on their
17 | responsive pleading, which extension was communicated to co-counsel.  However,
18 | the undersigned counsel learned today that plaintiffs' counsel withdrew the
19 | extension of time.
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

2

NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1  The motion will be based on this Notice of Motion and Motion, the
2  Memorandum of Points and Authorities filed herewith, and the pleadings and
3  papers filed herein.
4
5  Dated:    May 12, 2010            LAW OFFICES OF JAMES R. ROGERS
6                                    *James R. Rogers*
7                           By:      _____
                                     James R. Rogers, Esq.
8                                    Attorneys for Defendants
9                                    EDUCATIONAL COMMISSION FOR
                                     FOREIGN MEDICAL GRADUATES
10                                   erroneously sued as
11                                   EDUCATION COMMISSION FOR
                                     FOREIGN MEDICAL GRADUATES and
12                                   FOUNDATION FOR ADVANCEMENT
13                                   OF INTERNATIONAL EDUCATION
                                     AND RESEARCH

NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION