James R. Rogers/SBN 99102
jrogers@jrrlaw.net
Jason Sparta/SBN 228458
jsparta@jrrlaw.net
LAW OFFICES OF JAMES R. ROGERS
125 S. Highway 101, Suite 101
Solana Beach, CA   92075
Telephone:   858-792-9900
Facsimile:    858-792-9509

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES
erroneously sued as
EDUCATION COMMISSION FOR
FOREIGN MEDICAL GRADUATES; and
FOUNDATION FOR ADVANCEMENT OF
INTERNATIONAL MEDICAL EDUCATION
AND RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al.<br><br>Defendants. | Case No. CV-10-1791RGK (SHx)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION<br>[FRCP Rule 12(b)(2)]<br><br>Date:         June 14, 2010<br>Time:        9:00 a.m.<br>Courtroom:  850 |

TO:  PLAINTIFFS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 14, 2010 at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located in the

Roybal Federal Building located at 255 East Temple St., Los Angeles, CA 90012, defendants EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES erroneously sued as EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES and FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH will move the court to dismiss the action pursuant to FRCP 12(b)(2) because plaintiffs do not have an adequate basis for personal jurisdiction over moving defendants, as plaintiffs lack both the traditional bases for jurisdiction (presence, domicile, or consent), as well as the "minimum contacts" necessary to establish personal jurisdiction over moving defendants.

With regard to the requirements of L.R. 7-3, the undersigned counsel was first assigned to represent moving defendants yesterday, May 11, 2010.  The undersigned counsel attempted to reach plaintiffs' counsel by phone on May 11, 2010 and left a message.  Plaintiffs' counsel has not returned the call.  Prior to the undersigned's involvement, it is undersigned counsel's understanding that plaintiffs' counsel granted moving defendants an extension of time on their responsive pleading, which extension was communicated to co-counsel.  However, the undersigned counsel learned today that plaintiffs' counsel withdrew the extension of time.

///
///
///
///
///
///
///
///
///

1  The motion will be based on this Notice of Motion and Motion, the
2  Memorandum of Points and Authorities filed herewith, and the pleadings and
3  papers filed herein.

5  Dated:      May 12, 2010            LAW OFFICES OF JAMES R. ROGERS
                                       *James R. Rogers*

7                               By:  _____
                                       James R. Rogers, Esq.
8                                      Attorneys for Defendants
                                       EDUCATIONAL COMMISSION FOR
9                                      FOREIGN MEDICAL GRADUATES
                                       erroneously sued as
                                       EDUCATION COMMISSION FOR
                                       FOREIGN MEDICAL GRADUATES and
                                       FOUNDATION FOR ADVANCEMENT
                                       OF INTERNATIONAL EDUCATION
                                       AND RESEARCH

NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION