UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE, et al.<br><br>　　Plaintiff(s)<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al.<br><br>　　Defendants.<br>_____ | Case No. CV-10-1791RGK (SHx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION<br>[FRCP Rule 12(b)(2)]<br><br>Date:　　　June 14, 2010<br>Time:　　　9:00 a.m.<br>Courtroom:　850 |

　　　The motion to dismiss plaintiff's first amended complaint for lack of personal jurisdiction of defendants EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES erroneously sued as EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES ("ECFMG") and FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL MEDICAL EDUCATION AND RESEARCH ("FAIMER") came on regularly for hearing

1  before this Court on June 14, 2010.  James R. Rogers, Esq., appeared on behalf of
2  defendants ECFMG and FAIMER and Thaddus J. Culpepper, Esq., appeared on
3  behalf of plaintiffs.
4      After considering the moving and opposition papers, arguments of counsel
5  and all other matters presented to the Court,
6      IT IS HEREBY ORDERED that defendants ECFMG and FAIMER's
7  motion to dismiss for lack of personal jurisdiction is GRANTED.
8
9  Dated: _____               _____
10                                Hon. R. Gary Klausner
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28