UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01791-RGK (SHx) | Date | May 13, 2010 |
|---|---|---|---|
| Title | St. Luke School of Medicine et al. v. Republic of Liberia et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**   **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

On the Court's own motion, defendants Education Commission For Foreign Medical Graduates and Foundation For Advancement of International Education and Research's Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction (DE 9) and Motion to Dismiss First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim (DE 10), noticed for hearing on June 14, 2010 at 9:00 a.m., are HEREBY CONTINUED to **June 21, 2010** at **9:00 a.m.**

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| | Initials of Preparer | slw |