FILED

2010 MAY 18  PM 12: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE, et al | CASE NUMBER |
| | 2:10-CV-01791-RGK(SHx) |
| PLAINTIFF(S) | |
| v. | **RECEIPT FOR FOREIGN SERVICE FROM** |
| REPUBLIC OF LIBERIA, et al | **UNTIED STATED POST OFFICE RE COMPLAINT** |
| DEFENDANT(S). | |

### (ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

Please See Attached Documents:

CULPEPPER LAW GROUPE
556 S. Fair Oaks Avenue, No. 302
Pasadena, CA 91105
626-786-2779
626-628-3083(f)

May 4, 2010

Clerk of Court
U.S. District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, CA 90012

      RE:    10 cv 01791

Dear Clerk,

      Please allow this letter to serve as a request for your office to serve the Complaint, Summons and Notice of Suit in the above-mentioned case pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. section 1608(a)(3) on the following defendant at the following address:

      Republic of Liberia
      Embassy of Republic of Liberia
      5201 16th Street, Northwest
      Washington, DC 20011

      Attached, please find monies in the amount of $25 for this service.

                                        Sincerely,

                                          THADDEUS J. CULPEPPER

Federal Finance Post Office
LOS ANGELES, California
900129997
0545300012 -0098
05/10/2010    (800)275-8777    09:15:19 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20011 | | | $12.70 |
| Zone-8 Priority Mail | | | |
| 2 lb. 4.90 oz. | | | |
| Expected Delivery: Wed 05/12/10 | | | |
| Return Rcpt (Green Card) | | | $2.30 |
| ^^ Registered | | | $10.60 |
| Insured Value : | | $0.00 | |
| Article Value : | | $0.00 | |
| Label #: | | RE327214665US | |
| Customer Postage | | | -$25.60 |
| Subtotal : | | | $0.00 |
| | | | ======== |
| Issue PVI: | | | $0.00 |

Total:                          $0.00

Paid by:

^^ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
************************************
************************************

Bill#: 1000201787578
Clerk: 08

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
************************************
************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
************************************
************************************

Customer Copy

---

| Registered No. | RE327214665US | | Date Stamp |
|---|---|---|---|

| Reg. Fee | $10.60 | | 0012 |
| Handling Charge | $0.00 | Return Receipt | $2.30 |
| Postage | $12.70 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare
Full Value $   $0.00

Domestic Insurance up to $25,000 is included
based upon the declared value. International
Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  Clerk, U.S. District Court
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

TO  Republic of Liberia
Embassy of the Republic of Liberia
5201 16th Street, Northwest
Washington, DC 20011

PS Form 3806,    **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2007 (7530-02-000-9051)              *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Republic of Liberia
Embassy of Republic of Liberia
5201 16th Street, Northwest
Washington, DC 20011



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RE32 7214 665U S**
Class: **Priority Mail**®
Service(s):  **Registered Mail**™
         **Return Receipt**
Status: **Arrival at Unit**

Your item arrived at 5:33 AM on May 18, 2010 in WASHINGTON, DC
20011. Information, if available, is updated periodically throughout the
day. Please check again later.

Detailed Results:
- **Arrival at Unit, May 18, 2010, 5:33 am, WASHINGTON, DC 20011**
- **Acceptance, May 10, 2010, 9:14 am, LOS ANGELES, CA 90012**

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( **Go >** )

Track & Confirm

Enter Label/Receipt Number.

( **Go >** )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA