MICHAEL D. YOUNG (SBN 120787)
NICOLE C. RIVAS (SBN 179337)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: mike.young@alston.com
       nicole.rivas@alston.com

Attorneys for Defendant THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, erroneously sued as THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>Defendants. | Case No.: 10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**NOTICE OF MOTION AND MOTION TO:**<br><br>(a) **TO DISMISS (ON GROUNDS OF SOVEREIGN IMMUNITY AND VIOLTION OF RULE 8)**<br><br>(b) **ALTERNATIVELY FOR MORE DEFINITE STATEMENT; AND**<br><br>(c) **TO STRIKE FOR FAILURE TO PLEAD CLASS**<br><br>[FILED CONCURRENTLY WITH MEMORANDUM OF POITNS AND AUTHORITIES; DECLARATION OF MICHAEL D. YOUNG; AND [PROPOSED] ORDER]<br><br>[FRCP 8, 12(b)(1), 12(e), 12(f) & 41(b)]<br><br>DATE: July 6, 2010<br>TIME: 9:00 a.m.<br>COURTROOM: 850 |

1

LEGAL02/31946373v1

TO PLAINTIFFS AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 6, 2010 at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 850 of the above-entitled Court located at 255 East Temple Street, Los Angeles, California 90012, before the Honorable R. Gary Klausner, the Board of Trustees of the University Of Illinois, erroneously sued as the University Of Illinois-Urbana Champaign, will and hereby does move the Court as follows:

1. For an order dismissing plaintiffs' [First Amended] Class Action Complaint (hereinafter, the "complaint") for lack of subject matter jurisdiction under the Federal Rules of Civil Procedure[1] 12(b)(1) on the ground that the University is immune from suit in federal court pursuant to the doctrine of sovereign immunity as expressed in the Eleventh Amendment to the U.S. Constitution;

2. Alternatively, for an order to dismissing the complaint under Rule 41(b) for failure to comply with Rule 8, which requires that the complaint set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" [FRCP 8(a)(2)], or, at a minimum, for an order requiring plaintiffs to file a more definite statement under Rule 12(e), stating against which defendant(s) each claim is being brought, by whom and on what basis.

3. For an order striking any and all class allegations from the complaint under Rule 12(f) due to plaintiffs' failure to properly allege a class action and to comply with Local Rule 23-2.

This Motion is based upon this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Michael D. Young filed concurrently herewith, the papers and pleadings on file in this matter, and any such other written or oral argument as may be presented prior to

---

[1] All subsequent references to a "Rule" refer to the Federal Rules of Civil Procedure unless otherwise stated.

LEGAL02/31946373v1

or at the time of the hearing on this matter.

   As set forth in the Declaration of Michael D. Young, this motion is filed only after making a good faith effort to meet and confer with plaintiffs' counsel, Thaddeus J. Culpepper, in an effort to resolve this matter without the necessity of a motion as required by Local Rule 7-3.

            Respectfully Submitted

DATED: June 1, 2010   MICHAEL D. YOUNG
            NICOLE C. RIVAS
            **ALSTON & BIRD LLP**

            _____
            Michael D. Young
            Attorneys for Defendant BOARD OF TRUSTEES
            UNIVERSITY OF ILLINOIS

LEGAL02/31946373v1