MICHAEL D. YOUNG (SBN 120787)
NICOLE C. RIVAS (SBN 179337)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: mike.young@alston.com
       nicole.rivas@alston.com

Attorneys for Defendant THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, erroneously sued as THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>　　　　　Defendants. | Case No.: 10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**[PROPOSED] ORDER RE UNIVERISTY OF ILLINOIS MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[FILED CONCURRENTLY WITH NOTICE OF MOTION; MEMORANDUM OF POITNS AND AUTHORITIES; AND DECLARATION OF MICHAEL D. YOUNG]<br><br>[FRCP 8, 12(b)(1), 12(e), 12(f) & 41(b)]<br><br>DATE:　　　July 6, 2010<br>TIME:　　　9:00 a.m.<br>COURTROOM: 850 |

LEGAL02/31946361v1

On July 6, 2010, the motion of defendant the Board of Trustees of the University of Illinois came on regularly for hearing before this Court. After considering the papers submitted in support of and opposition to defendant's motion and the evidence contained therein, and having heard the argument of counsel thereon, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court lacks subject matter jurisdiction over the First Amended Complaint as it pertains to the University of Illinois because the University is a state instrumentality entitled to immunity from suit in federal court under the Eleventh Amendment; and

2. The Motion to Dismiss is hereby granted.

IT IS SO ORDERED.

DATED: _____          _____
                                        The Honorable R. Gary Klausner

LEGAL02/31946361v1

1         Respectfully Submitted,

2

3   DATED: June 1, 2010         MICHAEL D. YOUNG
                                                NICOLE C. RIVAS

4                                           **ALSTON & BIRD LLP**

5

6                                           _____
                                                  Michael D. Young

7                                           Attorneys for Defendant THE BOARD OF
                                          TRUSTEES OF THE UNIVERSITY OF

8                                           ILLINOIS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28