MICHAEL D. YOUNG (SBN 120787)
NICOLE C. RIVAS (SBN 179337)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: mike.young@alston.com
nicole.rivas@alston.com

Attorneys for Defendant THE BOARD OF TRUSTEES
OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>Defendants. | Case No.: 10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**CERTIFICATE OF INTERESTED PARTIES FOR THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS** |

LEGAL02/31946344v1

1 | The undersigned counsel of record for defendant the Board of Trustees
2 | of the University Of Illinois, erroneously sued as the University Of Illinois-Urbana
3 | Champaign, certifies that the following listed parties may have a pecuniary interest
4 | in the outcome of this case. These representations are made to enable the Court to
5 | evaluate possible disqualification or recusal.

    1. The Board of Trustees of the University Of Illinois

    2. The State of Illinois

DATED: June 1, 2010

MICHAEL D. YOUNG
NICOLE C. RIVAS
**ALSTON & BIRD LLP**

_/s/ Michael D. Young_
Michael D. Young
Attorneys for Defendant THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

LEGAL02/31946344v1