1  JOHN R. KROGER
   Oregon Attorney General
   SETH T. KARPINSKI, Cal. Bar #137748
2  Email:  seth.t.karpinski@doj.state.or.us
   Senior Assistant Attorney General
3  Oregon Department of Justice
   1162 Court Street NE
4  Salem, OR 97301-4096
   Telephone: (503)947-4700
5  Fax: (503) 947-4792

6  Attorneys for Defendant State of Oregon, Office of Degree Authorization

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10            WESTERN DIVISION - LOS ANGELES

11

12  ST. LUKE SCHOOL OF MEDICINE;          Case No. 2:10-cv-01791-RGK-SH
    DR. JERROLL B.R. DOLPHIN, on
    behalf of himself and all other similarly
13  situated, as applicable; DR. ROBERT    MOTION TO DISMISS BY
    FARMER, on behalf of himself and all   DEFENDANTS STATE OF OREGON
14  other similarly situated, as applicable,  AND OREGON OFFICE OF DEGREE
                                           AUTHORIZATION PURSUANT TO
15            Plaintiffs,                   F.R.C.P. 12(B)(2)&(6)

16       v.

17  REPUBLIC OF LIBERIA; MINISTRY          DATE:  July 26, 2010
    OF HEALTH, a Liberian Governmental     TIME:   9:00 a.m.
18  Agency; MINISTRY OF                    JUDGE:  Honorable R. Gary Klausner
    EDUCATION, a Liberian
19  Governmental Agency; LIBERIAN
    MEDICAL BOARD, a Liberian
20  Governmental Agency; NATIONAL
    COMMISSION ON HIGHER
21  EDUCATION, a Liberian
    Governmental Agency, NATIONAL
22  TRANSITIONAL LEGISLATIVE
    ASSEMBLY, a Liberian Governmental
23  Agency; DR. ISAAC ROLAND;
    MOHAMMED SHERIFF;
24  DR. BENSON BARH; DR. GEORGE

25
    MOTION TO DISMISS BY DEFENDANTS STATE OF OREGON AND OREGON
26       OFFICE OF DEGREE AUTHORIZATION PURSUANT TO F.R.C.P.
                         12(B)(2)&(6)

GOLLIN; EDUCATION
COMMISSION FOR FOREIGN

1   MEDICAL GRADUATES, a
Pennsylvania Non-Profit organization;

2   FOUNDATION FOR
ADVANCEMENT OF

3   INTERNATIONAL EDUCATION
AND RESEARCH, a Pennsylvania

4   Non-Profit organization; UNIVERSITY
OF ILLINOIS-URBAN, an Illinois

5   Institution of Higher Learning; STATE
OF OREGON, Office of Degree

6   Authorization,

7          Defendants.

8
          This motion is made following the conference of counsel pursuant to
9
L.R. 7-3 which took place on June 1, 2010.
10
          Defendants State of Oregon and the Oregon Office of Degree Authorization
11
move this Court for an order dismissing Plaintiffs' claims pursuant to 1) Fed. R.
12
Civ. Pro. 12(b)(2) on the basis of insufficient personal jurisdiction and 2) Fed. R.
13
Civ. Pro. 12(b)(6), for failing to state facts upon which relief can be granted.  The
14
motion is supported by the accompanying memorandum of law.
15
          DATED this 2ⁿᵈ day of June, 2010.
16
                                        Respectfully submitted,
17
                                        JOHN R. KROGER
18                                      Attorney General

19

20                                      SETH T. KARPINSKI Cal. Bar #137748
                                        Senior Assistant Attorney General
21                                      Trial Attorney
                                        Tel (503)947-4700
22                                      Fax (503) 947-4792
                                        seth.t.karpinski@doj.state.or.us
23                                      Of Attorneys for Defendants

24

25
    MOTION TO DISMISS BY DEFENDANTS STATE OF OREGON AND OREGON
26      OFFICE OF DEGREE AUTHORIZATION PURSUANT TO F.R.C.P.
                         12(B)(2)&(6)

# CERTIFICATE OF SERVICE

I certify that on June ‸2‸, 2010, I served the foregoing MOTION TO DISMISS BY DEFENDANTS STATE OF OREGON AND OREGON OFFICE OF DEGREE AUTHORIZATION PURSUANT TO F.R.C.P. 12(B)(2)&(6) upon the parties hereto by the method indicated below, and addressed to the following:

Thaddeus Julian Culpepper, SBN 220194
Culpepper Law Groupe
556 South Fair Oaks Avenue, Suite 302
Pasadena, CA  91105
626-786-2779
   Of Attorneys for Plaintiffs

___ HAND DELIVERY
___ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX) **626-628-3083**
___ E-MAIL
   **culpepper@alumni.pitt.edu**
_x_ E-FILE


SETH T. KARPINSKI, Cal. Bar #137748
seth.t.karpinski@doj.state.or.us
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Of Attorneys for Defendant State of
   Oregon, Office of Degree
   Authorization

Page 1 - CERTIFICATE OF SERVICE
   KV1/cbh/2023633-v2