UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01791-RGK (SHx) | Date | June 3, 2010 |
|---|---|---|---|
| Title | ST. LUKE SCHOOL OF MEDICINE, et al. v. REPUBLIC OF LIBERIA, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:      (IN CHAMBERS)  NOTICE TO ALL PARTIES AND ORDER**

The hearing date for defendant State of Oregon's Motion to Dismiss Plaintiff's Claims; Motion to Dismiss for Lack of Jurisdiction (electronically filed on June 2, 2010 and noticed for hearing on July 26, 2010 (DE 16)), is HEREBY ADVANCED TO July 6, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |