JOHN R. KROGER
Oregon Attorney General
SETH T. KARPINSKI, Cal. Bar #137748
Email: seth.t.karpinski@doj.state.or.us
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503)947-4700
Fax: (503) 947-4792

Attorneys for Defendants State of Oregon, Office of Degree Authorization

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN, on behalf of himself and all other similarly situated, as applicable; DR. ROBERT FARMER, on behalf of himself and all other similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency, NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a | Case No. 2:10-cv-01791-RGK-SH<br><br>CERTIFICATION AS TO INTERESTED PARTIES [L.R. 7.1-1] |

CERTIFICATION AS TO INTERESTED PARTIES [L.R. 7.1-1]

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH, a Pennsylvania Non-Profit organization; UNIVERSITY OF ILLINOIS-URBAN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>                    Defendants. |

The undersigned, counsel of record for Defendants State of Oregon and the Oregon Office of Degree Authorization, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. State of Oregon, Defendant; and

2. Office of Degree Authorization, Defendant state governmental entity.

DATED this 3rd day of June, 2010.

                                   _____
                                   SETH T. KARPINSKI Cal. Bar #137748
                                   Attorney of Record for Defendants State
                                   of Oregon and Office of Degree
                                   Authorization

CERTIFICATION AS TO INTERESTED PARTIES [L.R. 7.1-1]

# CERTIFICATE OF SERVICE

I certify that on June 3, 2010, I served the foregoing CERTIFICATION AS TO INTERESTED PARTIES [L.R. 7.1-1] upon the parties hereto by the method indicated below, and addressed to the following:

Thaddeus Julian Culpepper, SBN 220194
Culpepper Law Groupe
556 South Fair Oaks Avenue, Suite 302
Pasadena, CA 91105
626-786-2779
  Of Attorneys for Plaintiffs

___ HAND DELIVERY
_x_ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX) **626-628-3083**
___ E-MAIL
  **culpepper@alumni.pitt.edu**
_x_ E-FILE

*/s/ Seth J. K*

SETH T. KARPINSKI, Cal. Bar #137748
seth.t.karpinski@doj.state.or.us
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Of Attorneys for Defendant State of
  Oregon, Office of Degree
  Authorization

Page 1 - CERTIFICATE OF SERVICE
KV1/cbh/2023633-v2