UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-01791-RGK (SHx) | Date | June 17, 2010 |
|---|---|---|---|
| Title | St. Luke School of Medicine, et al. v. Republic of Liberia, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Defendants Education Commission For Foreign Medical Graduates and Foundation For Advancement of International Education and Research's Motion to Dismiss FAC for Lack of Personal Jurisdiction (DE 9) and Education Commission For Foreign Medical Graduates and Foundation For Advancement of International Education and Research's Motion to Dismiss FAC for Lack of Subject Matter Jurisdiction and Failure to State a Claim (DE 10)

The Court hereby advises counsel that the above-referenced motions, noticed for hearing on June 21, 2010, have been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |