Name and address
Jerroll Dolphin
P.O. Box 641009
Los Angeles CA 90064
310-384-4483

Lodged order

FILED
2010 JUN 18 PM 4:50
CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Luke School of Medicine, et al<br><br>Plaintiff(s)<br>v.<br><br>Republic of Liberia, et al<br><br>Defendant(s). | CASE NUMBER<br><br>CV 10-01791-RGK (SHx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

_St. Luke School of Medicine, et al_  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of _Jerroll Dolphin_
*New Attorney*
as attorney of record in place and stead of _Thaddeus J. Culpepper_
*Present Attorney*

Dated _June 17, 2010_          _____[signature]_____
                               *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____          _____
                              *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____          _____
                              *Signature of New Attorney*

                              _____
                              *State Bar Number*

If party requesting to appear Pro Se:

Dated _June 17, 2010_          _____[signature]_____
                               *Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY