```
 1  MICHAEL D. YOUNG (SBN 120787)
    NICOLE C. RIVAS (SBN 179337)
 2  ALSTON & BIRD LLP
    333 South Hope Street, Sixteenth Floor
 3  Los Angeles, California 90071
    Telephone: (213) 576-1000
 4  Facsimile:  (213) 576-1100
    Email: mike.young@alston.com
 5         nicole.rivas@alston.com

 6  Attorneys for Defendants THE BOARD OF TRUSTEES
    OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
 7  THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN;
    and DR. GEORGE GOLLIN
 8
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>Defendants. | Case No.: 10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' REPLY MEMO TO ITS MOTION TO DISMISS, ALTERNATIVELY FOR MORE DEFINITE STATEMENT, AND TO STRIKE**<br><br>**[FILED CONCURRENTLY WITH SUPPORTING DECLARATION OF MICHAEL D. YOUNG]**<br><br>[FRCP 8, 12(b)(1), 12(e), 12(f) & 41(b)]<br><br>DATE:       July 6, 2010<br>TIME:        9:00 a.m.<br>COURTROOM: 850 |

LEGAL02/31940307v2

## MEMORANDUM OF POINTS AND AUTHORITIES

The Board of Trustees of the University of Illinois' filed this motion to dismiss on sovereign immunity grounds, and to strike the class action allegations, among other things. ***Plaintiffs do not oppose this motion.***

Instead, plaintiffs' counsel sent us an email stating merely:

"We will be voluntarily dismissing"

It was a nice sentiment, but as of the date of this filing, we have received nothing from plaintiffs requesting the dismissal and accordingly must ask this Court to do what plaintiffs should have done themselves – dismiss the University of Illinois from this action.

Actually, plaintiffs never should have filed this action against the University in the first place. We first asked plaintiffs' counsel to dismiss the University on sovereign immunity grounds back on May 10, 2010, in a phone call. (June 1, 2010, Declaration of Michael D. Young filed concurrently with the University's moving papers, ¶ 2, and Exhibit A thereto.) This was followed up with a more formal written request for dismissal on May 13. (*Id.* at ¶ 3, and Exhibit B thereto.) Both requests were ignored. (*Id.* at ¶ 4.)

We are nothing if not stubborn and hence kept trying. On May 20 we again called plaintiffs' counsel's office to request dismissal of the University and was forced to leave a voicemail message, which we followed up with an email. (*Id.* at ¶ 5 and Exhibit C thereto.) Hearing nothing from plaintiffs' counsel in reply, we tried again to discuss this with counsel on May 26 with both a phone call and an email. (*Id.* at ¶ 7 and Exhibit D, thereto.) In each message, we urged plaintiffs' counsel to consider the authorities we provided him confirming the application of the Eleventh

LEGAL02/31980052v1

1  Amendment to the University and asking for a voluntary dismissal so we wouldn't
2  have to expend judicial resources on a motion. We received no response, which
3  forced us to file the pending motion. (*Id.* at ¶ 8-9.)
4      Indeed, other than the five words quoted above (*See* June 22, 2010
5  Declaration of Michael D. Young filed concurrently herewith, and Exhibit A thereto),
6  we have not heard from plaintiffs' counsel in response to any of our efforts to contact
7  him, either with respect to the University or its professor, Defendant George Gollin,
8  for whom we have also filed a motion to dismiss (after again unsuccessfully trying to
9  contact plaintiffs' counsel to seek a voluntary dismissal.) (June 22 Young
10 Declaration, at ¶ 3, and Exhibit B thereto.)
11     We submit that this may be a case where sanctions are appropriate, and
12 we are considering filing such a motion in the near term.
13     *In light of plaintiff's non-opposition, we submit there is no reason why*
14 *this Court should not grant the University's motion in full*

Respectfully Submitted

DATED: June 22, 2010

MICHAEL D. YOUNG
NICOLE C. RIVAS
**ALSTON & BIRD LLP**

_____
Michael D. Young
Attorneys for Defendants THE BOARD OF
TRUSTEES OF THE UNIVERSITY OF ILLINOIS;
and DR. GEORGE GOLLIN

2