1  MICHAEL D. YOUNG (SBN 120787)
2  NICOLE C. RIVAS (SBN 179337)
   **ALSTON & BIRD LLP**
3  333 South Hope Street, Sixteenth Floor
   Los Angeles, California 90071
   Telephone:  (213) 576-1000
4  Facsimile:   (213) 576-1100
   Email:  mike.young@alston.com
5          nicole.rivas@alston.com

6  Attorneys for Defendants THE BOARD OF TRUSTEES
   OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
7  THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN;
   and DR. GEORGE GOLLIN
8
                    **UNITED STATES DISTRICT COURT**
9
            **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
10

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>                    Plaintiffs,<br><br>        v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>                    Defendants. | Case No.:  10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**DECLARATION OF MICHAEL D. YOUNG IN SUPPORT OF THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' REPLY MEMO TO ITS MOTION TO DISMISS, ALTERNATIVELY FOR MORE DEFINITE STATEMENT, AND TO STRIKE**<br><br>**[FILED CONCURRENTLY WITH REPLY TO MOTION]**<br><br>DATE:                July 6, 2010<br>TIME:                9:00 a.m.<br>COURTROOM:  850 |

## DECLARATION OF MICHAEL D. YOUNG

I, Michael D. Young, declare and state as follows:

1.     I am an attorney duly licensed to practice law before all courts of the State of California and am a partner with the law firm of Alston & Bird LLP, attorneys of record for defendants "The Board of Trustees of the University of Illinois" and Dr. George Gollin herein.  I have personal knowledge of the files and records in this action, and of the facts set forth in this declaration.  I could and would competently testify to the matters set forth herein.

2.     On or about June 1, 2010, at nearly 4:00 p.m., I received an email from Thaddeus Culpepper, plaintiffs' counsel in this matter, which replied to my email of May 20, 2010, and stated merely: "We will be voluntarily dismissing".  A true and correct copy of this email is attached hereto as **Exhibit A.**

3.     After filing the instant motion to dismiss on behalf of the University, I learned that plaintiffs had sought to serve process on University of Illinois professor Dr. George Gollin, a named defendant in this action.  On or about June 10, 2010, I again tried to reach Mr. Culpepper by telephone, and was forced to leave a message in his voicemail.  I asked that he dismiss Dr. Gollin under the Eleventh Amendment, and offered to send him authorities to support the dismissal.  I followed up my phone call with an email to Mr. Culpepper summarizing my voicemail message and asking that he call me back.  Attached hereto as **Exhibit B** is a true and correct copy of my June 10, 2010 email to Mr. Culpepper.

4.     Mr. Culpepper never replied to any of my calls or emails.  Indeed, other than the five word message in Exhibit A (and the initial phone call on May 10), I have been unable to reach Mr. Culpepper to discuss any aspect of this case.

///
///
///
///

LEGAL02/31980062v1

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct of my personal knowledge.

Executed on this 1st day of June, 2010, at Los Angeles, California.

Michael D. Young

# EXHIBIT A

4

**From:** Thaddeus J. Culpepper [thaddeusfsc@gmail.com]
**Sent:** Tuesday, June 01, 2010 3:53 PM
**To:** Young, Mike
**Subject:** Re: St. Luke School of Medicine v. Republic of Liberia

We will be voluntarily dismissing

On Thu, May 20, 2010 at 2:03 PM, <Mike.Young@alston.com> wrote:

Thaddeus, I left you a voicemail message regarding my letter to you of seeking dismissal of the University of Illinois on sovereign immunity grounds.  For your convenience, another copy is attached.

Could you please let me know whether you will voluntarily dismiss the University at this time?  We will need to prepare our motion to dismiss and for sanctions soon if we don't hear from you, and this seems like an unnecessary expense given the clear impropriety of adding the University to this federal action.

Please get back to me today if at all possible.

Regards,

–*MIKE*–
**Michael D. Young**
Alston + Bird
333 S. Hope Street, 16th Floor
Los Angeles, CA  90071
Direct:  (213) 576-1135
Office:  (213) 576-1000
mike.young@alston.com
www.alston.com

*Please visit our California Labor and Employment Blog*
*Who's The Boss?*
*http://www.alston.com/laborandemploymentblog*

*************************************************** IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. _____
NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

# EXHIBIT B

6

| | |
|---|---|
| **From:** | Young, Mike |
| **Sent:** | Thursday, June 10, 2010 10:44 AM |
| **To:** | 'thaddeusfsc@gmail.com'; 'culpepper@alumni.pitt.edu' |
| **Subject:** | RE: St. Luke School of Medicine v. Republic of Liberia |

Thaddeus: Per my voicemail message to you this morning, please give me a call to discuss this case. I appreciate that you are now agreeing to dismiss the University of Illinois from the action -- I wish you would have done so pursuant to my earlier requests and prior to our having to file the motion to dismiss as then we would have agreed to waive costs and sanctions. Nonetheless, better late than never. Please let me know when we can expect to see the dismissal. In the meantime, I assume you do not mind if we notify the court that you will not be opposing our motion.

In my voicemail message, I also asked that you dismiss Dr. Gollin from the action. Accepting your allegations in the complaint that Dr. Gollin was acting in his role as an employee of the University, he too would be covered by the sovereign immunity of the Eleventh Amendment. We can provide you with legal authority if you would like, but I have no doubt that by this time you are fully aware of the scope of Eleventh Amendment immunity.

Could you please respond by either a phone call or email and let me know that you will dismiss Dr. Gollin from this action? I would like to have your response by Monday so we can avoid preparing yet another motion to dismiss.

I look forward to your prompt reply. Regards,

*–MIKE–*
**Michael D. Young**
Alston + Bird
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Direct: (213) 576-1135
Office: (213) 576-1000
mike.young@alston.com
www.alston.com

*Please visit our California Labor and Employment Blog*
         *Who's The Boss?*
*http://www.alston.com/laborandemploymentblog*

---

**From:** Thaddeus J. Culpepper [mailto:thaddeusfsc@gmail.com]
**Sent:** Tuesday, June 01, 2010 3:53 PM
**To:** Young, Mike
**Subject:** Re: St. Luke School of Medicine v. Republic of Liberia

We will be voluntarily dismissing

On Thu, May 20, 2010 at 2:03 PM, <Mike.Young@alston.com> wrote:
> Thaddeus, I left you a voicemail message regarding my letter to you of seeking dismissal of the University of
> Illinois on sovereign immunity grounds. For your convenience, another copy is attached.
>
> Could you please let me know whether you will voluntarily dismiss the University at this time? We will need to

prepare our motion to dismiss and for sanctions soon if we don't hear from you, and this seems like an unnecessary expense given the clear impropriety of adding the University to this federal action.

Please get back to me today if at all possible.

Regards,

*–MIKE–*
**Michael D. Young**
Alston + Bird
333 S. Hope Street, 16th Floor
Los Angeles, CA  90071
Direct:  (213) 576-1135
Office:  (213) 576-1000
mike.young@alston.com
www.alston.com

*Please visit our California Labor and Employment Blog*
*Who's The Boss?*
*http://www.alston.com/laborandemploymentblog*

****************************************************** IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. _____
NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.