|   |   |
|---|---|
| 1 | MICHAEL D. YOUNG (SBN 120787) |
|   | NICOLE C. RIVAS (SBN 179337) |
| 2 | **ALSTON & BIRD LLP** |
|   | 333 South Hope Street, Sixteenth Floor |
| 3 | Los Angeles, California 90071 |
|   | Telephone:  (213) 576-1000 |
| 4 | Facsimile:   (213) 576-1100 |
|   | Email:  mike.young@alston.com |
| 5 |          nicole.rivas@alston.com |
| 6 | Attorneys for Defendants THE BOARD OF TRUSTEES |
|   | OF THE UNIVERSITY OF ILLINOIS, erroneously sued as |
| 7 | THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN; |
|   | and DR. GEORGE GOLLIN |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>Defendants. | Case No.:  10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**CERTIFICATE OF INTERESTED PARTIES FOR DEFENDANT DR. GEORGE GOLLIN** |
|---|---|

LEGAL02/31980771v1

The undersigned counsel of record for defendant Dr. George Gollin, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Dr. George Gollin
2. The Board of Trustees of the University Of Illinois
3. The State of Illinois

DATED: June 22, 2010

MICHAEL D. YOUNG
NICOLE C. RIVAS
**ALSTON & BIRD LLP**

/s/
_____
Nicole C. Rivas
Attorneys for Defendant DR. GEORGE GOLLIN
and THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS

LEGAL02/31980771v1