1  MICHAEL D. YOUNG (SBN 120787)
   NICOLE C. RIVAS (SBN 179337)
2  **ALSTON & BIRD LLP**
   333 South Hope Street, Sixteenth Floor
3  Los Angeles, California 90071
   Telephone: (213) 576-1000
4  Facsimile: (213) 576-1100
   Email: mike.young@alston.com
5         nicole.rivas@alston.com

6  Attorneys for Defendants THE BOARD OF TRUSTEES
   OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
7  THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN;
   and DR. GEORGE GOLLIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>Defendants. | Case No.: 10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**[PROPOSED] ORDER RE DEFENDANT DR. GEORGE GOLLIN'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[FILED CONCURRENTLY WITH NOTICE OF MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; APPENDIX OF AUTHORITIES; AND DECLARATION OF MICHAEL D. YOUNG]<br><br>[FRCP 8, 12(b)(1), 12(e), 12(f) & 41(b)]<br><br>DATE:         July 26, 2010<br>TIME:         9:00 a.m.<br>COURTROOM:    850 |

1

LEGAL02/31980837v1

On July 26, 2010, the motion of defendant Dr. George Gollin came on regularly for hearing before this Court. After considering the papers submitted in support of and opposition to defendant's motion and the evidence contained therein, and having heard the argument of counsel thereon, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court lacks subject matter jurisdiction over the First Amended Complaint as it pertains to Dr. George Gollin because Dr. Gollin has been sued in his official capacity as an agent of the State of Illinois, and is thus entitled to immunity from suit in federal court under the Eleventh Amendment; and

2. The Motion to Dismiss is hereby granted.

IT IS SO ORDERED.

DATED: _____        _____
                              The Honorable R. Gary Klausner

LEGAL02/31980837v1

1           Respectfully Submitted,

3   DATED: June 22, 2010       MICHAEL D. YOUNG
                                      NICOLE C. RIVAS
4                                            **ALSTON & BIRD LLP**

                                                            /s/
                                        _____
                                                      Nicole C. Rivas
                                    Attorneys for Defendants THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, and DR. GEORGE GOLLIN

LEGAL02/31980837v1