Name and address:

Jerroll Dolphin
P.O. Box 641009
Los Angeles, CA 90064
310-384-4483

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Luke School of Medicine, et al<br>Plaintiff(s)<br>v.<br>Republic of Liberia, et al<br>Defendant(s). | CASE NUMBER:<br>CV 10-01791-RGK (SHx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

LODGED 2010 JUN 8 PM 4:50 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY

The Court hereby orders that the request of:

__St. Luke School of Medicine, et al__ ☑ Plaintiff ☐ Defendant ☐ Other _____
Name of Party

to substitute __Jerroll Dolphin__ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☑ Pro Se

__P.O. Box 641009__
Street Address

__Los Angeles, CA 90064__   __jdolphin@stluke.edu__
City, State, Zip           E-Mail Address

__310-384-4483__   _____   _____
Telephone Number   Fax Number   State Bar Number

as attorney of record in place and stead of __Thaddeus J. Culpepper__
Present Attorney

is hereby   ☐ GRANTED   ☒ DENIED

Dated __JUN 28 2010__

DENY Gary Klausner
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.**

G-01 ORDER (06/05)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY