UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-01791-RGK (SHx) | Date | June 30, 2010 |
|---|---|---|---|
| Title | St Luke School of Medicine, et al. v. Republic of Liberia, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Defendant The Board of Trustees of the University of Illinois erroneously sued as The University of Illinois-Urbana Champaign University of Illinois-Urban's Motion to Dismiss Case (DE 14); AND Defendant State of Oregon's Motion to Dismiss Plaintiff's Claims; Motion to Dismiss for Lack of Jurisdiction (DE 16)

The Court hereby advises counsel that the above-referenced motions, noticed for hearing on July 6, 2010, have been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |