Name and address

Jerroll Dolphin
P.O. Box 641009
Los Angeles CA 90064
310 384-4483

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Luke School of Medicine, et al<br>Plaintiff(s)<br>V.<br>Republic of Liberia, et al<br>Defendant(s). | **CASE NUMBER**<br>CV 10-01791-RGK (SHx)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

St. Luke School of Medicine, et al     ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of **Jerroll Dolphin**
                                                    *New Attorney*
as attorney of record in place and stead of **Thaddeus J. Culpepper**
                                              *Present Attorney*

Dated  June 17, 2010            _____
                                *Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  July 4, 2010             _____
                                *Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  _____          _____
                                *Signature of New Attorney*

                                _____
                                *State Bar Number*

---

If party requesting to appear Pro Se:

Dated  June 17, 2010            _____
                                *Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)            REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ST LUKE SCHOOL OF MEDICINE, ET AL.

Plaintiff(s)

v.

REPUBLIC OF LIBERIA, ET AL

Defendant(s).

CASE NUMBER

CV 10-01791 RGK

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

JERROLL DOLPHIN
Name of Party

☒ Plaintiff   ☐ Defendant   ☐ Other _____

to substitute   JERROLL DOLPHIN   who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

P.O. Box 641009
Street Address

Los Angeles, CA 90064
City, State, Zip

jdolphin@stluke.edu
E-Mail Address

310.384.4483
Telephone Number

NONE
Fax Number

N/A
State Bar Number

as attorney of record in place and stead of   Thaddeus J. Culpepper
Present Attorney

is hereby   ☐ GRANTED   ☐ DENIED

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.