## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ST LUKE SCHOOL OF MEDICINE, ET AL.
Plaintiff(s)
v.

REPUBLIC OF LIBERIA, ET AL.
Defendant(s).

CASE NUMBER

CV 10-01791 RGK

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

JERROLL DOLPHIN
Name of Party

☒ Plaintiff   ☐ Defendant   ☐ Other _____

to substitute   JERROLL DOLPHIN   who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

P.O. Box 641009
Street Address

Los Angeles, CA 90064
City, State, Zip

jdolphin@stluke.edu
E-Mail Address

310·384·4483
Telephone Number

NONE
Fax Number

N/A
State Bar Number

as attorney of record in place and stead of   Thaddeus J. Culpepper
Present Attorney

is hereby   ☐ GRANTED   ☒ DENIED

JUL - 9 2010
Dated

DENY
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY