THADDEUS J. CULPEPPER, SBN 220194
CULPEPPER LAW GROUPE
556 S. Fair Oaks Avenue, Suite 101
No. 302
Pasadena, CA 91105
culpepper@alumni.pitt.edu
Tele: (626) 786-2779
Facsimile: (626) 628-3083
Attorneys for Plaintiffs DR. JERROLL B.R. DOLPHIN, et al.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>            Plaintiffs,<br><br>vs.<br><br>REPULIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBAN, an Illinois Institution of Higher Learning,<br><br>            Defendants. | Case No.<br><br>NOTICE AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

CLASS ACTION COMPLAINT

Pursuant to Local Rule, Attorney Thaddeus J. Culpepper, counsel for Plaintiffs, hereby notify the parties of their intent to withdraw and move the Court to permit withdrawal. The following are grounds for this notice and motion:

1. Irreconcilable differences have developed between Counsel and SLSOM President and lead plaintiff Jerroll B. Dolphin in this action such that it has become impossible for counsel to perform his duties in protecting the best interests of all plaintiffs.

Dated: July 14, 2010                             CULPEPPER LAW GROUPE


                                        By:    /s/Thaddeus J. Culpepper
                                               THADDEUS J. CULPEPPER
                                               Attorneys for Plaintiffs Dr. Dolphin, SLSOM
                                               and Medical Students