| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Manny A. Abascal (Bar No. 171301)<br>  Amy C. Quartarolo (Bar No. 222144) |
| 3 |   Amanda J. Klopf (Bar No. 260678)<br>355 South Grand Avenue |
| 4 | Los Angeles, California 90071-1560<br>Telephone: +1.213.485.1234 |
| 5 | Facsimile: +1.213.891.8763 |
| 6 | Attorneys for Defendant<br>Republic of Liberia |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| 9 | ST. LUKE SCHOOL OF MEDICINE;<br>DR. JERROLL B.R. DOLPHIN and<br>DR. ROBERT FARMER on behalf of<br>himself and all others similarly<br>situated, | CASE NO. 10-CV-1791 RGK (SHx) |
| 10 | | |
| 11 | | CERTIFICATE OF INTERESTED<br>PARTIES FOR DEFENDANT THE<br>REPUBLIC OF LIBERIA |
| 12 |             Plaintiffs, | |
| 13 |     v. | |
| 14 | REPUBLIC OF LIBERIA; MINISTRY<br>OF HEALTH, a Liberian<br>Governmental Agency; LIBERIAN<br>MEDICAL BOARD, a Liberian<br>Governmental Agency; NATIONAL<br>COMMISSION ON HIGHER<br>EDUCATION, a Liberian<br>Governmental Agency; NATIONAL<br>TRANSITIONAL LEGISLATIVE<br>ASSEMBLY, a Liberian Governmental<br>Agency; DR. ISAAC ROLAND;<br>MOHAMMED SHERIFF; DR.<br>BENSON BARH; BR. GEORGE<br>GOLLIN; EDUCATION<br>COMMISSION FOR FOREIGN<br>MEDICAL GRADUATES, a<br>Pennsylvania Non-Profit organization;<br>FOUNDATION FOR<br>ADVANCEMENT OF<br>INTERNATIONAL EDUCATION<br>AND RESEARCH, a Pennsylvania<br>Non-Profit Organization;<br>UNIVERSITY OF ILLINOIS-<br>URBAN, an Illinois Institution of<br>Higher Learning; STATE OF<br>OREGON, Office of Degree<br>Authorization, | |
| 28 |             Defendants. | |

1 | The undersigned counsel of record for Defendant Republic of Liberia certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Republic of Liberia
2. The Liberian Ministry of Health
3. The Liberian Medical Board
4. The National Commission on Higher Education
5. The National Transitional Legislative Assembly.[1]

Dated:  July 19, 2010

Respectfully submitted,

LATHAM & WATKINS LLP
Manny A. Abascal
Amy C. Quartarolo
Amanda J. Klopf

By /s/ Amanda J. Klopf
Attorneys for Defendant Republic of Liberia

---

[1] This defunct governmental entity from a former regime is named as a defendant but is no longer in existence.