LATHAM & WATKINS LLP
  Manny A. Abascal (Bar No. 171301)
  Amy C. Quartarolo (Bar No. 222144)
  Amanda J. Klopf (Bar No. 260678)
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendant
Republic of Liberia

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; BR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH, a Pennsylvania Non-Profit Organization; UNIVERSITY OF ILLINOIS-URBAN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>  Defendants. | CASE NO. 10-CV-1791 RGK (SHx)<br><br>DEFENDANT REPUBLIC OF LIBERIA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8, 12(b)(1), AND 12(b)(6)<br><br>*[FILED CONCURRENTLY WITH MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF AMANDA J. KLOPF; AND [PROPOSED] ORDER]*<br><br>[Fed. R. Civ. P. 8, 12(b)(1), 12(b)(6)]<br><br>Date: August 16, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner |

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 8, Defendant Republic of Liberia will, and hereby does, move to dismiss the First Amended Complaint in the above-captioned action (the "Complaint").  The hearing on the Motion will be at August 16, 2010 at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable R. Gary Klausner in Courtroom 850 of the United States District Court for the Central District of California located at the Roybal Federal Building, 255 E. Temple Street, Los Angeles, California, 90012.  As set forth in greater detail in the accompanying Memorandum of Points and Authorities, this Motion seeks dismissal of the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 8 for lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted and failure to plead with particularity.

This Motion is based upon this Notice of Motion and Motion to Dismiss, the attached Memorandum of Points and Authorities, the Declaration of Amanda J. Klopf, the pleadings on file in this action, and such further evidence and argument as may be offered at the time of hearing of this Motion.

Dated:  July 19, 2010                    Respectfully submitted,

LATHAM & WATKINS LLP
   Manny A. Abascal
   Amy C. Quartarolo
   Amanda J. Klopf


By /s/ Amanda J. Klopf
   Attorneys for Defendant Republic of Liberia

LATHAM&WATKINS LLP  LA\2117690.1
ATTORNEYS AT LAW
LOS ANGELES