LATHAM & WATKINS LLP
  Manny A. Abascal (Bar No. 171301)
  Amy C. Quartarolo (Bar No. 222144)
  Amanda J. Klopf (Bar No. 260678)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendant
Republic of Liberia

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; BR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH, a Pennsylvania Non-Profit Organization; UNIVERSITY OF ILLINOIS-URBAN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>Defendants. | CASE NO. 10-CV-1791 RGK (SHx)<br><br>DECLARATION OF AMANDA J. KLOPF IN SUPPORT OF DEFENDANT REPUBLIC OF LIBERIA'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8, 12(b)(1), AND 12(b)(6)<br><br>*[FILED CONCURRENTLY WITH NOTICE OF MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; AND [PROPOSED] ORDER]*<br><br>Date: August 16, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2118889.1

## DECLARATION OF AMANDA J. KLOPF

I, Amanda J. Klopf, declare and state the following:

1. I am an associate with the law firm of Latham & Watkins LLP, counsel for Defendant Republic of Liberia. I am a member in good standing of the State Bar of California, and have been admitted to practice before this Court. I submit this declaration in support of the Republic of Liberia's Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Federal Rules of Civil Procedure 8, 12(b)(1), and 12(b)(6). I have personal knowledge of the facts contained in this declaration, and if called upon to do so, I could and would testify competently thereto.

2. On July 14, 2010, I called Plaintiffs' counsel of record, Thaddeus Culpepper. Mr. Culpepper did not answer. I left a detailed voicemail requesting that he dismiss the Republic of Liberia from this action in light of the sovereign immunity protection of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1604. I also asked that he return my call at his earliest convenience. Mr. Culpepper never responded to my July 14 voicemail.

3. Also on July 14, 2010, I sent Mr. Culpepper an email. Following up on the voicemail I left for him, I asked Mr. Culpepper to meet and confer concerning the potential dismissal of claims asserted against the Republic of Liberia, and requested that he return my call at his earliest convenience. A true and correct copy of my July 14, 2010 email to Mr. Culpepper is attached hereto as Exhibit A.

4. Mr. Culpepper never responded to my voicemail or email.

5. Without Mr. Culpepper's cooperation, we could not fully comply with Local Rule 7-3.

//

//

//

1    I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct to the best of my knowledge and
3 ability.

5 Dated: July 19, 2010                              /s/ Amanda J. Klopf