# EXHIBIT A

## Mares, Arcelia (LA)

| | |
|---|---|
| **From:** | Klopf, Amanda (LA) |
| **Sent:** | Wednesday, July 14, 2010 1:11 PM |
| **To:** | 'culpepper@alumni.pitt.edu' |
| **Cc:** | Quartarolo, Amy (LA); Klopf, Amanda (LA) |
| **Subject:** | St. Luke School of Medicine Litigation |

Dear Thaddeus,

I left you a voicemail this morning regarding *St. Luke School of Medicine v. Republic of Liberia, et al.* (Case No. 10-CV-1791 RGK). Per my voicemail, we represent Defendant Republic of Liberia and request a meet and confer to discuss the potential dismissal of all claims asserted against the Republic of Liberia. Among other reasons, the First Amended Complaint should be dismissed as against the Republic of Liberia, because the Republic of Liberia is presumptively immune from suit in United States District Courts under the Foreign Sovereign Immunities Act, 28 U.S.C. 1604.

If we are unable to resolve this matter informally, the Republic of Liberia plans on filing a motion to dismiss on Monday, July 19, 2010.

Please call me at your convenience.

Thank you,


**Amanda J. Klopf**

**LATHAM & WATKINS** LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8268
Fax: +1.213.891.8763
Email: amanda.klopf@lw.com
http://www.lw.com

1