| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |   Manny A. Abascal (Bar No. 171301) |
| 2 |   Amy C. Quartarolo (Bar No. 222144) |
| |   Amanda J. Klopf (Bar No. 260678) |
| 3 | 355 South Grand Avenue |
| | Los Angeles, California 90071-1560 |
| 4 | Telephone: +1.213.485.1234 |
| | Facsimile: +1.213.891.8763 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Republic of Liberia |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, | | CASE NO. 10-CV-1791 RGK (SHx) |
| | Plaintiffs, | **NOTICE OF LODGING** |
| v. | | [Fed. R. Civ. P. 8, 12(b)(1), & 12(b)(6)] |
| REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; BR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH, a Pennsylvania Non-Profit Organization; UNIVERSITY OF ILLINOIS-URBAN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, | | Date: August 16, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner |
| | Defendants. | |

**PLEASE TAKE NOTICE THAT** Defendant Republic of Liberia hereby lodges with the Court a [Proposed] Order Re Defendant Republic of Liberia's Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Federal Rules of Civil procedure 8, 12(b)(1), and 12(b)(6).

Dated: July 20, 2010

Respectfully submitted,

LATHAM & WATKINS LLP
  Manny A. Abascal
  Amy C. Quartarolo
  Amanda J. Klopf

By /s/ Amanda J. Klopf
Attorneys for Defendant Republic of Liberia