LATHAM & WATKINS LLP
  Manny A. Abascal (Bar No. 171301)
  Amy C. Quartarolo (Bar No. 222144)
  Amanda J. Klopf (Bar No. 260678)
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendant
Republic of Liberia

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; BR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH, a Pennsylvania Non-Profit Organization; UNIVERSITY OF ILLINOIS-URBAN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>Defendants. | CASE NO. 10-CV-1791 RGK (SHx)<br><br>[PROPOSED] ORDER RE DEFENDANT REPUBLIC OF LIBERIA'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8, 12(b)(1), AND 12(b)(6)<br><br>*[FILED CONCURRENTLY WITH NOTICE OF MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF AMANDA J. KLOPF]*<br><br>[Fed. R. Civ. P. 8, 12(b)(1), & 12(b)(6)]<br><br>Date:  August 16, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner |

1  The Republic of Liberia, by and through its attorneys Latham & Watkins
2  LLP, has moved to dismiss Plaintiffs' First Amended Class Action Complaint for
3  Trade Libel, False Imprisonment, Negligence, Violations of Due Process,
4  Violations of Equal Protection, Conversion, Conspiracy to Commit Civil Rights
5  Violations, Intentional Infliction of Emotional Distress, Negligent Infliction of
6  Emotional Distress, Loss of Consortium, Libel, and Intentional interference with
7  Prospective Business Advantage (the "Complaint") in the above-entitled action for
8  lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil
9  Procedure, for failure to state a claim under Rule 12(b)(6) of the Federal Rules of
10 Civil Procedure and for failure to plead with particularity as required under Rule 8
11 of the Federal Rules of Civil Procedure.  The Court, having considered the
12 Republic of Liberia's motion, the pleadings and other papers of the parties, the oral
13 arguments of counsel, and good cause appearing therefore, hereby grants the
14 Republic of Liberia's motion to dismiss with prejudice for the following reasons:
15   1.   This Court lacks subject matter jurisdiction over the Complaint as it
16 pertains to the Republic of Liberia because the Republic of Liberia is a sovereign
17 nation, and thus is entitled to immunity from suit in United States District Courts
18 under the Foreign Sovereign Immunities Act.  *See* 28 U.S.C. § 1604; *see also*
19 *Argentine Republic v. Amerada Hess Shipping Corp.*, 488 U.S. 428, 439 (1989).
20   2.   Plaintiffs' Complaint fails to state a claim upon which relief can be
21 granted because it fails to state a claim under the Alien Tort Statute and because
22 Plaintiffs fail to allege either a violation of international law or their alien status.
23 28 U.S.C. § 1350; *see Trajano v. Marcos*, 978 F.2d 493, 499 (9th Cir. 1992).
24   3.   Plaintiffs' Complaint fails to state a claim upon which relief can be
25 granted for trade libel because it fails to allege each of the requisite elements, and
26 because the claim is time barred.  *See Polygram Records, Inc. v. Superior* Court,
27 170 Cal. App. 3d 543, 548 (1985); Cal. Civ. Proc. Code § 339(1).
28

4. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for libel because it fails to allege each of the requisite elements, and because the claim is time barred. CAL. CIV. CODE § 45; CAL. CIV. PROC. CODE § 340(3).

5. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for intentional interference with prospective business advantage because it fails to allege each of the requisite elements, and because the claim is time barred. *See Della Penna v. Toyota Motor Sales, U.S.A.*, 11 Cal. 4th 376, 380 (1995); CAL. CIV. PROC. CODE § 339(1).

6. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for false imprisonment because it fails to allege each of the requisite elements, and because the claim is time barred. *See Wilson v. Houston Funeral Home*, 42 Cal. App. 4th 1124, 1135 (1996); CAL. CIV. PROC. CODE § 340(c).

7. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for negligence because it fails to allege each of the requisite elements, and because the claim is time barred. *See Ladd v. County of San Mateo*, 12 Cal. 4th 913, 917 (1993); CAL. CIV. PROC. CODE § 335.1.

8. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for loss of consortium because it fails to allege each of the requisite elements, and because the claim is time barred. *See Hahn v. Mirda*, 147 Cal. App. 4th 740, 746 n.2 (2007); CAL. CIV. PROC. CODE § 335.1.

9. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for conversion because it fails to allege each of the requisite elements, and because the claim is time barred. *Shopoff & Cavallo LLP v. Hyon*, 167 Cal. App. 4th 1489, 1507 (2008); CAL. CIV. PROC. CODE § 338(c).

10. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for violation of due process because it fails to allege a constitutionally-protected property interest and because Plaintiffs have not made a showing that

they were denied adequate procedural protections. *See Hufford v. McEnaney*, 249 F.3d 1142, 1150 (9th Cir. 2001).

11. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for violation of equal protection because it fails to allege any protected classification, does not allege that Plaintiffs are part of any protected class and does not assert the impingement of the exercise of a fundamental right. *See Schweiker* v. *Wilson*, 450 U.S. 221, 230 (1981).

12. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for conspiracy to commit civil rights violations because it fails to allege each of the requisite elements. *See Butler v. Elle*, 281 F.3d 1014, 1028 (9th Cir. 2002).

13. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for intentional infliction of emotional distress because it fails to allege each of the requisite elements, and because the claim is time barred. *See Huntingdon Life Sciences v. Stop Huntingdon Animal Cruelty USA*, 129 Cal. App. 4th 1228, 1259 (2005); CAL. CIV. PROC. CODE § 335.1.

14. Plaintiffs' Complaint fails to state a claim upon which relief can be granted for negligent infliction of emotional distress because it fails to allege each of the requisite elements, and because the claim is time barred. *See Marlene F. v. Affiliated Psychiatric Medical Clinic, Inc.*, 48 Cal. 3d 583, 588 (1989); CAL. CIV. PROC. CODE § 335.1.

15. Plaintiffs' Complaint violates Federal Rule of Civil Procedure 8 because it does not contain the requisite simple, concise, or plain statement. *See* Fed. R. Civ. P. 8(a)(2); Fed. R. Civ. P. 8(d)(1); s*ee also Sherman v. Henderson*, 2010 U.S. App. LEXIS 11336, *2 (9th Cir. June 3, 2010).

///
///
///

For the foregoing reasons, Defendant Republic of Liberia's Motion to Dismiss Plaintiffs' First Amended Complaint is GRANTED without leave to amend, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:_____          _____
                                            Hon. R. Gary Klausner

1  Respectfully submitted,

2  LATHAM & WATKINS LLP
      Manny A. Abascal
3     Amy C. Quartarolo
      Amanda J. Klopf
4

5  By_/s/ Amanda J. Klopf
   Attorneys for Defendant Republic of Liberia
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28