UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-01791-RGK (SHx) | Date | July 21, 2010 |
|---|---|---|---|
| Title | St. Luke School of Medicine, et al. v. Republic of Liberia, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** **(IN CHAMBERS)** Defendant George Gollin's Motion to Dismiss Case on Grounds of Soverign Immunity and Violation of Rule 8, or Alternatively, for More Definite Statement, and to Strike for Failure to Plead Case (DE 30)

The Court hereby advises counsel that the above-referenced motion, noticed for hearing on July 26, 2010, has been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | slw |