| | |
|---|---|
| 1 | THADDEUS J. CULPEPPER, SBN 220194 |
| | CULPEPPER LAW GROUPE |
| 2 | 556 S. Fair Oaks Avenue, Suite 101 |
| | No. 302 |
| 3 | Pasadena, CA 91105 |
| | culpepper@alumni.pitt.edu |
| 4 | Tele: (626) 786-2779 |
| | Facsimile: (626) 628-3083 |
| 5 | Attorneys for Plaintiffs DR. JERROLL B.R. DOLPHIN, et al., |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>         Plaintiffs,<br><br>vs.<br><br>REPULIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBAN, an Illinois Institution of Higher Learning,<br><br>         Defendants. | Case No.  10 cv 01791<br><br>MOTION TO WITHDRAW AS ATTORNEY<br><br>DATE:   JULY 29, 2010<br>TIME:   8:30 AM<br>CRT:    RM. 850 JUDGE KLAUSNER |

MOTION TO WITHDRAW

Pursuant to Local Rule[1], Attorney Thaddeus J. Culpepper, counsel for Plaintiffs, hereby notifies the parties of their intent to withdraw and move the Court to permit withdrawal. The following are grounds for this notice and motion:

Irreconcilable differences have developed between Counsel and SLSOM President and lead plaintiff Jerroll B. Dolphin in this action such that it has become impossible for counsel to perform his duties in protecting the best interests of all plaintiffs.

Dated: July 27, 2010        CULPEPPER LAW GROUPE
                            By: _/s/Thaddeus J. Culpepper_____
                            THADDEUS J. CULPEPPER
                            Attorneys for Plaintiffs Dr. Dolphin, SLSOM
                            and Medical Students

---

[1] 2.8.2.1 (83-2.8.2.1) MOTION FOR WITHDRAWAL - An attorney may not withdraw as counsel except by leave of court. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action.

2
MOTION TO WITHDRAW