1  THADDEUS J. CULPEPPER, SBN 220194
   CULPEPPER LAW GROUPE
2  556 S. Fair Oaks Avenue, Suite 101
   No. 302
3  Pasadena, CA 91105
   culpepper@alumni.pitt.edu
4  Tele: (626) 786-2779
   Facsimile: (626) 628-3083
5  Attorneys for Plaintiffs DR. JERROLL B.R. DOLPHIN, et al.,

6

7

8               UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10 | ST. LUKE SCHOOL OF MEDICINE; DR. | Case No. 10 cv 01791 RGK
   | JERROLL B.R. DOLPHIN and DR.     |
11 | ROBERT FARMER on behalf of himself| EX PARTE APPLICATION FOR AN
   | and all others similarly situated, as | ORDER SHORTENING TIME
12 | applicable,                      | DECLARATION OF THADDEUS J.
   |                                  | CULPEPPER IN SUPPORT
13 |        Plaintiffs,               | [PROPOSED] ORDER
   |                                  |
14 | vs.                              |
   |                                  | DATE:   AUGUST 2, 2010
15 | REPULIC OF LIBERIA; MINISTRY OF  | TIME:   9:00 AM
   | HEALTH, a Liberian Governmental Agency; | CRT:    RM. 850 JUDGE KLAUSNER
16 | MINISTRY OF EDUCATION, a Liberian|
   | Governmental Agency; LIBERIAN    |
17 | MEDICAL BOARD, a Liberian        |
   | Governmental Agency; NATIONAL    |
18 | COMMISSION ON HIGHER             |
   | EDUCATION, a Liberian Governmental|
19 | Agency; NATIONAL TRANSITIONAL    |
   | LEGISLATIVE ASSEMBLY, a Liberian |
20 | Governmental Agency; DR. ISAAC   |
   | ROLAND; MOHAMMED SHERIFF; DR.    |
21 | BENSON BARH; DR. GEORGE GOLLIN;  |
   | EDUCATION COMMISSION FOR         |
22 | FOREIGN MEDICAL GRADUATES; a     |
   | Pennsylvania Non-Profit organization; |
23 | FOUNDATION FOR ADVANCEMENT       |
   | OF INTERNATIONAL EDUCATION AND   |
24 | RESEARCH; a Pennsylvania Non-Profit|
   | organization, UNIVERSITY OF ILLINOIS-|
25 | URBAN, an Illinois Institution of Higher|
   | Learning,                        |
26 |                                  |
   |        Defendants.               |
27

28
                            EX PARTE APPLICATION

Undersigned counsel hereby declares and applies to this Court for an order shortening time so that a Motion to Withdraw as Attorney may be heard on Monday, August 2, 2010 at 9:00 AM in Courtroom 850, 255 East Temple Street Los Angeles, CA 90012.  The underlying basis is of an exigent and confidential nature and certainly comports with the standards set forth in <u>Mission Power Engineering Co. v. Continental Casualty Co</u>., 883 F. Supp. 488 (C.D. Cal. 1995).  All counsel have been notified pursuant to Local Rule 7-19.

The undersigned attorney and declarant, hereby affirms under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed at Pasadena, California.

DATED: JULY 29, 2010                                        DECLARANT

                                                                               /s/THADDEUS J. CULPEPPER

                                                                               THADDEUS J. CULPEPPER
                                                                               Attorney for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

EX PARTE APPLICATION