THADDEUS J. CULPEPPER, SBN 220194
CULPEPPER LAW GROUPE
556 S. Fair Oaks Avenue, Suite 101
No. 302
Pasadena, CA 91105
culpepper@alumni.pitt.edu
Tele: (626) 786-2779
Facsimile: (626) 628-3083
Attorneys for Plaintiffs DR. JERROLL B.R. DOLPHIN, et al.,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE et al., | Case No. 10 cv 01791 RGK |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | |
| REPULIC OF LIBERIA et al., | |
| Defendants. | |

Good cause appearing, this Court hereby grants Plaintiffs' counsel's Ex Parte Application for an Order Shortening Time.  Plaintiffs' counsel's Motion to Withdraw shall be heard on Monday, August 2, 2010 at 9:00 AM.

DATED:                                              U.S. DISTRICT COURT JUDGE

_____

HON. R. GARY KLAUSNER