THADDEUS J. CULPEPPER, SBN 220194
CULPEPPER LAW GROUPE
556 S. Fair Oaks Avenue, Suite 101
No. 302
Pasadena, CA 91105
culpepper@alumni.pitt.edu
Tele: (626) 786-2779
Facsimile: (626) 628-3083
Attorneys for Plaintiffs DR. JERROLL B.R. DOLPHIN, et al.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>vs.<br><br>REPULIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBAN, an Illinois Institution of Higher Learning,<br><br>Defendants. | Case No.  10 cv 01791<br><br>MOTION TO WITHDRAW AS ATTORNEY<br><br>DATE:  AUGUST 30, 2010<br>TIME:   9:00 AM<br>CRT:    RM. 850 JUDGE KLAUSNER |

MOTION TO WITHDRAW

Pursuant to Local Rule[1], Attorney Thaddeus J. Culpepper, counsel for Plaintiffs, hereby notifies the parties of their intent to withdraw and move the Court to permit withdrawal. The following are grounds for this notice and motion:

Irreconcilable differences have developed between Counsel and SLSOM President and lead plaintiff Jerroll B. Dolphin in this action such that it has become impossible for counsel to perform his duties in protecting the best interests of all plaintiffs.

Dated: July 29, 2010         CULPEPPER LAW GROUPE
                             By: _/s/Thaddeus J. Culpepper_____
                             THADDEUS J. CULPEPPER
                             Attorneys for Plaintiffs Dr. Dolphin, SLSOM
                             and Medical Students

---

[1] 2.8.2.1 (83-2.8.2.1) MOTION FOR WITHDRAWAL - An attorney may not withdraw as counsel except by leave of court. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action.