JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01791 RGK (SHx) | Date | July 29, 2010 |
|---|---|---|---|
| Title | *St. Luke School of Medicine, et al. v. Republic of Liberia, et al*. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order re: Order Dismissing Complaint for Failure to Establish Subject Matter Jurisdiction.

    Plaintiff has failed to properly respond to the Court's Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff's attorney failed to file any response to the Order to Show Cause. Plaintiff filed a document himself; yet since Plaintiff is not counsel of record, the document was rejected. In any event, Plaintiff's filings would not have saved the case from being dismissed. Plaintiff's arguments regarding federal subject matter jurisdiction are without merit. And Plaintiff's argument based on diversity is based on the mistaken notion that country of citizenship (in contrast to the State where domestic parties reside) is taken into account for diversity jurisdiction analysis. In particular, Plaintiff has not clarified the state of citizenship for parties that are United States citizens (on either side).

    Since Plaintiff has failed to properly respond to the Court's Order to Show Cause, and since Plaintiff's arguments do not establish subject matter jurisdiction, the Court **DISMISSES** this action in its entirety for lack of subject matter jurisdiction.

    **IT IS SO ORDERED**.

_____ : _____

Initials of Preparer   slw