1  MICHAEL D. YOUNG (SBN 120787)
   NICOLE C. RIVAS (SBN 179337)
2  **ALSTON & BIRD LLP**
   333 South Hope Street, Sixteenth Floor
3  Los Angeles, California 90071
   Telephone: (213) 576-1000
4  Facsimile: (213) 576-1100
   Email: mike.young@alston.com
5          nicole.rivas@alston.com

6  Attorneys for Defendant THE BOARD OF TRUSTEES
   OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
7  THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN

8              **UNITED STATES DISTRICT COURT**
9    **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| 10 ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable, | Case No.: 10-CV-01791 RGK (SHx) |
| | [Honorable R. Gary Klausner] |
| 13 Plaintiffs, | **DECLARATION OF MICHAEL D. YOUNG IN SUPPORT OF DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919** |
| 14 v. | |
| 15 REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, | **[FILED CONCURRENTLY WITH DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' NOTICE OF MOTION AND MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919; MEMORANDUM OF POINTS AND AUTHORITIES; AND [PROPOSED] ORDER]** |
| | DATE:        September 28, 2010 TIME:        9:00 a.m. COURTROOM:   850 |
| 27 Defendants. | |

LEGAL02/31940307v2

1

## DECLARATION OF MICHAEL D. YOUNG

I, Michael D. Young, declare and state as follows:

1.    I am an attorney duly licensed to practice law before all courts of the State of California and am a partner with the law firm of Alston & Bird LLP, attorneys of record for defendants "The Board of Trustees of the University of Illinois" and Dr. George Gollin, herein.  I have personal knowledge of the files and records in this action, and of the facts set forth in this declaration.  I could and would competently testify to the matters set forth herein.

2.    Upon my review of the Complaint and Amended Complaint in this action, it appeared to me that among the many infirmities with the complaint, both procedurally and legally, there were significant jurisdictional hurdles that I did not think the plaintiffs could overcome.  Among them were Eleventh Amendment sovereign immunity issues that appeared to bar the claims against our clients in this action as a matter of law.

3.    Because it seemed so inefficient and expensive to have to utilize the Court and its resources to address these issues, and in the hopes that we could convince the plaintiffs to dismiss the action as to our clients, I telephoned plaintiffs' counsel, Thaddeus J. Culpepper, on or about May 10, 2010, to discuss the case and our concerns.  In that conversation (which turned out to be the only telephone conversation I was ever able to have with Mr. Culpepper), I notified Mr. Culpepper that plaintiffs' claims were improper in light of the sovereign immunity protection of the Eleventh Amendment to the U.S. Constitution.  Telling Mr. Culpepper I would follow up our call with a letter, I asked him in particular to voluntarily dismiss my clients from the action. Attached hereto as **Exhibit A** is a true and correct copy of my confirming email to Mr. Culpepper.

4.    On or about May 13, 2010, I sent Mr. Culpepper the promised letter detailing the case law that confirms that this action is inappropriate as against the University of Illinois in light of its Eleventh Amendment protection (at the time,

LEGAL02/32109238v1

defendant Gollin had not yet been served). In that letter, I urged Mr. Culpepper to dismiss the University so that we would not need to file a motion to dismiss. *I also notified him that I thought Rule 11 and other sanctions would be appropriate if he failed to dismiss in light of the uncontroverted authority prohibiting this action against the University.* Attached hereto as **Exhibit B** is a true and correct copy of our May 13, 2010, letter to Mr. Culpepper, which was delivered both by email and U.S. Mail.

5. I never received a response from Mr. Culpepper. Accordingly, on May 20, 2010, I telephoned Mr. Culpepper to discuss my letter and our request for a voluntary dismissal. Mr. Culpepper did not have anyone answering his telephone, so I left him a voicemail message asking him to call me. I followed this up with an email also requesting that he give me a call or at least indicate whether he would dismiss the University. Attached hereto as **Exhibit C** is a true and correct copy of my May 20, 2010, email to Mr. Culpepper.

6. Because Mr. Culpepper again never returned my phone call or email, I tried one more time to contact Mr. Culpepper. At my direction, my colleague Nicole Rivas telephoned Mr. Culpepper on May 26, 2010, but was unable to reach him. She followed up that call with an email to Mr. Culpepper in which she again sought a dismissal on sovereign immunity grounds, or alternatively asked for any authority plaintiff might have to support a claim against an Illinois public university in federal court here in California. *She also again put Mr. Culpepper on notice that if forced to bring a motion to dismiss, we would seek sanctions against him and his client as provided by law.* Attached hereto as **Exhibit D** is a true and correct copy of Ms. Rivas' May 26, 2010 email to Mr. Culpepper.

7. Mr. Culpepper ignored this communication as well. Indeed, except for the first call I had with him on May 10, 2010, Mr. Culpepper has completely ignored all of my efforts to contact him regarding this case. In light of Mr. Culpepper's silence, we had no choice but to file our motion to dismiss.

LEGAL02/32109238v1

8.      Surprisingly, on or about June 1, 2010, the day we filed our motion to dismiss on behalf of the University, at nearly 4:00 p.m., I received an email from Mr. Culpepper replying to my email of May 20, 2010. His email stated merely: "We will be voluntarily dismissing." A true and correct copy of this email is attached hereto as **Exhibit E**. Mr. Culpepper has never since responded to any of our communications requesting that he provide the promised dismissal, nor have plaintiffs ever made any attempt to voluntarily dismiss their claims against our clients.

9.      After filing the motion to dismiss on behalf of the University, I learned that plaintiffs had sought to serve process on our other client, University of Illinois professor Dr. George Gollin, a named defendant in this action. On or about June 10, 2010, I again tried to reach Mr. Culpepper by telephone, and because he has no one answering his telephones, I was forced to leave another message in his voicemail. I asked that he dismiss Professor Gollin under the Eleventh Amendment, and offered to send him authorities to support the dismissal. I followed up my telephone call with an email to Mr. Culpepper summarizing my voicemail message and asking that he call me back. Attached hereto as **Exhibit F** is a true and correct copy of my June 10, 2010 email to Mr. Culpepper.

10.     Consistent with prior experience, Mr. Culpepper never replied to any of my calls or emails. Indeed, other than the five word message in Exhibit E (and the initial phone call on May 10), I received no communication from Mr. Culpepper and was never able to hold a discussion with him regarding any aspect of this case. Accordingly, we were forced to prepare and file a motion to dismiss as to Professor Gollin.

11.     In the meantime, as this Court is surely aware from a glance at its docket, we received numerous subsequent pleadings and filings from plaintiff Dolphin directly, as well as from Mr. Culpepper, which required our attention; and while this Court eventually, and properly, rejected most of these filings, we were still required to review and monitor them, and consider with our clients whether responses were

1   necessary.

2          12.    Had Mr. Culpepper responded to our initial efforts to discuss this

3   case with him, our clients would have been spared considerable attorneys' fees and

4   costs.   Clearly, judging by Mr. Culpepper's written agreement to dismiss the

5   University from this action, plaintiffs recognized the lawsuit was not well taken as to

6   our clients.   Our clients never should have been named in the first place; but, at a

7   minimum, after we had provided plaintiffs with the legal authority confirming the

8   impropriety of the action as against our clients, they should have been dismissed

9   immediately. Plaintiffs were on notice that by refusing to dismiss our clients from this

10  action, we would seek appropriate sanctions.

11         13.    As this Court is aware, it dismissed this action in its entirety on

12  jurisdictional grounds on July 29, 2010.   For the Court's convenience, a true and

13  correct copy of this order is attached hereto as **Exhibit G**.

14         14.    I have reviewed our invoices and other billing records for this

15  action.   The following *costs* were incurred by us and billed to our clients as a direct

16  result of either our attempt to either procure a voluntary dismissal of this action or our

17  filing of the two motions to dismiss once it became clear that no voluntary dismissal

18  would be forthcoming:

19                          a.    Postage for mailing documents to plaintiff's counsel: **$7.17;**

20                          b.    Photocopies of documents either filed with the Court

21  directly, mailed to opposing counsel or used internally for analyzing the grounds for

22  and/or preparing motions to dismiss: **$72.53;**

23                          c.    Computer costs for legal research (Lexis and Westlaw):

24  **$922.27;**

25                          d.    Courier services for providing courtesy copies of filings to

26  the Court's chambers, as requested by the Court: **$105.50;**

27                          e.    **TOTAL: $1,107.47**

28

1  True and correct copies of the documentation supporting such costs, including invoices

2  were available, are attached hereto as **Exhibit H**.

3           15.    We submit that these costs are more than reasonable for this action.

4  With respect to the computer costs for legal research noted above, it is my

5  understanding of the prevailing practice in the community – which is based on

6  25 years of working as an attorney in Los Angeles, California, for countless clients,

7  including large clients with their own billing guidelines and requirements – that

8  computer costs for legal research are regularly billed to clients as a separate cost item.

9  In fact, I am not aware of a single one of our clients for whom we do not separately

10  charge computer costs for legal research as a cost item.  And, indeed, in this case, as

11  with all of our clients, defendants were charged separately for all computer research as

12  a separate cost item.

13           16.    The computer research costs identified above are also more than

14  reasonable for the legal research necessary to defend our clients in this case.  These

15  costs were associated with research that was necessary both to understand the action

16  and develop a defensive strategy, as well as to draft the two motions to dismiss.  The

17  research can be roughly categorized into the following topics:  The various causes of

18  action asserted in the complaint and defenses thereto; 11th Amendment/sovereign

19  immunity issues, and their application to a public university and employee; FRCP

20  Rules 8, 12, 23, and 41 issues; and certain procedural issues that arose from the

21  plaintiffs' unusual filing activities.

22           17.    Pursuant to Local Rule 7-3, my colleague Nicole Rivas called Mr.

23  Culpepper on Friday, August 6, 2010, to discuss the substance of this motion, and the

24  concurrently filed motion for sanctions.  Ms. Rivas informed me that she left a

25  message on Mr. Culpepper's voicemail setting forth the nature of the call, describing

26  our intent to file these motions, and requesting a call back.  Having heard nothing

27  from him, Ms. Rivas called Mr. Culpepper again on Wednesday, August 11, 2010,

28  and left a similar message.  She followed that up with an email, on which I was

6

1    copied.  A true and correct copy of that email is attached hereto as **Exhibit I.**

2              I declare under penalty of perjury under the laws of the United States and

3    the State of California that the foregoing is true and correct of my personal

4    knowledge.

5              Executed on this 12th day of August, 2010, at L . Angeles, California.

6

7              _____

8                                Michael D. Young

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**Olagues, Laura**

| | |
|---|---|
| From: | Young, Mike |
| Sent: | Monday, May 10, 2010 1:16 PM |
| To: | 'thaddeusfsc@gmail.com'; 'culpepper@alumni.pitt.edu' |
| Subject: | St. Luke School of Medicine v. Republic of Liberia |

Thaddeus, thank you for speaking with me today.  As I mentioned, we represent the University of Illinois in the captioned matter.  This will confirm our agreement today that rather than dispute the effectiveness of service of process over the University of Illinois, the University has agreed to accept service with the understanding that the University's last day to respond to the complaint is 21 days from today, or June 1, 2010 (21 days from today is May 31, but that's a Memorial Day holiday, so we moved the deadline one day further).

As we discussed, I will send you a letter shortly formally requesting your clients to dismiss the University of Illinois on sovereign immunity grounds, among others.

Please feel free to call if you would like to discuss this.

Regards,

-*MIKE*-
**Michael D. Young**
Alston + Bird
333 S. Hope Street, 16th Floor
Los Angeles, CA  90071
Direct:  (213) 576-1135
Office:  (213) 576-1000
mike.young@alston.com
www.alston.com

*Please visit our California Labor and Employment Blog*
*Who's The Boss?*
*http://www.alston.com/laborandemploymentblog*

1

# EXHIBIT B

**Olagues, Laura**

| | |
|---|---|
| **From:** | Olagues, Laura |
| **Sent:** | Thursday, May 13, 2010 5:36 PM |
| **To:** | thaddeusfsc@gmail.com; culpepper@alumni.pitt.edu |
| **Cc:** | Young, Mike |
| **Subject:** | St. Luke School of Medicine v. Republic of Liberia, et al. |

**Attachments:** 5-13-10 Ltr to Atty. Culpepper.pdf

Dear Mr. Culpepper,

Attached please find a PDF copy of Mr. Young's letter of this date regarding the above referenced matter.

Please feel free to email or call me if I may be of further assistance.

Very truly yours,

Laura Olagues, Assistant to
Michael D. Young
Alston & Bird LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Direct:     (213) 576-1151
Facsimile:  (213) 576-1100
Email: laura.olagues@alston.com



5-13-10 Ltr to Atty.
    Culpepper...

1

# ALSTON&BIRD LLP

333 South Hope Street
16th Floor
Los Angeles, CA 90071-1410

213-576-1000
Fax:213-576-1100
www.alston.com

Michael D. Young
Email: mike.young@alston.com

**VIA UPS AND EMAIL**
**thaddeusfsc@gmail.com**
**culpepper@alumni.pitt.edu**

May 13, 2010

Thaddeus J. Culpepper
Culpepper Law Groupe
556 South Fair Oaks Avenue
Suite 101 - No. 302
Pasadena, California 91105

Re:   St. Luke School of Medicine, et al., v. Republic of Liberia, et al.
United States District Court Case No. CV-10-1791 RGK (SHx)

Dear Mr. Culpepper:

Please accept this as our formal request that you immediately dismiss the University of Illinois from the referenced action.

As I mentioned in our phone call this week, it is without exception that the principle of sovereign immunity unconditionally bars this action as against the University of Illinois. I would urge you to take a look at *Regents of the University of California v. John Doe,* 519 U.S. 425, 429 (1996), and *Eaglesmith v. Ward,* 73 F.3d 857, 859-860 (9th Cir. 1995), where the U.S. Supreme Court and the Ninth Circuit both confirmed that states are immune from private damages actions in federal court under the Eleventh Amendment to the U.S. Constitution.

As those courts remind us, the Eleventh Amendment provides in pertinent part that the "judicial power of the United States shall *not* be construed to extend to any suit in law or equity . . . *against one of the United States by Citizens*

12

Thaddeus J. Culpepper
May 13, 2010
Page 2

*of another State, or by Citizens . . . of any Foreign State.*"  (U.S. Const. Amend.
11. (emphasis added).)

As you probably know, this constitutional sovereign immunity
applies to and protects not just the state itself, but the state's public university
systems.  This was made clear by the U.S. Supreme Court when it noted that "the
reference to actions 'against one of the United States' encompasses not only
actions in which a State is actually named as the defendant, but also certain actions
against state agents and state instrumentalities."  *Regents of the University of
California,* 519 U.S. 429.

Courts have repeatedly held that state universities and their
employees are state instrumentalities entitled to immunity under the Eleventh
Amendment, and thus fall outside of the reach of federal jurisdiction.  *Id.* at 431
(reversing the 9th Cir., and holding that the *University of California was immune*
from a breach of contract claim in federal court under the Eleventh Amendment);
*Thompson v. City of Los Angeles,* 885 F.2d 1439, 1442-1443 (9th Cir. 1989)
(holding that UCLA was an instrumentality of the state for Eleventh Amendment
purposes, and thus plaintiff's 1983 claim against the university was properly
dismissed on sovereign immunity grounds); *Lewis v. Midwestern State University,*
837 F.2d 197, 199 (5th Cir. 1988) (upholding the district court's dismissal of an
action on the basis that the university was entitled to immunity under the Eleventh
Amendment).

In fact, lest there be any doubt about this, the Seventh Circuit has
specifically determined that *the University of Illinois* is an instrumentality of the
state of Illinois, and thus is entitled to the protections of the Eleventh Amendment.
*See, e.g., Cannon v. University of Health Sciences/The Chicago Medical School,*
710 F.2d 351, 356-357 (7th Cir. 1983).

In short, plaintiff simply cannot maintain this action against the
University of Illinois, an instrumentality of the state, under the express provisions
of the Eleventh Amendment and controlling authority interpreting that
amendment.

We are aware of no exceptions to this straightforward constitutional
bar to the claims you have asserted on behalf of your client against the
University of Illinois in this action.  Nor is there any discretion vested in the
federal court.  In the face of a motion to dismiss, it must dismiss the action as
against the state instrumentality.

Thaddeus J. Culpepper
May 13, 2010
Page 3

*It is for this reason that we believe that you and your client would be subject to monetary sanctions if your client refuses to immediately dismiss the University from this action.*

With respect to sanctions, we draw your attention to the Rule 11 standard *as expressed by our trial judge, Hon. Gary Klausner*, in a recent case:

> "Sanctions under Rule 11 of the Federal Rules of Civil Procedure are intended to streamline litigation, *deter baseless filings*, and prevent abusive or dilatory tactics. (Citation.) Pursuant to Rule 11, the Court may impose sanctions when a pleading, motion, or other paper *is either frivolous such that it is not warranted by existing law*, or is filed for an 'improper purpose.' (Citations.) *Sanctionable conduct includes filing complaints that are known to be lacking in subject matter jurisdiction*, as well as repeatedly filing lawsuits that assert claims previously dismissed in other cases."

*Barahona v. Orkin,* 2008 U.S. Dist. LEXIS 89494 (USDC CD CA 2008) (Klausner) (emphasis added).

Moreover, Judge Klausner is not reluctant to issue sanctions in appropriate cases, as confirmed in *Thelma v. Spirtos,* 2006 U.S. App. LEXIS 5259 (9th Cir. 2006) (affirming Judge Klausner's issuance of Rule 11 Sanctions).

Federal courts have not hesitated to impose sanctions *on counsel as well* where a plaintiff brings an action against a party that is otherwise immune from suit under the Eleventh Amendment. Please take a look at *Hernandez v. Joliet Police Department,* 197 F.3d 256 (7th Cir. 1999) where the court imposed Rule 11 sanctions against the *plaintiff's attorney* when he refused to dismiss an instrumentality of the state that was protected from suit by the Eleventh Amendment. Along the same lines, take a look at *Nicarry v. Cannaday,* 2006 U.S.Dist. Lexis 95074 (USDC MD FL 2006) (sanctions against plaintiff were appropriate where "a reasonable inquiry by Plaintiff's counsel would have revealed that his claim against the Department was objectively frivolous as it was barred by the Eleventh Amendment.... Because Plaintiff's attorney failed to make a reasonable inquiry into the fairly straightforward and well-established legal issues surrounding this case, Rule 11 sanctions are appropriate.")

14

Thaddeus J. Culpepper
May 13, 2010
Page 4

Sanctions have also been imposed against plaintiff's counsel under 28 U.S.C. Section 1927. See, for instance, the Second Circuit's decision in *Gollomp v. Spitzer*, 568 F.3d 355 (2nd Cir. 2009) where the Court affirmed the imposition of sanctions against plaintiff's attorneys Section 1927, for wrongfully prosecuting an action against a state and its officials in federal court in violation of the sovereign immunity provision of the Eleventh Amendment. In that case, the plaintiff filed a 61 page complaint with 493 numbered paragraphs (yours weighs in at 64 pages, but only a mere 211 numbered paragraphs). Granted, the facts in that case were a bit more egregious than what we have seen so far in this case, the point is still well taken – sanctions can be imposed against the client or counsel for persisting in asserting claims clearly barred by sovereign immunity, especially where "defendants [as we are doing here] promptly warned plaintiff's counsel that they intended to file a Rule 11 motion if the causes of action barred by the Eleventh Amendment were not withdrawn," and where the claims "are incomprehensible – legally or otherwise." *Id.* at 371. (Without going into it here, we believe the claims you have asserted on behalf of your client will fit this description.)

*In short, for the reasons set forth above, we ask that your client immediately dismiss all claims against the University.* The University should not have been sued in the first place, and it clearly should not be forced to incur the legal fess to file a motion to dismiss.

Should you choose to decline our request, we will bring a motion to dismiss, and will seek both Rule 11 and Section 1927 sanctions against both your client and the Culpepper Law Groupe.

I would be pleased to discuss this with you further if you would like. You can call me at the number on the letterhead. Otherwise, I look forward to your response to our request by May 17.

Very truly yours,

Michael D. Young

MDY/lo

ADMIN/20618343v2

# EXHIBIT C

16

**Olagues, Laura**

_____

| | |
|---|---|
| **From:** | Young, Mike |
| **Sent:** | Thursday, May 20, 2010 2:04 PM |
| **To:** | 'culpepper@alumni.pitt.edu'; 'thaddeusfsc@gmail.com' |
| **Cc:** | Rivas, Nicole |
| **Subject:** | St. Luke School of Medicine v. Republic of Liberia |

Thaddeus, I left you a voicemail message regarding my letter to you of seeking dismissal of the University of Illinois on sovereign immunity grounds. For your convenience, another copy is attached.

Could you please let me know whether you will voluntarily dismiss the University at this time? We will need to prepare our motion to dismiss and for sanctions soon if we don't hear from you, and this seems like an unnecessary expense given the clear impropriety of adding the University to this federal action.

Please get back to me today if at all possible.

Regards,

–*MIKE*–
**Michael D. Young**
Alston + Bird
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Direct: (213) 576-1135
Office: (213) 576-1000
mike.young@alston.com
www.alston.com

*Please visit our California Labor and Employment Blog*
*Who's The Boss?*
http://www.alston.com/laborandemploymentblog

1

17

# EXHIBIT D

18

## Olagues, Laura

| | |
|---|---|
| **From:** | Rivas, Nicole |
| **Sent:** | Wednesday, May 26, 2010 3:00 PM |
| **To:** | thaddeusfsc@gmail.com; culpepper@alumni.pitt.edu |
| **Cc:** | Young, Mike |

**Subject:** St. Luke School of Medicine et al. v. University of Illinois

Dear Mr. Culpepper:

   Our firm has tried repeatedly to reach you by letter, e-mail and telephone, without success, to discuss the voluntary dismissal of the University of Illinois from the above-entitled action. As indicated in our prior correspondence, the case law on this point is crystal clear: the University of Illinois, as an agent of the State of Illinois, may not be sued in federal court for the types of claims that your clients have asserted. Accordingly, such action is completely baseless, and should be dismissed. If you have any authority to the contrary, please provide it to us as soon as possible for our consideration.

   If you continue to refuse to dismiss this action, absent some authority to support your position, we will move both to dismiss the action as well as for sanctions against you and your clients under Rule 11. We sincerely hope that such course of action will not be necessary and that you will see the wisdom of dismissing this action without the need for further litigation.

**Nicole C. Rivas**
Alston & Bird LLP
333 S. Hope, 16th Floor
Los Angeles, California 90071
nicole.rivas@alston.com
213 576-1021
213 576-1100 fax

6/1/2010

*19*

# EXHIBIT E

20

**From:** Thaddeus J. Culpepper [thaddeusfsc@gmail.com]
**Sent:** Tuesday, June 01, 2010 3:53 PM
**To:** Young, Mike
**Subject:** Re: St. Luke School of Medicine v. Republic of Liberia

We will be voluntarily dismissing

On Thu, May 20, 2010 at 2:03 PM, <Mike.Young@alston.com> wrote:
> Thaddeus, I left you a voicemail message regarding my letter to you of seeking dismissal of the University of
> Illinois on sovereign immunity grounds.  For your convenience, another copy is attached.
>
> Could you please let me know whether you will voluntarily dismiss the University at this time?  We will need to
> prepare our motion to dismiss and for sanctions soon if we don't hear from you, and this seems like an
> unnecessary expense given the clear impropriety of adding the University to this federal action.
>
> Please get back to me today if at all possible.
>
> Regards,
>
> –*MIKE*–
> **Michael D. Young**
> Alston + Bird
> 333 S. Hope Street, 16th Floor
> Los Angeles, CA  90071
> Direct:  (213) 576-1135
> Office:  (213) 576-1000
> mike.young@alston.com
> www.alston.com
>
> *Please visit our California Labor and Employment Blog*
> *Who's The Boss?*
> *http://www.alston.com/laborandemploymentblog*
>
>
> ********************************************************* IRS Circular 230 disclosure: To
> ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you
> that any tax advice contained in this communication (including any attachments) is not intended or
> written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed
> on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or
> matter addressed herein. _____
> NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged
> and confidential information intended solely for the use of the addressee. If the reader of this message
> is not the intended recipient, you are hereby notified that any reading, dissemination, distribution,
> copying, or other use of this message or its attachments is strictly prohibited. If you have received this
> message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic
> mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank
> you.

6/22/2010

21

# EXHIBIT F

22

**From:** Young, Mike
**Sent:** Thursday, June 10, 2010 10:44 AM
**To:** 'thaddeusfsc@gmail.com'; 'culpepper@alumni.pitt.edu'
**Subject:** RE: St. Luke School of Medicine v. Republic of Liberia

Thaddeus: Per my voicemail message to you this morning, please give me a call to discuss this case. I appreciate that you are now agreeing to dismiss the University of Illinois from the action -- I wish you would have done so pursuant to my earlier requests and prior to our having to file the motion to dismiss as then we would have agreed to waive costs and sanctions. Nonetheless, better late than never. Please let me know when we can expect to see the dismissal. In the meantime, I assume you do not mind if we notify the court that you will not be opposing our motion.

In my voicemail message, I also asked that you dismiss Dr. Gollin from the action. Accepting your allegations in the complaint that Dr. Gollin was acting in his role as an employee of the University, he too would be covered by the sovereign immunity of the Eleventh Amendment. We can provide you with legal authority if you would like, but I have no doubt that by this time you are fully aware of the scope of Eleventh Amendment immunity.

Could you please respond by either a phone call or email and let me know that you will dismiss Dr. Gollin from this action? I would like to have your response by Monday so we can avoid preparing yet another motion to dismiss.

I look forward to your prompt reply. Regards,

*-MIKE~*
**Michael D. Young**
Alston + Bird
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Direct: (213) 576-1135
Office: (213) 576-1000
mike.young@alston.com
www.alston.com

*Please visit our California Labor and Employment Blog*
*Who's The Boss?*
http://www.alston.com/laborandemploymentblog

---

**From:** Thaddeus J. Culpepper [mailto:thaddeusfsc@gmail.com]
**Sent:** Tuesday, June 01, 2010 3:53 PM
**To:** Young, Mike
**Subject:** Re: St. Luke School of Medicine v. Republic of Liberia

We will be voluntarily dismissing

On Thu, May 20, 2010 at 2:03 PM, <Mike.Young@alston.com> wrote:
Thaddeus, I left you a voicemail message regarding my letter to you of seeking dismissal of the University of
Illinois on sovereign immunity grounds. For your convenience, another copy is attached.

Could you please let me know whether you will voluntarily dismiss the University at this time? We will need to

6/22/2010

23

prepare our motion to dismiss and for sanctions soon if we don't hear from you, and this seems like an unnecessary expense given the clear impropriety of adding the University to this federal action.

Please get back to me today if at all possible.

Regards,

**–MIKE–**
**Michael D. Young**
Alston + Bird
333 S. Hope Street, 16th Floor
Los Angeles, CA  90071
Direct:  (213) 576-1135
Office:  (213) 576-1000
mike.young@alston.com
www.alston.com

*Please visit our California Labor and Employment Blog*
*Who's The Boss?*
*http://www.alston.com/laborandemploymentblog*

************************************************ IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. _____
NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

# EXHIBIT G

25

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01791 RGK (SHx) | Date | July 29, 2010 |
|---|---|---|---|
| Title | *St. Luke School of Medicine, et al. v. Republic of Liberia, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order re: Order Dismissing Complaint for Failure to Establish Subject Matter Jurisdiction.

Plaintiff has failed to properly respond to the Court's Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff's attorney failed to file any response to the Order to Show Cause. Plaintiff filed a document himself; yet since Plaintiff is not counsel of record, the document was rejected. In any event, Plaintiff's filings would not have saved the case from being dismissed. Plaintiff's arguments regarding federal subject matter jurisdiction are without merit. And Plaintiff's argument based on diversity is based on the mistaken notion that country of citizenship (in contrast to the State where domestic parties reside) is taken into account for diversity jurisdiction analysis. In particular, Plaintiff has not clarified the state of citizenship for parties that are United States citizens (on either side).

Since Plaintiff has failed to properly respond to the Court's Order to Show Cause, and since Plaintiff's arguments do not establish subject matter jurisdiction, the Court **DISMISSES** this action in its entirety for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

                                                                 :

                                            Initials of Preparer   slw

26

# EXHIBIT H

27

POSTAGE

28

**Filter Data By:**

| | Field | Relation | Value |
|---|---|---|---|
| | File Batch | = | _05_15_2010.csv |
| ⊙ And  ○ Or | Matter | = | 030000 |
| ⊙ And  ○ Or | Select a Field | = | |

Filter

| Tracking Number | References | Matter | 030000 |
|---|---|---|---|
| 1Z8FV4041341032713 | 009990-030000 | Personal | ☐ |
| Pickup Date      5/14/2010 | Michael Young - 057270- 389447 | Error      No Errors | |
| ItemID           618536 | Shipper Number   LAX - 00008FV404 | Status     Ready for Export | |

| Sender:   CHRIS G LARES | Receiver:   Thaddeus J. Culpeppe |
|---|---|
| | Culpepper Law Groupe |
| | 556 South Fair Oaks Avenue |
| | Pasadena              CA  91105 |
| | US |

| Quantity | 1 | Trans Code | Manifest | | FileID | 485 |
|---|---|---|---|---|---|---|
| Billed Weight | LTR | Service Desc | COM. NEXT DAY AIR SAVER | | Early AM | ☐ |
| ActualWeight | | BillOption | 1 | Dimensional Wt ☐ | Saturday Pickup | ☐ |
| Weight Indicator | | NetCharges | 7.17 | Oversize1 ☐ | Ext Dest Charge | ☐ |
| UPSZone | 132 | Incentive | 8.02 | Oversize2 ☐ | Invalid Account | ☐ |

**Return to Main Menu**

29

# COPYING CHARGES

30

```
SUBTOTAL FOR CLIENT CODE: 056707-388337                    0.16
SUBTOTAL FOR CLIENT CODE: 056707/382158                    1.60
SUBTOTAL FOR CLIENT CODE: 056707/385047                  165.04
SUBTOTAL FOR CLIENT CODE: 056707/385067                    0.16
SUBTOTAL FOR CLIENT CODE: 056707/385088                    2.32
SUBTOTAL FOR CLIENT CODE: 056707/385154                   18.24
SUBTOTAL FOR CLIENT CODE: 056707/385808                    0.56
SUBTOTAL FOR CLIENT CODE: 056707/385870                    9.52
SUBTOTAL FOR CLIENT CODE: 056707/386888                    0.88
SUBTOTAL FOR CLIENT CODE: 056707/387587                    3.12
SUBTOTAL FOR CLIENT CODE: 056707/389534                    0.08
SUBTOTAL FOR CLIENT CODE: 0567157/376917                   3.28
SUBTOTAL FOR CLIENT CODE: 056815.384008                    8.08
SUBTOTAL FOR CLIENT CODE: 056845/384330                    0.80
SUBTOTAL FOR CLIENT CODE: 056866/384508                   27.60
SUBTOTAL FOR CLIENT CODE: 056866/384528                    2.56
SUBTOTAL FOR CLIENT CODE: 056876.384696                    0.88
SUBTOTAL FOR CLIENT CODE: 056883-384772                   21.76
SUBTOTAL FOR CLIENT CODE: 056883.384772                    6.72
SUBTOTAL FOR CLIENT CODE: 056902.385071                    0.96
SUBTOTAL FOR CLIENT CODE: 05707 080000                     0.48
SUBTOTAL FOR CLIENT CODE: 057085/387397                   72.16
SUBTOTAL FOR CLIENT CODE: 057117/388629                    1.28
SUBTOTAL FOR CLIENT CODE: 057127/387972                    5.68
SUBTOTAL FOR CLIENT CODE: 057148/388205                    0.08
SUBTOTAL FOR CLIENT CODE: 057149/388223                    2.16
SUBTOTAL FOR CLIENT CODE: 057226.388973                    3.44
SUBTOTAL FOR CLIENT CODE: 057230/388989                    3.12


    CUSTOMER NUMBER: AB0033
    DATE RANGE:      04/01/2010 - 06/30/2010            PAGE:        6

    DATE          COURT                TIME IN   TIME OUT TIME/PAGES  AMOUNT
                  SEARCH CRITERIA                          IPTION

SUBTOTAL FOR CLIENT CODE: 057270-389467                   10.16
SUBTOTAL FOR CLIENT CODE: 057371/390440                   93.20
SUBTOTAL FOR CLIENT CODE: 057371/390444                    3.20
SUBTOTAL FOR CLIENT CODE: 07-3770 960000                   2.88
SUBTOTAL FOR CLIENT CODE: 081918-STEWA                     2.24
SUBTOTAL FOR CLIENT CODE: 098000/388633                    1.20
SUBTOTAL FOR CLIENT CODE: 099000/030000                    0.08
SUBTOTAL FOR CLIENT CODE: 09990/030000                    88.72
SUBTOTAL FOR CLIENT CODE: 099900/03000                     0.32
SUBTOTAL FOR CLIENT CODE: 099900/030000                   49.68
SUBTOTAL FOR CLIENT CODE: 099900/0300000                   0.16
SUBTOTAL FOR CLIENT CODE: 0899000/030000                   0.08
SUBTOTAL FOR CLIENT CODE: 099990/030000                    4.08
SUBTOTAL FOR CLIENT CODE: 0P09990/030000                   5.28
SUBTOTAL FOR CLIENT CODE: 107483-CHASG                     2.88
SUBTOTAL FOR CLIENT CODE: 121015/388926                    7.68
SUBTOTAL FOR CLIENT CODE: 122884-365236                    0.24
SUBTOTAL FOR CLIENT CODE: 123456/123456                    0.32
SUBTOTAL FOR CLIENT CODE: 123577-381143                    5.76
SUBTOTAL FOR CLIENT CODE: 124167 / 389542                  1.60
SUBTOTAL FOR CLIENT CODE: 124438-381601                    0.16
SUBTOTAL FOR CLIENT CODE: 124438/360067                    2.32
SUBTOTAL FOR CLIENT CODE: 124606-360363                    6.40
SUBTOTAL FOR CLIENT CODE: 124606/360363                    1.20
```

Aug 12 2010    09:08:49                          PRECOST TABLE REPORT                                          Page: 1

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020488 | 389467 | 006 | 052710 | 23774909 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627276 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| 00020504 | 389467 | 006 | 052810 | 23781551 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 627404 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| 00020555 | 389467 | 006 | 060110 | 23795649 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23797808 | YOUMD | 20.00 | 0.11 | 2.20 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23797868 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797883 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797919 | YOUMD | 13.00 | 0.11 | 1.43 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797939 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797950 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797974 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23793339 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23798037 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23798045 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23798239 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23757312 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797448 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23797555 | YOUMD | 7.00 | 0.11 | 0.77 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |

32

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020555 | 389467 | 006 | 060110 | 23797650 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797750 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797794 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797806 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | GROUP 20555 TOTAL: | | | | 145.00 | | 15.95 | | | | | | |
| 00020561 | 389467 | 157 | 060110 | 23801632 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23801634 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23801678 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23801700 | YOUMD | 16.00 | 0.11 | 1.76 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23801702 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | GROUP 20561 TOTAL: | | | | 41.00 | | 4.51 | | | | | | |
| 00020601 | 389467 | 004 | 061010 | 23813505 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628278 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX15SCB User RIVAN | | | | | | | | | | | |
| 00020693 | 389467 | 004 | 062210 | 23849319 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628883 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17CCA User MORRE | | | | | | | | | | | |
| 00020695 | 389467 | 006 | 062210 | 23852256 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852290 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852318 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852365 | YOUMD | 14.00 | 0.11 | 1.54 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User BOWIC | | | | | | | | | | | |
| | | | 062210 | 23852371 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |

Aug 12 2010      09:08:49                    PRECOST TABLE REPORT                                      Page: 3

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020695 | 389467 | 006 | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852373 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852391 | YOUMD | 14.00 | 0.11 | 1.54 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852395 | YOUMD | 14.00 | 0.11 | 1.54 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852409 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852434 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852465 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852472 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User MORER | | | | | | | | | | |
| | | | 062210 | 23852476 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852478 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852480 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852482 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852488 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852502 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852518 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852520 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852525 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852529 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852561 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| 00020695 | 389467 | 006 | 062210 | 23852567 YOUMD | | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852571 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852581 YOUMD | | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852592 YOUMD | | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852603 YOUMD | | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852605 YOUMD | | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User MOYAL | | | | | | | | | | | |
| | | | 062210 | 23852808 YOUMD | | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User MORRR | | | | | | | | | | | |
| | | | 062210 | 23852815 YOUMD | | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852817 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23850581 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23850597 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23850636 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23851470 YOUMD | | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | GROUP 20695 TOTAL: | | | | 194.00 | | 21.34 | | | | | | |
| 00020697 | 389467 | 157 | 062210 | 23854177 YOUMD | | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854178 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854195 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854197 YOUMD | | 8.00 | 0.11 | 0.88 | COST | 08 | P | 628888 | | |

35

Aug 12 2010     09:08:49                          PRECOST TABLE REPORT                                        Page: 5

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit ATLACUSC User OLAGL | | | | | | | | | |
| 00020697 | 389467 | 157 | 062210 | 23854210 | YOUMD | 35.00 | 0.11 | 3.85 | COST | 08 | P | 628888 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit ATLACUSC User OLAGL | | | | | | | | | |
| | | | 062210 | 23854274 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628888 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit ATLACUSC User OLAGL | | | | | | | | | |
| | | | 062210 | 23854275 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628888 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit ATLACUSC User OLAGL | | | | | | | | | |
| | | | 062210 | 23854276 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628888 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit ATLACUSC User OLAGL | | | | | | | | | |
| | | | GROUP 20697 TOTAL: | | | 77.00 | | 8.47 | | | | | | |
| 00020702 | 389467 | 004 | 062310 | 23854712 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628942 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit LAX15SCB User OLAGL | | | | | | | | | |
| 00020703 | 389467 | 006 | 062310 | 23856043 | YOUMD | 5.00 | 0.11 | 0.66 | COST | 08 | P | 628943 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| 00020704 | 389467 | 157 | 062310 | 23855592 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628944 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit ATLACUSC User OLAGL | | | | | | | | | |
| 00020739 | 389467 | 006 | 062910 | 23869929 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 629217 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit LAXLASER User S0319 | | | | | | | | | |
| | | | 062910 | 23870517 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629217 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit LAXLASER User S0319 | | | | | | | | | |
| | | | GROUP 20739 TOTAL: | | | 9.00 | | 0.99 | | | | | | |
| 00020746 | 389467 | 006 | 063010 | 23874236 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit LAXLASER User S0319 | | | | | | | | | |
| | | | 063010 | 23874365 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit LAXLASER User S0319 | | | | | | | | | |
| | | | 063010 | 23874404 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit LAXLASER User S0319 | | | | | | | | | |
| | | | 063010 | 23874487 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit LAXLASER User S0319 | | | | | | | | | |
| | | | 063010 | 23874525 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | | DESCRIPTION: Document Production Charges | | | | | | | | | | |
| | | | | | Unit LAXLASER User S0319 | | | | | | | | | |
| | | | GROUP 20746 TOTAL: | | | 25.00 | | 2.75 | | | | | | |

36

Aug 12 2010     09:08:50                    PRRCOST TABLE REPORT                              Page: 6

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020780 | 389467 | 006 | 070110 | 23883683 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 629648 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| 00020794 | 389467 | 004 | 070610 | 23889115 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 629710 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17SCB User RIVAN | | | | | | | | | | | |
| 00020851 | 389467 | 004 | 070910 | 23896751 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 630459 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17CCA User RIVAN | | | | | | | | | | | |
| 00020864 | 389467 | 006 | 071210 | 23905838 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 630473 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User CUGLR | | | | | | | | | | | |
| | | | 071210 | 23904865 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 630473 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User CUGLR | | | | | | | | | | | |
| | | | 071210 | 23911481 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 630473 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | GROUP 20864 TOTAL: | | | 6.00 | | 0.66 | | | | | | | |
| 00020906 | 389467 | 004 | 072110 | 23923156 | YOUMD | 30.00 | 0.11 | 3.30 | COST | 08 | P | 630724 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17CCB User CUGLR | | | | | | | | | | | |
| 00021000 | 389467 | 004 | 073010 | 23964795 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 631269 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17SCB User RIVAN | | | | | | | | | | | |
| | | | GRAND TOTAL: | | | 567.00 | | 62.37 | | | | | | | |

TOTAL VALID ENTRIES   :                .00
     INVALID ENTRIES :                .00
     ENTRIES POSTED  :       90       62.37
     FIRM ENTRIES    :                .00
     ------------------------------------------
     TOTAL:               90       62.37

# COMPUTER RESEARCH

*38*



LEXIS



| Date | Name | Service | Description | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/16/2010 388487 RIVAN | RIVAS, NICOLE | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | $33.75 | | $33.75 | | $33.75 | $73.75 |
| 5/16/2010 388487 RIVAN | RIVAS, NICOLE | LEXIS LEGAL SERVICES | ONLINE TIME | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 5/16/2010 388487 RIVAN | RIVAS, NICOLE | LEXIS LEGAL SERVICES | SEARCHES | $42.90 | | $42.90 | | $42.90 | $150.10 |
| 5/16/2010 388487 RIVAN | RIVAS, NICOLE | LEXIS LEGAL SERVICES | SINGLE DOCUMENT RETRIEVAL | $15.00 | | $15.00 | | $15.00 | $50.00 |
| 5/17/2010 388487 RIVAN | RIVAS, NICOLE | LEXIS LEGAL SERVICES | ONLINE TIME | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 5/17/2010 388487 RIVAN | RIVAS, NICOLE | LEXIS LEGAL SERVICES | SINGLE DOCUMENT RETRIEVAL | $30.00 | | $30.00 | | $30.00 | $50.00 |
| 5/17/2010 388487 RIVAN | RIVAS, NICOLE | SHEPARDS SERVICE | LEGAL CITATION SERVICES | $4.35 | | $4.35 | | $4.35 | $10.15 |
| 5/17/2010 388487 RIVAN | RIVAS, NICOLE | SHEPARDS SERVICE | ONLINE TIME | $0.00 | | $0.00 | | $0.00 | $0.00 |

| Date | Matter | Attorney | Service | Category | Description | | | | | | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/22/2010 | 389467 | ACOSTA, ROXANNE | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | | | | | | | | | | | | $15.00 |
| 6/22/2010 | 389467 | ACOSTA, ROXANNE | LEXIS LEGAL SERVICES | ONLINE TIME | | | | | | | | | | | | $0.00 |
| 6/22/2010 | 389467 | ACOSTA, ROXANNE | LEXIS LEGAL SERVICES | SINGLE DOCUMENT RETRIEVAL | | | | | | | | | | | | $11.25 |
| 6/21/2010 | 389467 | RIVAS, NICOLE | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | | | | | | | | | | | | $23.75 |
| 6/21/2010 | 389467 | RIVAS, NICOLE | LEXIS LEGAL SERVICES | ONLINE TIME | | | | | | | | | | | | $0.00 |
| 6/21/2010 | 389467 | RIVAS, NICOLE | LEXIS LEGAL SERVICES | SEARCHES | | | | | | | | | | | | $42.90 |
| 6/21/2010 | 389467 | RIVAS, NICOLE | LEXIS LEGAL SERVICES | SINGLE DOCUMENT RETRIEVAL | | | | | | | | | | | | $67.50 |
| 6/21/2010 | 389467 | RIVAS, NICOLE | SHEPARDS SERVICE | LEGAL CITATION SERVICES | | | | | | | | | | | | $2.16 |
| 6/21/2010 | 389467 | RIVAS, NICOLE | SHEPARDS SERVICE | ONLINE TIME | | | | | | | | | | | | $0.00 |





QuickView - Report

Totals for Included
Totals for Day 06/20/2010
Totals for User Name REACHEAD, CLAIRE (73464662)
Totals for Client 369467

6/29/2010



# INVOICES RE DELIVERY FEES

46



**TRACKING #** 722706

ACE | MESSENGER AND ATTORNEY SERVICE, INC

DELIVERING PEACE OF MIND

www.acelegal.com

 

MEMBER   MEMBER

| **LOS ANGELES** | **SAN FRANCISCO** | **SANTA ANA** | **RIVERSIDE** | **SAN DIEGO** | **SACRAMENTO** |
|---|---|---|---|---|---|
| 811 WILSHIRE BLVD. | 149 9TH STREET | 414 WEST 4TH STREET | 3631 10TH STREET | 110 WEST C STREET | 901 F STREET |
| SUITE 900 | SUITE 204 | SUITE O | SUITE 214 | SUITE 805 | SUITE 150 |
| LOS ANGELES, CA 90017 | SAN FRANCISCO, CA 94103 | SANTA ANA, CA 92701 | RIVERSIDE, CA 92501 | SAN DIEGO, CA 92101 | SACRAMENTO, CA 95814 |
| TEL: (213) 623-3979 | TEL: (415) 558-1000 | TEL: (714) 543-4220 | TEL: (951) 786-9984 | TEL: (619) 235-8400 | TEL: (916) 447-4000 |
| FAX: (213) 623-7527 | FAX: (415) 556-8000 | FAX: (714) 543-4223 | FAX: (951) 786-9986 | FAX: (619) 235-8401 | FAX: (916) 447-8000 |
| dtla@acelegal.com | sf@acelegal.com | oc@acelegal.com | riv@acelegal.com | sd@acelegal.com | sacto@acelegal.com |

| **COURT SERVICES** | Provide one extra copy to conform. | |
|---|---|---|
| **FIRM and CASE INFORMATION** | FIRM:<br>#10367<br>ALSTON & BIRD LLP<br>333 S. HOPE ST., 16TH FLR<br>LOS ANGELES, CA 90071<br>213-576-1000<br><br>ATTY/SECTY: Laura Olagues_____EXT. _____<br>YOUR FILE NO.: 057270-389467 | DATE: 6-23-10<br>COURT: USDC - Central<br>CASE NO.: 10-CV-01791 RGK (SHx)<br>CASE NAME: St. Luke v. Republic of Libera<br>DOCUMENTS:<br>Reply & Declaration<br>Motion To Dismiss & Supporting Pleadings<br>Total of 7 pleadings |
| **CRITICAL DATES** | LAST DAY TO FILE_____<br>EXPEDITE & RETURN BY_____<br>HEARING SET FOR_____ AT _____ DEPT/DIV._____ | |
| **FEES** | FEE $_____ ☐ ATTACHED  ☐ ADVANCE<br>DEFENDANT/RESPONDENT APPEARANCE FEE PAID? ___YES ___NO     DATE PAID: _____ | |
| **SERVICE REQUESTED** | ☐ EXCLUSIVE  ☑ SAME DAY  ☐ NEXT DAY  ☐ DAILY RUN  ☐ FILING<br>☐ FILE & CONFORM  ☑ COURTESY COPY  ☐ SASE ATTACHED  ☐ RESEARCH | |
| **SPECIAL INSTRUCTIONS** | **Please deliver courtesy copies of the attached pleadings to Judge Klausner by noon. Thank you.** | |

| FOR ACE USE ONLY | | |
|---|---|---|
| **STATUS REPORT** | **BASE CHARGE** | 53.75 |
| | **RESEARCH** | |
| | **RETURN** | |
| | **WAITING TIME** | |
| | **ADVANCE FEES** | |
| | **CHECK CHARGE** | |
| | **FACSIMILE** | |
| | | |
| ACE (1)_____ ACE (2)_____ ACE CHECK #_____ AMOUNT $_____ | **TOTAL** | 53.75 |

47



## ACE | MESSENGER AND ATTORNEY SERVICE, INC

DELIVERING PEACE OF MIND
www.acelegal.com

TRACKING # 717895

 
MEMBER   MEMBER

| LOS ANGELES | SAN FRANCISCO | SANTA ANA | RIVERSIDE | SAN DIEGO | SACRAMENTO |
|---|---|---|---|---|---|
| 811 WILSHIRE BLVD. | 149 9TH STREET | 414 WEST 4TH STREET | 3631 10TH STREET | 110 WEST C STREET | 901 F STREET |
| SUITE 900 | SUITE 204 | SUITE O | SUITE 214 | SUITE 805 | SUITE 150 |
| LOS ANGELES, CA 90017 | SAN FRANCISCO, CA 94103 | SANTA ANA, CA 92701 | RIVERSIDE, CA 92501 | SAN DIEGO, CA 92101 | SACRAMENTO, CA 95814 |
| TEL: (213) 623-3979 | TEL: (415) 556-1000 | TEL: (714) 543-4220 | TEL: (951) 786-9984 | TEL: (619) 235-8400 | TEL: (916) 447-4000 |
| FAX: (213) 623-7527 | FAX: (415) 556-8000 | FAX: (714) 543-4223 | FAX: (951) 786-9986 | FAX: (619) 235-8401 | FAX: (916) 447-8000 |
| dtla@acelegal.com | sf@acelegal.com | oc@acelegal.com | riv@acelegal.com | sd@acelegal.com | sacto@acelegal.com |

| **COURT SERVICES** | Provide one extra copy to conform. | |
|---|---|---|
| **FIRM and CASE INFORMATION** | FIRM:<br>#10367<br>**ALSTON & BIRD LLP**<br>**333 S. HOPE ST., 16TH FLR**<br>**LOS ANGELES, CA 90071**<br>213-576-1000<br><br>ATTY/SECTY: Laura Olagues   EXT. 1151<br>YOUR FILE NO.: 057270-389467 | DATE: 6-2-10<br>COURT: USDC - Central - Roybal<br>CASE NO.: 10-CV-01791 RGK (SHx)<br>CASE NAME: St. Luke v. Republic of Liberia<br>DOCUMENTS:<br>Notice of Motion to Dismiss; MDY Declaration;<br>P&As; Proposed Order; Certificate of Interested<br>Parties |
| **CRITICAL DATES** | LAST DAY TO FILE _____<br>EXPEDITE & RETURN BY_____<br>HEARING SET FOR_____ AT _____ DEPT/DIV._____ | |
| **FEES** | FEE $_____ ☐ ATTACHED  ☐ ADVANCE<br>DEFENDANT/RESPONDENT APPEARANCE FEE PAID? ___YES ___NO   DATE PAID: _____ | |
| **SERVICE REQUESTED** | ☐ EXCLUSIVE   ☑ SAME DAY   ☐ NEXT DAY   ☐ DAILY RUN   ☐ FILING<br>☐ FILE & CONFORM   ☑ COURTESY COPY   ☐ SASE ATTACHED   ☐ RESEARCH | |
| **SPECIAL INSTRUCTIONS** | Please deliver the attached courtesy copies to Judge Klausner by noon today. Thank you. | |

### FOR ACE USE ONLY

| STATUS REPORT | | |
|---|---|---|
| | BASE CHARGE | 52.75 |
| | RESEARCH | |
| | RETURN | |
| | WAITING TIME | |
| | ADVANCE FEES | |
| | CHECK CHARGE | |
| | FACSIMILE | |
| | **TOTAL** | **52.75** |

ACE (1)_____ ACE (2)_____ ACE CHECK #_____ AMOUNT $_____

48

# EXHIBIT I

49

**Young, Mike**

| | |
|---|---|
| **From:** | Rivas, Nicole |
| **Sent:** | Wednesday, August 11, 2010 2:53 PM |
| **To:** | thaddeusfsc@gmail.com; culpepper@alumni.pitt.edu |
| **Cc:** | Young, Mike |
| **Subject:** | St. Luke Medical School |

Dear Mr. Culpepper:

This e-mail is to follow-up the two voicemail messages I left for you last week and earlier today.  As required by Local Rule 7-3, we would like to meet and confer with you regarding our proposed motions for costs under 28 U.S.C. § 1919 and for sanctions under 28 U.S.C. § 1927 and the Court's inherent power.  Please contact me by no later than the end of the day if you desire to attempt to informally resolve this matter without having to involve the Court.

**Nicole C. Rivas**
Alston & Bird LLP
333 S. Hope, 16th Floor
Los Angeles, California 90071
nicole.rivas@alston.com
213 576-1021
213 576-1100 fax

50