**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,

Plaintiffs,

v.

REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,

Defendants.

Case No.: 10-CV-01791 RGK (SHx)

[Honorable R. Gary Klausner]

**[PROPOSED] ORDER RE DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919**

**[FILED CONCURRENTLY WITH DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' NOTICE OF MOTION AND MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919; AND DECLARATION OF MICHAEL D. YOUNG]**

DATE: Septmber 13, 2010
TIME: 9:00 a.m.
COURTROOM: 850

On September 13, 2010, the motion for costs pursuant to 28 U.S.C. § 1919 filed by defendants Dr. George Gollin and the Board of Trustees of the University of Illinois came on regularly for hearing before this Court. After considering the papers submitted in support of and opposition to defendants' motion and the evidence contained therein, and having heard the argument of counsel thereon, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. On July 29, 2010, this Court dismissed the instant action for want of jurisdiction;

2. 28 U.S.C. § 1919 authorizes this Court to award defendants their just costs whenever an action is dismissed for want of jurisdiction;

3. The costs sought by defendants have been shown to be just within the meaning of 28 U.S.C. § 1919;

4. Accordingly, the Court awards defendants their costs in the amount of $__________;

2. Defendants' motion for costs is granted.

IT IS SO ORDERED.

DATED: ________________ ______________________________

The Honorable R. Gary Klausner

Respectfully Submitted,

DATED: August 12, 2010

Respectfully Submitted

MICHAEL D. YOUNG
NICOLE C. RIVAS
**ALSTON & BIRD LLP**

/s/

Michael D. Young
Attorneys for Defendant BOARD OF TRUSTEES UNIVERSITY OF ILLINOIS