# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br>　　　　　　Defendants. | Case No.: 10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**[PROPOSED] ORDER RE DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' MOTION FOR SANCTIONS AGAINST THADDEUS J. CULPEPPER AND JERROLL B.R. DOLPHIN PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS**<br><br>[FILED CONCURRENTLY WITH DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST THADDEUS J. CULPEPPER AND JERROLL B.R. DOLPHIN PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF MICHAEL D. YOUNG]<br><br>DATE:　　　　Septmber 13, 2010<br>TIME:　　　　9:00 a.m.<br>COURTROOM:　850 |

1

LEGAL02/32112000v1

On September 13, 2010, defendants Dr. George Gollin's and the Board of Trustees of the University of Illinois's motion for sanctions pursuant to 28 U.S.C. § 1927 and this Court's inherent powers came on regularly for hearing before this Court. After considering the papers submitted in support of and opposition to defendants' motion and the evidence contained therein, and having heard the argument of counsel thereon, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The requisite showing of recklessness and/or bad faith on the part of Thaddeus J. Culpepper has been established, warranting the imposition of sanctions under 28 U.S.C. § 1927;

2. The requisite showing of bad faith on the part of both Thaddeus J. Culpepper and Dr. Dolphin has likewise been shown for purposes of awarding sanctions under the Court's inherent powers;

3. Defendants are entitled to recover the full amount of their attorneys' fees incurred in connection with Dr. Dolphin's and Mr. Culpepper's improper conduct;

4. Accordingly, the Court awards sanctions against Dr. Dolphins and Mr. Culpepper , jointly and severally, in the amount of $57,038.00, representing the attorneys' fees incurred by defendants in their attempt to procure either a voluntary or involuntary dismissal of this action;

5. Defendants' motion for sanctions is granted.

IT IS SO ORDERED.

DATED: _____        _____

                                                    The Honorable R. Gary Klausner

LEGAL02/32112000v1

1  Respectfully Submitted,

3  DATED: August 12, 2010      Respectfully Submitted

MICHAEL D. YOUNG
NICOLE C. RIVAS
**ALSTON & BIRD LLP**

/s/
_____
Michael D. Young
Attorneys for Defendant BOARD OF TRUSTEES
UNIVERSITY OF ILLINOIS

LEGAL02/32112000v1

3