# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01791-RGK (SHx) | Date | August 13, 2010 |
|---|---|---|---|
| Title | ST. LUKE SCHOOL OF MEDICINE v. REPUBLIC OF LIBERIA, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER

On August 13, 2010, an Order Striking Electronically Filed Documents was issued in connection with DE 63, Motion for Costs.  It has been brought to the Court's attention that the motion was noticed before the Court pursuant to 28 USC 1919 and therefore, could not be filed as a bill of costs hearing.

Therefore, the motion shall be placed on calendar for hearing on September 13, 2010 at 9:00 a.m.  The Order Striking Electronically Filed Documents (DE 65) is hereby vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |