| | |
|---|---|
| 1 | MICHAEL D. YOUNG (SBN 120787) |
| 2 | NICOLE C. RIVAS (SBN 179337) |
|   | **ALSTON & BIRD LLP** |
| 3 | 333 South Hope Street, Sixteenth Floor |
|   | Los Angeles, California 90071 |
| 4 | Telephone:  (213) 576-1000 |
|   | Facsimile:   (213) 576-1100 |
| 5 | Email:  mike.young@alston.com |
|   |            nicole.rivas@alston.com |

6  Attorneys for THE BOARD OF TRUSTEES
7  OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
   THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN;
8  and DR. GEORGE GOLLIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>            Plaintiffs,<br><br>   v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>            Defendants. | Case No.:  10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>REPLY TO (A) MOTION FOR SANCTIONS AGAINST THADDEUS J. CULPEPPER AND  JERROLL B.R. DOLPHIN PURSUANT TO 28 U.S.C. A§ 1927 AND THIS COURT'S INHERENT POWERS, AND (B) MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919<br><br>DATE:              September 13, 2010<br>TIME:               9:00 A.M.<br>COURTROOM:  850 |

LEGAL02/32148494v2

Defendants and Moving Parties file this Reply simply to inform the Court that we understand that plaintiffs have chosen not to file any opposition to Defendants' two pending motions, one for sanctions (Docket No. 64) and one for costs (Docket No. 63).

Indeed, not only did we not receive any opposition papers (and our review of the Court's docket confirms that nothing was filed with the Court either), we have had no communication from plaintiffs' counsel (or from plaintiffs, for that matter) of any kind at any time regarding these motions.

Accordingly, for the reasons set forth in each motion, we believe an order awarding sanctions and costs against plaintiffs and their counsel, and in favor of defendants Dr. George Gollin, and The Board Of Trustees Of The University Of Illinois, is necessary and appropriate.  This is especially true given the frivolousness of the action, and the unnecessary motions defendants were required to file even after plaintiffs' attorney acknowledged that plaintiffs' action should have been dismissed as to our clients on Eleventh Amendment grounds.  Plaintiffs apparently do not disagree – or at a minimum do not care enough to file an opposition.

Respectfully submitted,

DATED:  August 30, 2010

MICHAEL D. YOUNG
NICOLE C. RIVAS
**ALSTON & BIRD LLP**

/s/
_____
Michael D. Young
Attorneys for Defendant THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

LEGAL02/32148494v2