UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-01791-RGK (SHx) | Date | September 9, 2010 |
|---|---|---|---|
| Title | ST. LUKE SCHOOL OF MEDICINE v. REPUBLIC OF LIBERIA, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:** **(IN CHAMBERS)** Defendants George Gollin and University of Illinois Urban's Motion for Costs (DE 63) and Defendants George Gollin and University of Illinois Urban's Motion for Sanctions (DE 64)

The Court hereby advises counsel that the above-referenced motions, noticed for hearing on September 13, 2010, have been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

: 
Initials of Preparer    slw