# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br>Defendants. | Case No.: 10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>[PROPOSED] ORDER RE DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919<br><br>[FILED CONCURRENTLY WITH DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' NOTICE OF MOTION AND MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919; AND DECLARATION OF MICHAEL D. YOUNG]<br><br>DATE: Septmber 13, 2010<br>TIME: 9:00 a.m.<br>COURTROOM: 850 |

1

LEGAL02/32111979v1


1  On September 13, 2010, the motion for costs pursuant to 28 U.S.C. § 1919
2  filed by defendants Dr. George Gollin and the Board of Trustees of the University of
3  Illinois came on regularly for hearing before this Court. After considering the papers
4  submitted in support of and opposition to defendants' motion and the evidence
5  contained therein, and having heard the argument of counsel thereon, and for good
6  cause shown,

7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

8  1. On July 29, 2010, this Court dismissed the instant action for want of
9  jurisdiction;

10  2. 28 U.S.C. § 1919 authorizes this Court to award defendants their
11  just costs whenever an action is dismissed for want of jurisdiction;

12  3. The costs sought by defendants have been shown to be just within
13  the meaning of 28 U.S.C. § 1919;   [handwritten: to be made by separate application to the Clerk of the Court]

14  4. Accordingly, the Court awards defendants their costs ~~in the amount~~
15  ~~of $_____~~;

16  2. Defendants' motion for costs is granted.

17
18  IT IS SO ORDERED.

19  DATED: SEP 14 2010                         _____
20                                              The Honorable R. Gary Klausner

2

LEGAL02/32111979v1