MICHAEL D. YOUNG (SBN 120787)
NICOLE C. RIVAS (SBN 179337)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
Email:  mike.young@alston.com
          nicole.rivas@alston.com

Attorneys for Defendants DR. GEORGE GOLLIN,
THE BOARD OF TRUSTEES OF THE UNIVERSITY
OF ILLINOIS, erroneously sued as THE UNIVERSITY
OF ILLINOIS-URBANA CHAMPAIGN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable, <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, <br><br> Defendants. | Case No.:  10-CV-01791 RGK (SHx) <br><br> [Honorable R. Gary Klausner] <br><br> **NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS** |

1   TO PLAINTIFFS AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

2          PLEASE TAKE NOTICE that pursuant to the Court's Order, dated September

3   14, 2010, defendants Dr. George Gollin and the Board of Trustees of the University Of

4   Illinois, erroneously sued as the University Of Illinois-Urbana Champaign, hereby apply to

5   the Clerk of the Court for an award of costs in the amount of $1,107.47.

6

7   DATED:  September 17, 2010      Respectfully Submitted

8                                  MICHAEL D. YOUNG
                                   NICOLE C. RIVAS
9                                  **ALSTON & BIRD LLP**

10

11                                         /s/

12                                 _____
                                          Nicole C. Rivas
13                                 Attorneys for Defendants THE BOARD OF
                                   TRUSTEES OF THE UNIVERSITY OF ILLINOIS;
                                   and DR. GEORGE GOLLIN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL02/32178652v1

# UNITED STATES DISTRICT COURT
## Central District of California

**BILL OF COSTS** (LOCAL RULE 54-4)

ST. LUKE SCHOOL OF MEDICINE, ET AL.

V.                                                    Case Number: 10-CV-01791 RGK (SHx)

REPUBLIC OF LIBERIA, ET AL.

Judgment having been entered in the above entitled action on _____July 29, 2010_____ against _Plaintiffs_
                                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Filing fees: see L.R. 54-4.1 ................................................................... | $ |
| Fees for service of process: see L.R. 54-4.2 ......................................... | |
| United States Marshal's fees: see L.R. 54-4.3 ...................................... | |
| Clerk's fees: see L.R. 54-4.4 .................................................................. | |
| Report's transcripts: see L.R. 54-4.5 .................................................... | |
| Depositions: see L.R. 54-4.6 .................................................................. | |
| Witness fees (itemize on page 2): see L.R. 54-4.7 ................................ | |
| Interpreter's and translator's fees: see L.R. 54-4.8 ............................. | |
| Docket fees: see L.R. 54-4.9 .................................................................. | |
| Masters, commissioners and receivers: see L.R. 54-4.10 .................... | |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 ............................ | 72.53 |
| Premiums on bonds and undertakings: see L.R. 54-4.12 ...................... | |
| Other Costs: see L.R. 54-4.13 ................................................................ | |
| State Court costs: see L.R, 54-4.14 ....................................................... | |
| Costs on appeal: see L.R. 54-5 ............................................................... | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 ........ | |
| | |
| Other (please itemize) | |
| UPS and Postage Charges | 7.17 |
| Delivery Costs | 105.50 |
| Computer Research | 922.27 |
| ALL COSTS PREVIOUSLY APPROVED BY COURT ORDER, ATTTACHED AS EXHIBIT "A" | |
| TOTAL          $ | 1,107.47 |

**NOTE TO PARTIES SUBMITTING BILL OF COSTS: Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.**     SEE EXHIBIT "B"

| DECLARATION |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _____

Name of Attorney: Nicole C. Rivas

Costs are taxed in the amount of _____

_____          By: _____          _____
Clerk of Court                                          Deputy Clerk                                          Date

American LegalNet, Inc.
www.FormsWorkFlow.com

3

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization,<br><br>Defendants. | Case No.: 10-CV-01791 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**[PROPOSED] ORDER RE DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919**<br><br>**[FILED CONCURRENTLY WITH DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' NOTICE OF MOTION AND MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919; AND DECLARATION OF MICHAEL D. YOUNG]**<br><br>DATE:          Septmber 13, 2010<br>TIME:          9:00 a.m.<br>COURTROOM:   850 |

1

5

Case 2:10-cv-01791-RGK-SH   Document 71   Filed 09/17/10   Page 6 of 29   Page ID #:1104
Case 2:10-cv-01791-RGK-SH   Document 70   Filed 09/14/10   Page 2 of 2   Page ID #:1098
Case 2:10-cv-01791-RGK-SH   Document 63-2   Filed 08/12/10   Page 3 of 3   Page ID #:1030

1           On September 13, 2010, the motion for costs pursuant to 28 U.S.C. § 1919

2  filed by defendants Dr. George Gollin and the Board of Trustees of the University of

3  Illinois came on regularly for hearing before this Court.  After considering the papers

4  submitted in support of and opposition to defendants' motion and the evidence

5  contained therein, and having heard the argument of counsel thereon, and for good

6  cause shown,

7           IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

8           1.    On July 29, 2010, this Court dismissed the instant action for want of

9  jurisdiction;

10          2.    28 U.S.C. § 1919 authorizes this Court to award defendants their

11  just costs whenever an action is dismissed for want of jurisdiction;

12          3.    The costs sought by defendants have been shown to be just within

13  the meaning of 28 U.S.C. § 1919;  *to be made by separate application to the Clerk of the Court*

14          4.    Accordingly, the Court awards defendants their costs ~~in the amount~~

15  ~~of $_____;~~

16          2.    Defendants' motion for costs is granted.

17

18       IT IS SO ORDERED.

19

20  DATED:    SEP 1 4 2010        _____

21                              The Honorable R. Gary Klausner

22

23

24

25

26

27

28

LEGAL02/32111979v1

# EXHIBIT B

## ITEMIZATION OF COSTS

| Cost Description | Amount |
|---|---|
| Postage for mailing documents to plaintiff's counsel | **$7.17** |
| Photocopies of documents either filed with the Court directly, mailed to opposing counsel or used internally for analyzing the grounds for and/or preparing motions to dismiss | **$72.53** |
| Computer costs for legal research (Lexis and Westlaw) | **$922.27** |
| Courier services for providing courtesy copies of filings to the Court's chambers, as requested by the Court | **$105.50** |

# POSTAGE

UPS

**Filter Data By:**

| | | Field | Relation | Value |
|---|---|---|---|---|
| ⦿ And | ○ Or | File Batch | = | _05_15_2010.csv |
| ⦿ And | ○ Or | Matter | = | 030000 |
| | | Select a Field | = | |

Filter

| Tracking Number | References | Matter | 030000 |
|---|---|---|---|
| 1Z8FV404134102713 | 009990-030000 | Personal | ☐ |
| Pickup Date    5/14/2010 | Michael Young - 057270- 389447 | Error | No Errors |
| ItemID    618536 | Shipper Number    LAX - 00008FV404 | Status | Ready for Export |

| Sender:    CHRIS G LARES | Receiver:    Thaddeus J. Culpeppe |
|---|---|
| | Culpepper Law Groupe |
| | 556 South Fair Oaks Avenue |
| | Pasadena        CA  91105 |
| | US |

| Quantity | 1 | Trans Code | Manifest | | FileID | 485 |
|---|---|---|---|---|---|---|
| Billed Weight | LTR | Service Desc | COM. NEXT DAY AIR SAVER | | Early AM | ☐ |
| ActualWeight | | BillOption | 1 | Dimensional Wt ☐ | Saturday Pickup | ☐ |
| Weight Indicator | | NetCharges | 7.17 | Oversize1 ☐ | Ext Dest Charge | ☐ |
| UPSZone | 132 | Incentive | 8.02 | Oversize2 ☐ | Invalid Account | ☐ |

Return to Main Menu

10

# COPYING CHARGES

11

```
SUBTOTAL FOR CLIENT CODE: 056707-388337          0.16
SUBTOTAL FOR CLIENT CODE: 056707/382158          1.60
SUBTOTAL FOR CLIENT CODE: 056707/385047        165.04
SUBTOTAL FOR CLIENT CODE: 056707/385067          0.16
SUBTOTAL FOR CLIENT CODE: 056707/385088          2.32
SUBTOTAL FOR CLIENT CODE: 056707/385154         18.24
SUBTOTAL FOR CLIENT CODE: 056707/385808          0.56
SUBTOTAL FOR CLIENT CODE: 056707/385870          9.52
SUBTOTAL FOR CLIENT CODE: 056707/386888          0.88
SUBTOTAL FOR CLIENT CODE: 056707/387587          3.12
SUBTOTAL FOR CLIENT CODE: 056707/389534          0.08
SUBTOTAL FOR CLIENT CODE: 0567157/376917         3.28
SUBTOTAL FOR CLIENT CODE: 056815.384008          8.08
SUBTOTAL FOR CLIENT CODE: 056045/384330          0.80
SUBTOTAL FOR CLIENT CODE: 056866/384508         27.60
SUBTOTAL FOR CLIENT CODE: 056866/384528          2.56
SUBTOTAL FOR CLIENT CODE: 056876.384696          0.88
SUBTOTAL FOR CLIENT CODE: 056883-384772         21.76
SUBTOTAL FOR CLIENT CODE: 056883.384772          6.72
SUBTOTAL FOR CLIENT CODE: 056902.385071          0.96
SUBTOTAL FOR CLIENT CODE: 05787 960000           0.48
SUBTOTAL FOR CLIENT CODE: 057085/387397         72.16
SUBTOTAL FOR CLIENT CODE: 057117/388629          1.28
SUBTOTAL FOR CLIENT CODE: 057127/387972          5.68
SUBTOTAL FOR CLIENT CODE: 057148/388205          0.08
SUBTOTAL FOR CLIENT CODE: 057149/388223          2.16
SUBTOTAL FOR CLIENT CODE: 057226.388973          3.44
SUBTOTAL FOR CLIENT CODE: 057230/388989          3.12
```

```
CUSTOMER NUMBER: AB0033
DATE RANGE:      04/01/2010 - 06/30/2010        PAGE:      6
```

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|

```
SUBTOTAL FOR CLIENT CODE: 057270-389467         10.16
SUBTOTAL FOR CLIENT CODE: 0573711/390440        93.20
SUBTOTAL FOR CLIENT CODE: 057371/390444          3.20
SUBTOTAL FOR CLIENT CODE: 07-3770 960000         2.88
SUBTOTAL FOR CLIENT CODE: 081918-STEWA           2.24
SUBTOTAL FOR CLIENT CODE: 098000/388633          1.20
SUBTOTAL FOR CLIENT CODE: 099000/030000          0.08
SUBTOTAL FOR CLIENT CODE: 09990/030000          88.72
SUBTOTAL FOR CLIENT CODE: 099900/03000           0.32
SUBTOTAL FOR CLIENT CODE: 099900/0300000        49.68
SUBTOTAL FOR CLIENT CODE: 0999000/030000         0.16
SUBTOTAL FOR CLIENT CODE: 099990/030000          0.08
SUBTOTAL FOR CLIENT CODE: 0P09990/030000         4.08
SUBTOTAL FOR CLIENT CODE: 107483-CHASG           5.28
SUBTOTAL FOR CLIENT CODE: 121015/388926          2.88
SUBTOTAL FOR CLIENT CODE: 122884-365236          7.68
SUBTOTAL FOR CLIENT CODE: 123456/123456          0.24
SUBTOTAL FOR CLIENT CODE: 123577-381143          0.32
SUBTOTAL FOR CLIENT CODE: 124167 / 359542        5.76
SUBTOTAL FOR CLIENT CODE: 124438-381601          1.60
SUBTOTAL FOR CLIENT CODE: 124438/360067          0.16
SUBTOTAL FOR CLIENT CODE: 124606-360363          2.32
SUBTOTAL FOR CLIENT CODE: 124606/360363          6.40
                                                 1.20
```

https://www.pacer.gov/psco/cgi-bin/billrpt.pl

7/21/2010

Aug 12 2010    09:08:49                          PRECOST TABLE REPORT                                        Page: 1

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020488 | 389467 | 006 | 052710 | 23774909 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627276 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| 00020504 | 389467 | 006 | 052810 | 23781551 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 627404 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| 00020555 | 389467 | 006 | 060110 | 23795649 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23797008 | YOUMD | 20.00 | 0.11 | 2.20 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23797868 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797883 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797919 | YOUMD | 13.00 | 0.11 | 1.43 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797939 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797950 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797974 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23793339 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23798037 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23798045 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23798230 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797312 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797448 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23797555 | YOUMD | 7.00 | 0.11 | 0.77 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |

13

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020555 | 389467 | 006 | 060110 | 23797650 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAX1LASER User OLAGL | | | | | | | | | | |
| | | | 060110 | 23797758 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAX1LASER User OLAGL | | | | | | | | | | |
| | | | 060110 | 23797794 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAX1LASER User OLAGL | | | | | | | | | | |
| | | | 060110 | 23797806 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAX1LASER User OLAGL | | | | | | | | | | |
| | | | GROUP 20555 TOTAL: | | | 145.00 | | 15.95 | | | | | | |
| 00020561 | 389467 | 157 | 060110 | 23801632 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit ATLACUSC User OLAGL | | | | | | | | | | |
| | | | 060110 | 23801634 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit ATLACUSC User OLAGL | | | | | | | | | | |
| | | | 060110 | 23801678 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit ATLACUSC User OLAGL | | | | | | | | | | |
| | | | 060110 | 23801700 | YOUMD | 16.00 | 0.11 | 1.76 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit ATLACUSC User OLAGL | | | | | | | | | | |
| | | | 060110 | 23801702 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit ATLACUSC User OLAGL | | | | | | | | | | |
| | | | GROUP 20561 TOTAL: | | | 41.00 | | 4.51 | | | | | | |
| 00020601 | 389467 | 004 | 061010 | 23813505 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628278 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAX15SCB User RIVAN | | | | | | | | | | |
| 00020693 | 389467 | 004 | 062210 | 23849319 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628883 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAX17CCA User MORER | | | | | | | | | | |
| 00020695 | 389467 | 006 | 062210 | 23852256 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAX1LASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852290 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAX1LASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852318 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAX1LASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852365 | YOUMD | 14.00 | 0.11 | 1.54 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAX1LASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852371 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |

14

Aug 12 2010    09:08:49                    PRECOST TABLE REPORT                                    Page: 3

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| 00020695 | 389467 | 006 | 062210 | 23852373 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852391 | YOUMD | 14.00 | 0.11 | 1.54 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852395 | YOUMD | 14.00 | 0.11 | 1.54 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852409 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852434 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852465 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852472 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User MORER | | | | | | | | | | |
| | | | 062210 | 23852476 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852478 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852480 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852482 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852488 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852502 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User BOWIC | | | | | | | | | | |
| | | | 062210 | 23852518 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852520 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852525 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852529 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | Unit LAXLASER User OLAGL | | | | | | | | | | |
| | | | 062210 | 23852561 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |

Aug 12 2010    09:08:49                    PRECOST TABLE REPORT                                    Page: 4

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| 00020695 | 389467 | 006 | 062210 | 23852567 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852571 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852581 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852592 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852603 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852605 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User MOYAL | | | | | | | | | | | |
| | | | 062210 | 23852808 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User MORER | | | | | | | | | | | |
| | | | 062210 | 23852815 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852817 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23850581 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23850597 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23850636 | YOUMD | 3.00 | 0.12 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23851470 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | GROUP 20695 TOTAL: | | | | 194.00 | | 21.34 | | | | | | |
| 00020697 | 389467 | 157 | 062210 | 23854177 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854178 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854195 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854197 | YOUMD | 8.00 | 0.11 | 0.88 | COST | 08 | P | 628888 | | |

16

Aug 12 2010    09:08:49                      PRECOST TABLE REPORT                                    Page: 5

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit ATLACUSC User OLAGL | | | | | | | | |
| 00020697 | 389467 | 157 | 062210 | 23854210 | YOUMD | 35.00 | 0.11 | 3.85 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit ATLACUSC User OLAGL | | | | | | | | |
| | | | 062210 | 23854274 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit ATLACUSC User OLAGL | | | | | | | | |
| | | | 062210 | 23854275 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit ATLACUSC User OLAGL | | | | | | | | |
| | | | 062210 | 23854276 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit ATLACUSC User OLAGL | | | | | | | | |
| | | GROUP 20697 TOTAL: | | | | 77.00 | | 8.47 | | | | | | |
| 00020702 | 389467 | 004 | 062310 | 23854712 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628942 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit LAX15BCB User OLAGL | | | | | | | | |
| 00020703 | 389467 | 006 | 062310 | 23856043 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628943 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit LAX1LASER User OLAGL | | | | | | | | |
| 00020704 | 389467 | 157 | 062310 | 23855592 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628944 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit ATLACUSC User OLAGL | | | | | | | | |
| 00020739 | 389467 | 006 | 062910 | 23869929 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 629217 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit LAX1LASER User 80319 | | | | | | | | |
| | | | 062910 | 23870517 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629217 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit LAX1LASER User 80319 | | | | | | | | |
| | | GROUP 20739 TOTAL: | | | | 9.00 | | 0.99 | | | | | | |
| 00020746 | 389467 | 006 | 063010 | 23874236 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit LAX1LASER User 80319 | | | | | | | | |
| | | | 063010 | 23874365 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit LAX1LASER User 80319 | | | | | | | | |
| | | | 063010 | 23874404 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit LAX1LASER User 80319 | | | | | | | | |
| | | | 063010 | 23874487 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit LAX1LASER User 80319 | | | | | | | | |
| | | | 063010 | 23874525 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | | Unit LAX1LASER User 80319 | | | | | | | | |
| | | GROUP 20746 TOTAL: | | | | 25.00 | | 2.75 | | | | | | |

17

Aug 12 2010     09:08:50                          PRECOST TABLE REPORT                                        Page: 6

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020780 | 389467 | 006 | 070110 | 23883683 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 629648 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| 00020794 | 389467 | 004 | 070610 | 23889115 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 629710 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17SCB User RIVAN | | | | | | | | | | | |
| 00020851 | 389467 | 004 | 070910 | 23896751 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 630459 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17CCA User RIVAN | | | | | | | | | | | |
| 00020864 | 389467 | 006 | 071210 | 23905838 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 630473 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User CUGLR | | | | | | | | | | | |
| | | | 071210 | 23904865 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 630473 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User CUGLR | | | | | | | | | | | |
| | | | 071210 | 23911481 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 630473 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | GROUP 20864 TOTAL: | | | | 6.00 | | 0.66 | | | | | | |
| 00020906 | 389467 | 004 | 072110 | 23923156 | YOUMD | 30.00 | 0.11 | 3.30 | COST | 08 | P | 630724 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17CCB User CUGLR | | | | | | | | | | | |
| 00021000 | 389467 | 004 | 073010 | 23964795 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 631269 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17SCB User RIVAN | | | | | | | | | | | |
| | | GRAND TOTAL: | | | | 567.00 | | 62.37 | | | | | | |

```
TOTAL VALID ENTRIES    :                    .00
       INVALID ENTRIES :                    .00
       ENTRIES POSTED  :        90         62.37
       FIRM ENTRIES    :                    .00
       ------------------------------------------
       TOTAL:                   90         62.37
```

18

# COMPUTER RESEARCH











Page 92 of 104

WESTLAW

Thursday - LEXIS - WESTLAW

Client 390487
User Name CARLSON,LINDSAY (6033651)
Day 06/03/2010
Totals for Included
Totals for Day 06/03/2010
Totals for User Name CARLSON,LINDSAY (6033651)
Totals for Client 390487

| | | | | | |
|---|---|---|---|---|---|
| 0:25:47 | 11 | 0:25:47 | $754.31 | $75.43 | $0.00 | $75.43 |
| 0:25:47 | 11 | 0:25:47 | $754.31 | $75.43 | $0.00 | $75.43 |
| 0:25:47 | 11 | 0:25:47 | $754.31 | $75.43 | $0.00 | $75.43 |
| 0:25:47 | 11 | 0:25:47 | $754.31 | $75.43 | $0.00 | $75.43 |

6/7/2010

https://www.quickview.com/Reports/UsageReportPrintable.aspx

24





Client 55845
User Name READHEAD,CLAIRE (7346452)
Day 06/25/2010
Totals for Included
Totals for Day 06/25/2010
Totals for User Name READHEAD,CLAIRE (7346452)
Totals for Client 555845?

| | 2:32:10 | 2:32:10 | $1,642.49 | $164.25 | $0.00 | $164.25 |
| 2:32:10 | 2:32:10 | $1,642.49 | $164.25 | $0.00 | $164.25 |
| 2:32:10 | $1,642.49 | $164.25 | $0.00 | $164.25 |
| 2:32:10 | $1,642.49 | $164.25 | $0.00 | $164.25 |

26

# INVOICES RE DELIVERY FEES

# ACE | MESSENGER AND ATTORNEY SERVICE, INC

### DELIVERING PEACE OF MIND
www.acelegal.com

**TRACKING #** 722706

 MEMBER  MEMBER

| **LOS ANGELES** | **SAN FRANCISCO** | **SANTA ANA** | **RIVERSIDE** | **SAN DIEGO** | **SACRAMENTO** |
|---|---|---|---|---|---|
| 811 WILSHIRE BLVD. | 149 9TH STREET | 414 WEST 4TH STREET | 3631 10TH STREET | 110 WEST C STREET | 901 F STREET |
| SUITE 900 | SUITE 204 | SUITE O | SUITE 214 | SUITE 805 | SUITE 150 |
| LOS ANGELES, CA 90017 | SAN FRANCISCO, CA 94103 | SANTA ANA, CA 92701 | RIVERSIDE, CA 92501 | SAN DIEGO, CA 92101 | SACRAMENTO, CA 95814 |
| TEL: (213) 623-3979 | TEL: (415) 656-1000 | TEL: (714) 543-4220 | TEL: (951) 786-9984 | TEL: (619) 235-0400 | TEL: (916) 447-4000 |
| FAX: (213) 623-7527 | FAX: (415) 656-8000 | FAX: (714) 543-4223 | FAX: (951) 786-9986 | FAX: (619) 235-8401 | FAX: (916) 447-8000 |
| dtla@acelegal.com | sf@acelegal.com | oc@acelegal.com | rlv@acelegal.com | sd@acelegal.com | sacto@acelegal.com |

| **COURT SERVICES** | Provide one extra copy to conform. | |
|---|---|---|
| **FIRM and CASE INFORMATION** | FIRM:<br>#10367<br>**ALSTON & BIRD LLP**<br>**333 S. HOPE ST., 16TH FLR**<br>**LOS ANGELES, CA 90071**<br>**213-576-1000**<br><br>ATTY/SECTY: Laura Olagues ___ EXT. ___<br>YOUR FILE NO.: 057270-389467 | DATE: 6-23-10<br>COURT: USDC - Central<br>CASE NO.: 10-CV-01791 RGK (SHx)<br>CASE NAME: St. Luke v. Republic of Libera<br>DOCUMENTS:<br>**Reply & Declaration**<br>**Motion To Dismiss & Supporting Pleadings**<br>**Total of 7 pleadings** |

| **CRITICAL DATES** | LAST DAY TO FILE _____<br>EXPEDITE & RETURN BY_____<br>HEARING SET FOR_____ AT ____ DEPT/DIV. ____ |
|---|---|
| **FEES** | FEE $_____ ☐ ATTACHED ☐ ADVANCE<br>DEFENDANT/RESPONDENT APPEARANCE FEE PAID? ___YES ___NO   DATE PAID: _____ |
| **SERVICE REQUESTED** | ☐ EXCLUSIVE ☑ SAME DAY ☐ NEXT DAY ☐ DAILY RUN ☐ FILING<br>☐ FILE & CONFORM ☑ COURTESY COPY ☐ SASE ATTACHED ☐ RESEARCH |
| **SPECIAL INSTRUCTIONS** | **Please deliver courtesy copies of the attached pleadings to Judge Klausner by noon. Thank you.** |

## FOR ACE USE ONLY

| **STATUS REPORT** | | |
|---|---|---|
| | BASE CHARGE | 52.75 |
| | RESEARCH | |
| | RETURN | |
| | WAITING TIME | |
| | ADVANCE FEES | |
| | CHECK CHARGE | |
| | FACSIMILE | |
| ACE (1)_____ ACE (2)_____ ACE CHECK #_____ AMOUNT $_____ | **TOTAL** | 52.75 |

28



**TRACKING #** 717895

 
MEMBER    MEMBER

**D E L I V E R I N G   P E A C E   O F   M I N D**
www.acelegal.com

| LOS ANGELES | SAN FRANCISCO | SANTA ANA | RIVERSIDE | SAN DIEGO | SACRAMENTO |
|---|---|---|---|---|---|
| 811 WILSHIRE BLVD. | 149 9TH STREET | 414 WEST 4TH STREET | 3631 10TH STREET | 110 WEST C STREET | 901 F STREET |
| SUITE 900 | SUITE 204 | SUITE O | SUITE 214 | SUITE 805 | SUITE 150 |
| LOS ANGELES, CA 90017 | SAN FRANCISCO, CA 94103 | SANTA ANA, CA 92701 | RIVERSIDE, CA 92501 | SAN DIEGO, CA 92101 | SACRAMENTO, CA 95814 |
| TEL: (213) 623-3979 | TEL: (415) 556-1000 | TEL: (714) 543-4220 | TEL: (951) 786-9984 | TEL: (619) 235-8400 | TEL: (916) 447-4000 |
| FAX: (213) 623-7827 | FAX: (415) 556-8000 | FAX: (714) 543-4223 | FAX: (951) 786-9986 | FAX: (619) 235-8401 | FAX: (916) 447-8000 |
| dtla@acelegal.com | sf@acelegal.com | oc@acelegal.com | riv@acelegal.com | sd@acelegal.com | sacto@acelegal.com |

| **COURT SERVICES** | Provide one extra copy to conform. | |
|---|---|---|
| **FIRM and CASE INFORMATION** | FIRM:<br>#10367<br>ALSTON & BIRD LLP<br>333 S. HOPE ST., 16TH FLR<br>LOS ANGELES, CA  90071<br>213-576-1000<br><br>ATTY/SECTY: Laura Olagues ____ EXT. 1151<br>YOUR FILE NO.: 057270-389467 | DATE: 6-2-10<br>COURT: USDC - Central - Roybal<br>CASE NO.: 10-CV-01791 RGK (SHx)<br>CASE NAME: St. Luke v. Republic of Liberia<br>DOCUMENTS:<br>Notice of Motion to Dismiss; MDY Declaration; P&As; Proposed Order; Certificate of Interested Parties |
| **CRITICAL DATES** | LAST DAY TO FILE _____<br>EXPEDITE & RETURN BY_____<br>HEARING SET FOR_____ AT _____ DEPT/DIV._____ | |
| **FEES** | FEE $_____ ☐ ATTACHED  ☐ ADVANCE<br>DEFENDANT/RESPONDENT APPEARANCE FEE PAID? ___YES ___NO     DATE PAID:_____ | |
| **SERVICE REQUESTED** | ☐ EXCLUSIVE  ☑ SAME DAY  ☐ NEXT DAY  ☐ DAILY RUN  ☐ FILING<br>☐ FILE & CONFORM  ☑ COURTESY COPY  ☐ SASE ATTACHED  ☐ RESEARCH | |
| **SPECIAL INSTRUCTIONS** | Please deliver the attached courtesy copies to Judge Klausner by noon today.  Thank you. | |

| **FOR ACE USE ONLY** | | |
|---|---|---|
| STATUS REPORT | | |

| | |
|---|---|
| BASE CHARGE | 52.75 |
| RESEARCH | |
| RETURN | |
| WAITING TIME | |
| ADVANCE FEES | |
| CHECK CHARGE | |
| FACSIMILE | |

ACE (1) _____ ACE (2) _____ ACE CHECK # _____ AMOUNT $_____

| TOTAL | 5275 |
|---|---|

29