# UNITED STATES DISTRICT COURT
## Central District of California

### BILL OF COSTS (LOCAL RULE 54-4)

ST. LUKE SCHOOL OF MEDICINE, ET AL.

V.

Case Number: 10-CV-01791 RGK (SHx)

REPUBLIC OF LIBERIA, ET AL.

Judgment having been entered in the above entitled action on ___July 29, 2010___ against Plaintiffs
                                                          Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Filing fees: see L.R. 54-4.1 .................................................................................... | $ _____ |
| Fees for service of process: see L.R. 54-4.2 ........................................................... | _____ |
| United States Marshal's fees: see L.R. 54-4.3 ........................................................ | _____ |
| Clerk's fees: see L.R. 54-4.4 ................................................................................... | _____ |
| Report's transcripts: see L.R. 54-4.5 ...................................................................... | _____ |
| Depositions: see L.R. 54-4.6 .................................................................................. | _____ |
| Witness fees (itemize on page 2): see L.R. 54-4.7 .................................................. | _____ |
| Interpreter's and translator's fees: see L.R. 54-4.8 ................................................ | _____ |
| Docket fees: see L.R. 54-4.9 ................................................................................... | _____ |
| Masters, commissioners and receivers: see L.R. 54-4.10 ........................................ | _____ |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 ...... | 72.53 |
| Premiums on bonds and undertakings: see L.R. 54-4.12 ......................................... | _____ |
| Other Costs: see L.R. 54-4.13 ................................................................................. | _____ |
| State Court costs: see L.R, 54-4.14 ......................................................................... | _____ |
| Costs on appeal: see L.R. 54-5 ............................................................................... | _____ |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 ........................... | _____ |

| | |
|---|---:|
| Other (please itemize) | |
| UPS and Postage Charges | 7.17 |
| Delivery Costs | 105.50 |
| Computer Research | 922.27 |
| ALL COSTS PREVIOUSLY APPROVED BY COURT ORDER, ATTTACHED AS EXHIBIT "A" | _____ |
| TOTAL $ | 1,107.47 |

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner: .

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _____/s/_____

Name of Attorney: Nicole C. Rivas

Costs are taxed in the amount of _____

By: _____

_____          _____          _____
Clerk of Court                              Deputy Clerk                                        Date

American LegalNet, Inc.
www.FormsWorkFlow.com

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE; DR. JERROLL B.R. DOLPHIN and DR. ROBERT FARMER on behalf of himself and all others similarly situated, as applicable, | Case No.:  10-CV-01791 RGK (SHx) |
| | [Honorable R. Gary Klausner] |
| Plaintiffs, | [PROPOSED] ORDER RE DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919 |
| v. | |
| REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania Non-Profit organization; FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL EDUCATION AND RESEARCH; a Pennsylvania Non-Profit organization, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, Defendants. | [FILED CONCURRENTLY WITH DEFENDANTS DR. GEORGE GOLLIN'S AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' NOTICE OF MOTION AND MOTION FOR COSTS PURSUANT TO 28 U.S.C. § 1919; AND DECLARATION OF MICHAEL D. YOUNG] |
| | DATE:          Septmber 13, 2010 |
| | TIME:          9:00 a.m. |
| | COURTROOM:     850 |

1

LEGAL02652111979v1

Case 2:10-cv-01791-RGK-SH   Document 74-1   Filed 09/24/10   Page 4 of 27   Page ID #:1161
Case 2:10-cv-01791-RGK-SH   Document 70   Filed 09/14/10   Page 2 of 3   Page ID #:1098
Case 2:10-cv-01791-RGK-H   Document 63-2   Filed 08/12/10   age 2 of 3   Page ID #:1030

1          On September 13, 2010, the motion for costs pursuant to 28 U.S.C. § 1919

2  filed by defendants Dr. George Gollin and the Board of Trustees of the University of

3  Illinois came on regularly for hearing before this Court.  After considering the papers

4  submitted in support of and opposition to defendants' motion and the evidence

5  contained therein, and having heard the argument of counsel thereon, and for good

6  cause shown,

7          IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

8          1.    On July 29, 2010, this Court dismissed the instant action for want of

9  jurisdiction;

10        2.    28 U.S.C. § 1919 authorizes this Court to award defendants their

11  just costs whenever an action is dismissed for want of jurisdiction;

12        3.    The costs sought by defendants have been shown to be just within

13  the meaning of 28 U.S.C. § 1919;   *to be made by separate application to the Clerk of the Court*

14        4.    Accordingly, the Court awards defendants their costs ~~in the amount~~

15  ~~of $_____;~~

16        2.    Defendants' motion for costs is granted.

17

18        IT IS SO ORDERED.

19  DATED: ____SEP 1 4 2010____

20

21                          The Honorable R. Gary Klausner

22

23

24

25

26

27

28

LEGAL02/32111979v1

4

# EXHIBIT B

## ITEMIZATION OF COSTS

| Cost Description | Amount |
|---|---|
| Postage for mailing documents to plaintiff's counsel | **$7.17** |
| Photocopies of documents either filed with the Court directly, mailed to opposing counsel or used internally for analyzing the grounds for and/or preparing motions to dismiss | **$72.53** |
| Computer costs for legal research (Lexis and Westlaw) | **$922.27** |
| Courier services for providing courtesy copies of filings to the Court's chambers, as requested by the Court | **$105.50** |

# POSTAGE

UPS

**Filter Data By:**

| | Field | Relation | Value |
|---|---|---|---|
| | File Batch | = | _06_16_2010.csv |
| ⦿ And  ○ Or | Matter | = | 030000 |
| ⦿ And  ○ Or | Select a Field | = | |

Filter

| Tracking Number | References | Matter | 030000 |
|---|---|---|---|
| 1Z8FV4041341032713 | 009990-030000 | Personal | ☐ |
| Pickup Date      5/14/2010 | Michael Young ~ 057270-309467 | Error | No Errors |
| ItemID           618536 | Shipper Number   LAX - 00008FV404 | Status | Ready for Export |

| Sender:   CHRIS G LARES | Receiver:   Thaddeus J. Culpeppe |
|---|---|
| | Culpepper Law Groupe |
| | 556 South Fair Oaks Avenue |
| | Pasadena              CA  91105 |
| | US |

| Quantity | 1 | Trans Code | Manifest | | | FileID | 485 |
|---|---|---|---|---|---|---|---|
| Billed Weight | LTR | Service Desc | COM. NEXT DAY AIR SAVER | | | Early AM | ☐ |
| ActualWeight | | BillOption | 1 | Dimensional Wt | ☐ | Saturday Pickup | ☐ |
| Weight Indicator | | NetCharges | 7.17 | Oversize1 | ☐ | Ext Dest Charge | ☐ |
| UPSZone | 132 | Incentive | 8.02 | Oversize2 | ☐ | Invalid Account | ☐ |

**Return to Main Menu**

# COPYING CHARGES

```
SUBTOTAL FOR CLIENT CODE: 056707-388337                    0.16
SUBTOTAL FOR CLIENT CODE: 056707/382158                    1.60
SUBTOTAL FOR CLIENT CODE: 056707/385047                  165.04
SUBTOTAL FOR CLIENT CODE: 056707/385067                    0.16
SUBTOTAL FOR CLIENT CODE: 056707/385088                    2.32
SUBTOTAL FOR CLIENT CODE: 056707/385154                   18.24
SUBTOTAL FOR CLIENT CODE: 056707/385808                    0.56
SUBTOTAL FOR CLIENT CODE: 056707/385870                    9.52
SUBTOTAL FOR CLIENT CODE: 056707/386888                    0.88
SUBTOTAL FOR CLIENT CODE: 056707/387587                    3.12
SUBTOTAL FOR CLIENT CODE: 056707/389534                    0.08
SUBTOTAL FOR CLIENT CODE: 0567157/376917                   3.28
SUBTOTAL FOR CLIENT CODE: 056815.384008                    8.08
SUBTOTAL FOR CLIENT CODE: 056845/384330                    0.80
SUBTOTAL FOR CLIENT CODE: 056866/384508                   27.60
SUBTOTAL FOR CLIENT CODE: 056866/384528                    2.56
SUBTOTAL FOR CLIENT CODE: 056876.384696                    0.88
SUBTOTAL FOR CLIENT CODE: 056883-384772                   21.76
SUBTOTAL FOR CLIENT CODE: 056883.384772                    6.72
SUBTOTAL FOR CLIENT CODE: 056902.385071                    0.96
SUBTOTAL FOR CLIENT CODE: 05707 060000                     0.48
SUBTOTAL FOR CLIENT CODE: 057085/387397                   72.16
SUBTOTAL FOR CLIENT CODE: 057117/388629                    1.28
SUBTOTAL FOR CLIENT CODE: 057127/387972                    5.68
SUBTOTAL FOR CLIENT CODE: 057148/388205                    0.08
SUBTOTAL FOR CLIENT CODE: 057149/388223                    2.16
SUBTOTAL FOR CLIENT CODE: 057226.388973                    3.44
SUBTOTAL FOR CLIENT CODE: 057230/388989                    3.12
```

```
CUSTOMER NUMBER: AB0033
DATE RANGE:     04/01/2010 - 06/30/2010
                                                    PAGE:      6
```

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|----------------------|---------|----------|------------------------|--------|

```
SUBTOTAL FOR CLIENT CODE: 057270-389487                   10.36
SUBTOTAL FOR CLIENT CODE: 057371/390440                   93.20
SUBTOTAL FOR CLIENT CODE: 057371/390444                    3.20
SUBTOTAL FOR CLIENT CODE: 07 1770 060000                   2.88
SUBTOTAL FOR CLIENT CODE: 081918-8TSWA                     2.24
SUBTOTAL FOR CLIENT CODE: 098000/388633                    1.20
SUBTOTAL FOR CLIENT CODE: 099000/030000                    0.08
SUBTOTAL FOR CLIENT CODE: 09990/030000                    88.72
SUBTOTAL FOR CLIENT CODE: 099900/03000                     0.32
SUBTOTAL FOR CLIENT CODE: 099900/030000                   49.68
SUBTOTAL FOR CLIENT CODE: 0999900/030000                   0.16
SUBTOTAL FOR CLIENT CODE: 099990/030000                    0.08
SUBTOTAL FOR CLIENT CODE: 0P09990/030000                   4.08
SUBTOTAL FOR CLIENT CODE: 107483-CHASG                     5.28
SUBTOTAL FOR CLIENT CODE: 121015/388926                    2.88
SUBTOTAL FOR CLIENT CODE: 122884-36S236                    7.68
SUBTOTAL FOR CLIENT CODE: 123456/123456                    0.24
SUBTOTAL FOR CLIENT CODE: 123577-381143                    0.32
SUBTOTAL FOR CLIENT CODE: 124167 / 359842                  5.76
SUBTOTAL FOR CLIENT CODE: 124438-381601                    1.60
SUBTOTAL FOR CLIENT CODE: 124438/360067                    0.16
SUBTOTAL FOR CLIENT CODE: 124606-360363                    2.32
SUBTOTAL FOR CLIENT CODE: 124606/360363                    6.40
                                                           1.20
```

10

Aug 12 2010    09:08:49                          PRECOST TABLE REPORT                                                    Page: 1

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020468 | 389467 | 006 | 052710 | 23774909 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627276 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| 00020504 | 389467 | 006 | 052810 | 23781551 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 627404 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| 00020555 | 389467 | 006 | 060110 | 23796649 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23797008 | YOUMD | 20.00 | 0.11 | 2.20 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23797868 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797883 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797919 | YOUMD | 13.00 | 0.11 | 1.43 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797939 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797950 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797974 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23793339 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23798037 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23798045 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23798230 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797312 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797448 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |
| | | | 060110 | 23797558 | YOUMD | 7.00 | 0.11 | 0.77 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User RIVAN | | | | | | | | | | | |

11

Aug 12 2010    09:08:49                    PRECOST TABLE REPORT                              Page: 2

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020555 | 389467 | 006 | 060110 | 23797650 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797756 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797794 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23797806 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627898 | | |
| | | | DESCRIPTION: Document Production Charges Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | GROUP 20555 TOTAL: | | | | 145.00 | | 15.9% | | | | | | |
| 00020561 | 389467 | 157 | 060110 | 23801632 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23801634 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23801678 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23801700 | YOUMD | 16.00 | 0.11 | 1.76 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 060110 | 23801702 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 627906 | | |
| | | | DESCRIPTION: Document Production Charges Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | GROUP 20561 TOTAL: | | | | 41.00 | | 4.51 | | | | | | |
| 00020601 | 389467 | 004 | 061010 | 23813505 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628278 | | |
| | | | DESCRIPTION: Document Production Charges Unit LAX15SCB User RIVAN | | | | | | | | | | | |
| 00020693 | 389467 | 004 | 062210 | 23849319 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628883 | | |
| | | | DESCRIPTION: Document Production Charges Unit LAX17CCA User MORER | | | | | | | | | | | |
| 00020695 | 389467 | 006 | 062210 | 23852256 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852290 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852318 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852365 | YOUMD | 14.00 | 0.11 | 1.54 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges Unit LAXLASER User SOWIC | | | | | | | | | | | |
| | | | 062210 | 23852371 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |

12

Aug 12 2010    09:08:49                          PRECOST TABLE REPORT                                    Page: 3

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Unit LAXLASER User BOWIC | | | | | | | | | |
| 00020695 | 389467 | 006 | 062210 | 23852373 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User BOWIC | | | | | | | | | |
| | | | 062210 | 23852391 | YOUMD | 14.00 | 0.11 | 1.54 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852395 | YOUMD | 14.00 | 0.11 | 1.54 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852409 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User BOWIC | | | | | | | | | |
| | | | 062210 | 23852434 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852465 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User BOWIC | | | | | | | | | |
| | | | 062210 | 23852472 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User MORER | | | | | | | | | |
| | | | 062210 | 23852476 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User BOWIC | | | | | | | | | |
| | | | 062210 | 23852478 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852480 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852483 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852488 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852502 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User BOWIC | | | | | | | | | |
| | | | 062210 | 23852518 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852520 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852525 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852529 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | | | Unit LAXLASER User OLAGL | | | | | | | | | |
| | | | 062210 | 23852561 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |

Aug 12 2010   09:08:49                                  PRECOST TABLE REPORT                                              Page: 4

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| 00020695 | 389467 | 006 | 062210 | 23852567 YOUMD | | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852571 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852581 YOUMD | | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852592 YOUMD | | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852603 YOUMD | | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852605 YOUMD | | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User MOYAL | | | | | | | | | | | |
| | | | 062210 | 23852808 YOUMD | | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User MORER | | | | | | | | | | | |
| | | | 062210 | 23852815 YOUMD | | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23852817 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23850581 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23850597 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23850636 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23851470 YOUMD | | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628886 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | GROUP 20695 TOTAL: | | | | 194.00 | | 21.34 | | | | | | |
| 00020697 | 389467 | 157 | 062210 | 23854177 YOUMD | | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854178 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854195 YOUMD | | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854197 YOUMD | | 8.00 | 0.11 | 0.88 | COST | 08 | P | 628888 | | |

14

Aug 12 2010     09:08:49                          PRECOST TABLE REPORT                                    Page: 5

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| 00020697 | 389467 | 157 | 062210 | 23854210 | YOUMD | 35.00 | 0.11 | 3.85 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854274 | YOUMD | 17.00 | 0.11 | 1.87 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854275 | YOUMD | 3.00 | 0.11 | 0.33 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | | 062210 | 23854276 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 628888 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| | | GROUP 20697 TOTAL: | | | | 77.00 | | 8.47 | | | | | | |
| 00020702 | 389467 | 004 | 062310 | 23854712 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 628942 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX158CB User OLAGL | | | | | | | | | | | |
| 00020703 | 389467 | 006 | 062310 | 23856043 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628943 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| 00020704 | 389467 | 157 | 062310 | 23855592 | YOUMD | 6.00 | 0.11 | 0.66 | COST | 08 | P | 628944 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit ATLACUSC User OLAGL | | | | | | | | | | | |
| 00020739 | 389467 | 006 | 062910 | 23869929 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 629217 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User 80319 | | | | | | | | | | | |
| | | | 062910 | 23870517 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629217 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User 80319 | | | | | | | | | | | |
| | | GROUP 20739 TOTAL: | | | | 9.00 | | 0.99 | | | | | | |
| 00020746 | 389467 | 006 | 063010 | 23874236 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User 80319 | | | | | | | | | | | |
| | | | 063010 | 23874365 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User 80319 | | | | | | | | | | | |
| | | | 063010 | 23874404 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User 80319 | | | | | | | | | | | |
| | | | 063010 | 23874487 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User 80319 | | | | | | | | | | | |
| | | | 063010 | 23874526 | YOUMD | 5.00 | 0.11 | 0.55 | COST | 08 | P | 629312 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User 80319 | | | | | | | | | | | |
| | | GROUP 20746 TOTAL: | | | | 25.00 | | 2.75 | | | | | | |

15

Aug 12 2010   09:08:50                           PRECOST TABLE REPORT                                          Page: 6

| Control Group | Matter Number | Cost Code | Transaction Date | Counter | Tkeep | Quantity | Rate | Amount | Ledger Code | Loc | Valid Flag | Posting Batch | Date Modified | Mod. Optr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020780 | 389467 | 006 | 070110 | 23983683 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 629648 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| 00020794 | 389467 | 004 | 070610 | 23889115 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 629710 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX178CB User RIVAN | | | | | | | | | | | |
| 00020851 | 389467 | 004 | 070910 | 23896751 | YOUMD | 2.00 | 0.11 | 0.22 | COST | 08 | P | 630459 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17CCA User RIVAN | | | | | | | | | | | |
| 00020864 | 389467 | 006 | 071210 | 23905838 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 630473 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User CUGLR | | | | | | | | | | | |
| | | | 072210 | 23904865 | YOUMD | 1.00 | 0.11 | 0.11 | COST | 08 | P | 630473 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User CUGLR | | | | | | | | | | | |
| | | | 071210 | 23911481 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 630473 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAXLASER User OLAGL | | | | | | | | | | | |
| | | GROUP 20864 TOTAL: | | | | 6.00 | | 0.66 | | | | | | |
| 00020906 | 389467 | 004 | 072110 | 23923156 | YOUMD | 30.00 | 0.11 | 3.30 | COST | 08 | P | 630724 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX17CCB User CUGLR | | | | | | | | | | | |
| 00021000 | 389467 | 004 | 073010 | 23964795 | YOUMD | 4.00 | 0.11 | 0.44 | COST | 08 | P | 631269 | | |
| | | | DESCRIPTION: Document Production Charges | | | | | | | | | | | |
| | | | Unit LAX178CB User RIVAN | | | | | | | | | | | |
| | | GRAND TOTAL: | | | | 567.00 | | 62.37 | | | | | | |

```
TOTAL VALID ENTRIES  :                .00
       INVALID ENTRIES :              .00
       ENTRIES POSTED  :      90     62.37
       FIRM ENTRIES    :              .00
       ----------------------------------------
          TOTAL:              90     62.37
```

16

# COMPUTER RESEARCH

17

LEXIS





| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/22/2010 | [redacted]-MORER | ACOSTA, ROXANNE | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | 4 | N | 50 | -39.36 | 10.84 | 0 | 0 | 0 | 0 | 10.84 | 0 | 0 | 0 | 10.84 | 70.00% | $35.00 | $15.00 | 0 | $0.00 | $15.00 | $0.00 | $0.00 | $15.00 |
| 6/22/2010 | [redacted]-MORER | ACOSTA, ROXANNE | LEXIS LEGAL SERVICES | ONLINE TIME | 307 | T | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70.00% | $0.00 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/22/2010 | [redacted]-MORER | ACOSTA, ROXANNE | LEXIS LEGAL SERVICES | SINGLE DOCUMENT RETRIEVAL | 3 | N | 37.5 | -29.52 | 7.98 | 0 | 0 | 0 | 0 | 7.98 | 0 | 0 | 0 | 7.98 | 70.00% | $26.25 | $11.25 | 0 | $0.00 | $11.25 | $0.00 | $0.00 | $11.25 |
| 6/21/2010 | [redacted]-RIVAN | RIVAS, NICOLE | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | 9 | N | 112.5 | -88.58 | 23.92 | 0 | 0 | 0 | 0 | 23.92 | 0 | 0 | 0 | 23.92 | 70.00% | $78.75 | $33.75 | 0 | $0.00 | $33.75 | $0.00 | $0.00 | $33.75 |
| 6/21/2010 | [redacted]-RIVAN | RIVAS, NICOLE | LEXIS LEGAL SERVICES | ONLINE TIME | 5985 | T | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70.00% | $0.00 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/21/2010 | [redacted]-RIVAN | RIVAS, NICOLE | LEXIS LEGAL SERVICES | SEARCHES | 1 | N | 143 | -112.59 | 30.41 | 0 | 0 | 0 | 0 | 30.41 | 0 | 0 | 0 | 30.41 | 70.00% | $100.10 | $42.90 | 0 | $0.00 | $42.90 | $0.00 | $0.00 | $42.90 |
| 6/21/2010 | [redacted]-RIVAN | RIVAS, NICOLE | LEXIS LEGAL SERVICES | SINGLE DOCUMENT RETRIEVAL | 18 | N | 225 | -177.16 | 47.84 | 0 | 0 | 0 | 0 | 47.84 | 0 | 0 | 0 | 47.84 | 70.00% | $157.50 | $67.50 | 0 | $0.00 | $67.50 | $0.00 | $0.00 | $67.50 |
| 6/21/2010 | [redacted]-RIVAN | RIVAS, NICOLS | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 1 | N | 7.25 | -5.71 | 1.54 | 0 | 0 | 0 | 0 | 1.54 | 0 | 0 | 0 | 1.54 | 70.00% | $5.08 | $2.18 | 0 | $0.00 | $2.18 | $0.00 | $0.00 | $2.18 |
| 6/21/2010 | [redacted]-RIVAN | RIVAS, NICOLE | SHEPARD'S SERVICE | ONLINE TIME | 315 | T | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70.00% | $0.00 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Page 92 of 104

WESTAN

Quick View - Report

Client Billing:
User Name CARLSON,LINDSAY (6033851)
Day 06/03/2010
Totals for Included
Totals for Day 06/03/2010
Totals for User Name CARLSON,LINDSAY (6033851)
Totals for Client 390457

| | | | | | |
|---|---|---|---|---|---|
| 0:25:47 | 11 | 0:25:47 | $754.31 | $75.43 | $0.00 | $75.43 |
| 0:25:47 | 11 | 0:25:47 | $754.31 | $75.43 | $0.00 | $75.43 |
| 0:25:47 | 11 | 0:25:47 | $754.31 | $75.43 | $0.00 | $75.43 |
| 0:25:47 | 11 | 0:25:47 | $754.31 | $75.43 | $0.00 | $75.43 |

https://www.quickview.com/Reports/UsageReportPrintable.aspx

6/2/2010

22



Quick View - Report

Client: 580987
User Name: READHEAD,CLAIRE (7346432)
Date: 05/26/2010
Totals for Included
Totals for Day 05/26/2010
Totals for User Name, READHEAD,CLAIRE (7346432)
Totals for Client 580987

| | | | | |
|---|---|---|---|---|
| 2:32:10 | 2:32:10 | $1,642.49 | $164.25 | $0.00 |
| | 2:32:10 | $1,642.49 | $164.25 | $0.00 |
| | 2:32:10 | $1,642.49 | $164.25 | $0.00 |
| | 2:32:10 | $1,642.49 | $164.25 | $0.00 |

# INVOICES RE DELIVERY FEES

25

# ACE | MESSENGER AND ATTORNEY SERVICE, INC

## DELIVERING PEACE OF MIND
www.acelegal.com

TRACKING # 722706



MEMBER    MEMBER

| LOS ANGELES | SAN FRANCISCO | SANTA ANA | RIVERSIDE | SAN DIEGO | SACRAMENTO |
|---|---|---|---|---|---|
| 811 WILSHIRE BLVD. | 149 9TH STREET | 414 WEST 4TH STREET | 3691 10TH STREET | 110 WEST C STREET | 901 F STREET |
| SUITE 800 | SUITE 204 | SUITE Q | SUITE 214 | SUITE 805 | SUITE 150 |
| LOS ANGELES, CA 90017 | SAN FRANCISCO, CA 94103 | SANTA ANA, CA 92701 | RIVERSIDE, CA 92501 | SAN DIEGO, CA 92101 | SACRAMENTO, CA 95814 |
| TEL: (213) 623-3979 | TEL: (415) 566-1000 | TEL: (714) 549-4220 | TEL: (951) 786-9984 | TEL: (619) 235-8400 | TEL: (916) 447-4000 |
| FAX: (213) 623-7527 | FAX: (415) 556-8000 | FAX: (714) 543-4225 | FAX: (951) 786-9988 | FAX: (619) 235-8401 | FAX: (916) 447-8000 |
| dtla@acelegal.com | sf@acelegal.com | oc@acelegal.com | riv@acelegal.com | sd@acelegal.com | sacto@acelegal.com |

## COURT SERVICES

Provide one extra copy to conform.

### FIRM and CASE INFORMATION

FIRM:
#10367
ALSTON & BIRD LLP
333 S. HOPE ST., 16TH FLR
LOS ANGELES, CA 90071
213-576-1000

ATTY/SECTY: Leura Olagues     EXT. _____
YOUR FILE NO.: 057270-389467

DATE: 6-23-10
COURT: USDC - Central
CASE NO.: 10-CV-01791 RGK (SHx)
CASE NAME: St. Luke v. Republic of Libera

DOCUMENTS:
Reply & Declaration
Motion To Dismiss & Supporting Pleadings
Total of 7 pleadings

### CRITICAL DATES

LAST DAY TO FILE _____
EXPEDITE & RETURN BY_____
HEARING SET FOR_____ AT _____ DEPT/DIV. _____

### FEES

FEE $_____ ☐ ATTACHED  ☐ ADVANCE
DEFENDANT/RESPONDENT APPEARANCE FEE PAID? ___ YES  ___ NO   DATE PAID: _____

### SERVICE REQUESTED

☐ EXCLUSIVE    ☑ SAME DAY       ☐ NEXT DAY     ☐ DAILY RUN    ☐ FILING
☐ FILE & CONFORM  ☑ COURTESY COPY  ☐ SASE ATTACHED  ☐ RESEARCH

### SPECIAL INSTRUCTIONS

Please deliver courtesy copies of the attached pleadings to Judge Klausner by noon.  Thank you.

## FOR ACE USE ONLY

### STATUS REPORT

| | |
|---|---|
| BASE CHARGE | 59.75 |
| RESEARCH | |
| RETURN | |
| WAITING TIME | |
| ADVANCE FEES | |
| CHECK CHARGE | |
| FACSIMILE | |

ACE (1)_____ ACE (2)_____ ACE CHECK #_____ AMOUNT $_____

| TOTAL | 59.75 |
|---|---|

26



**ACE** | MESSENGER AND ATTORNEY SERVICE, INC

DELIVERING PEACE OF MIND

www.acelegal.com

TRACKING # 717895



MEMBER   MEMBER

| LOS ANGELES | SAN FRANCISCO | SANTA ANA | RIVERSIDE | SAN DIEGO | SACRAMENTO |
|---|---|---|---|---|---|
| 811 WILSHIRE BLVD. | 149 9TH STREET | 414 WEST 4TH STREET | 3831 10TH STREET | 110 WEST C STREET | 901 F STREET |
| SUITE 900 | SUITE 204 | SUITE O | SUITE 214 | SUITE 805 | SUITE 150 |
| LOS ANGELES, CA 90017 | SAN FRANCISCO, CA 94103 | SANTA ANA, CA 92701 | RIVERSIDE, CA 92501 | SAN DIEGO, CA 92101 | SACRAMENTO, CA 95814 |
| TEL: (213) 623-3979 | TEL: (415) 556-1000 | TEL: (714) 543-4220 | TEL: (951) 786-9984 | TEL: (619) 235-8400 | TEL: (916) 447-4000 |
| FAX: (213) 623-7527 | FAX: (415) 556-8000 | FAX: (714) 543-4223 | FAX: (951) 786-9986 | FAX: (619) 235-8401 | FAX: (916) 447-8000 |
| dtla@acelegal.com | sf@acelegal.com | oc@acelegal.com | riv@acelegal.com | sd@acelegal.com | sacto@acelegal.com |

## COURT SERVICES

Provide one extra copy to conform.

**FIRM and CASE INFORMATION**

FIRM:
#10367
ALSTON & BIRD LLP
333 S. HOPE ST., 16TH FLR
LOS ANGELES, CA 90071
213-576-1000

ATTY/SECTY: Laura Olagues        EXT. 1151
YOUR FILE NO.: 057270-389467

DATE: 6-2-10
COURT: USDC - Central - Roybal
CASE NO.: 10-CV-01791 RGK (SHx)
CASE NAME: St. Luke v. Republic of Liberia

DOCUMENTS:
Notice of Motion to Dismiss; MDY Declaration; P&As; Proposed Order; Certificate of Interested Parties

**CRITICAL DATES**

LAST DAY TO FILE _____
EXPEDITE & RETURN BY _____
HEARING SET FOR _____ AT _____ DEPT/DIV. _____

**FEES**

FEE $ _____  ☐ ATTACHED  ☐ ADVANCE
DEFENDANT/RESPONDENT APPEARANCE FEE PAID? ___ YES ___ NO   DATE PAID: _____

**SERVICE REQUESTED**

☐ EXCLUSIVE        ☑ SAME DAY        ☐ NEXT DAY        ☐ DAILY RUN        ☐ FILING
☐ FILE & CONFORM  ☑ COURTESY COPY   ☐ SASE ATTACHED   ☐ RESEARCH

**SPECIAL INSTRUCTIONS**

Please deliver the attached courtesy copies to Judge Klausner by noon today. Thank you.

## FOR ACE USE ONLY

STATUS REPORT

| | |
|---|---|
| BASE CHARGE | 52.75 |
| RESEARCH | |
| RETURN | |
| WAITING TIME | |
| ADVANCE FEES | |
| CHECK CHARGE | |
| FACSIMILE | |

ACE (1) _____ ACE (2) _____ ACE CHECK # _____ AMOUNT $ _____

| TOTAL | 52.75 |
|---|---|

27