# UNITED STATES DISTRICT COURT
## Central District of California

**BILL OF COSTS** (LOCAL RULE 54-4)

ST. LUKE SCHOOL OF MEDICINE, ET AL.

V.

REPUBLIC OF LIBERIA, ET AL.

Case Number: 10-CV-01791 RGK (SHx)

Judgment having been entered in the above entitled action on __July 29, 2010__ against __Plaintiffs__
                                                                     Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Filing fees: see L.R. 54-4.1 | $ |
| Fees for service of process: see L.R. 54-4.2 | |
| United States Marshal's fees: see L.R. 54-4.3 | |
| Clerk's fees: see L.R. 54-4.4 | |
| Report's transcripts: see L.R. 54-4.5 | |
| Depositions: see L.R. 54-4.6 | |
| Witness fees (itemize on page 2): see L.R. 54-4.7 | |
| Interpreter's and translator's fees: see L.R. 54-4.8 | |
| Docket fees: see L.R. 54-4.9 | |
| Masters, commissioners and receivers: see L.R. 54-4.10 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 | 72.53 |
| Premiums on bonds and undertakings: see L.R. 54-4.12 | |
| Other Costs: see L.R. 54-4.13 | |
| State Court costs: see L.R. 54-4.14 | |
| Costs on appeal: see L.R. 54-5 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 | |
| Other (please itemize) | |
| UPS and Postage Charges | |
| Delivery Costs | 7.17 |
| Computer Research | 105.50 |
| ALL COSTS PREVIOUSLY APPROVED BY COURT ORDER, ATTTACHED AS EXHIBIT "A" | 922.27 |
| **TOTAL** $ | **1,107.47** |

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _____/s/_____

Name of Attorney: Nicole C. Rivas

Costs are taxed in the amount of $ 1107.47

**TERRY NAFISI**
Clerk of Court

By: _Lydia Mitchell_ (signature)   10/14/10
    Deputy Clerk                    Date

CV-59 (06/10)                BILL OF COSTS                Page 1 of 3

American LegalNet, Inc.
www.FormsWorkFlow.com